Lawrence J. Gotts
Direct Dial: +1.202.637.2384
larry.gotts@lw.com

555 Eleventh Street, N.W., Suite 1000
Washington, D.C.  20004-1304
Tel: +1.202.637.2200  Fax: +1.202.637.2201
www.lw.com

# LATHAM&WATKINS LLP

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Abu Dhabi | Milan |
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New Jersey |
| Brussels | New York |
| Chicago | Orange County |
| Doha | Paris |
| Dubai | Riyadh |
| Düsseldorf | Rome |
| Frankfurt | San Diego |
| Hamburg | San Francisco |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

October 16, 2013

**VIA FEDEX**

Mr. Shigeo Kutsuzawa
President
Enplas Display Device Corporation
2-30-1, Namiki, Kawaguchi City,
Saitama 332-0034
JAPAN

File No. 049944-0005

Re:  Notice of Seoul Semiconductor Corporation's LED Patents

Dear Kutsuzawa-san:

Our firm represents Seoul Semiconductor Corporation ("SSC") with regard to intellectual property litigation and enforcement matters. As you know, SSC is one of the world's largest light-emitting diode ("LED") manufacturers and owns more than 10,000 patents world-wide related to LED technology. SSC has invested heavily in its technology and associated intellectual property. As a result, SSC is committed to protecting and, when necessary, enforcing its intellectual property rights against third-party infringers. To that end, SSC has embarked upon a licensing and enforcement program to enforce and protect its world-wide intellectual property rights.

SSC's large portfolio of industry-significant, LED-related patents includes, for example, U.S. Patents Nos. 6,473,554 (the "'554 patent") and 6,007,209 (the "'209 patent"). SSC believes that this and other SSC patents are highly relevant to products that Enplas is making and selling to third parties, without SSC's authorization and without a license, including, for example, the lenses supplied to Lumens Co., Ltd. used in Lumens Part No. BN96-21474A and LG Innotek used in Part No. 6916L-1387A. SSC believes that Enplas is inducing and contributing to the infringement of the '554 and '209 patents, and urges you to carefully consider SSC's patent portfolio, including without limitation the '554 and '209 patents. Based upon our review, we are aware that Enplas lenses are being incorporated in LEDs being imported, distributed and sold in televisions in the United States by Samsung and LG, and possibly others. For example, SSC recently purchased a Samsung Display LCD television from Best Buy (with the Part No. UN32EH4003FXZA, UN32F4000 series) that uses Lumens' packaged LEDs for back-lighting and a LG Electronics LED television from Amazon (with the Part No. 6916L-1387A) that uses LG Innotek's packaged LEDs for back-lighting. We believe these LED incorporate Enplas lenses. By way of example only, we include a claim chart demonstrating infringement of the '554 patent by packaged LEDs containing Enplas lenses.

DC\2802871.1

**EXHIBIT C**

SSC reached out to Lumens and Best Buy several months ago regarding their likely use of SSC's patented technology. SSC would prefer to reach an amicable resolution of this matter with Enplas if possible, and its licensing program is directed to avoiding disputes where possible. But should Enplas continue to supply lenses whose use in Lumens or LG Innotek packaged LEDs infringes SSC's patents, SSC will have no recourse but to pursue enforcement of its patents in actions brought in Federal District Court and/or the International Trade Commission. On behalf of SSC, we demand Enplas' prompt written assurances that it will immediately cease and desist from all conduct infringing SSC's patents, including the '554 and '209 patents.

Very truly yours,

Lawrence J. Gotts
of LATHAM & WATKINS LLP

Encl.: Claim Chart

CONFIDENTIAL

Infringement Claim Chart for U.S. Patent No. 6,473,554 And Lumens



| '554 PATENT | LUMENS |
|---|---|
| | CLAIM 38 |
| An optical apparatus, comprising: | Top-view / Side-view — Optical apparatus / Optical apparatus (32H-3535LED-32EA) |

CONFIDENTIAL



| '554 PATENT | LUMENS |
|---|---|
| a light emitting diode (LED); | Side-view — Light-emitting diode |
| an optical element positioned to receive light from the light emitting diode, | Optical element positioned to receive light from the LED |

DC\2802871.1

**EXHIBIT C**

CONFIDENTIAL

| '554 PATENT | LUMENS |
|---|---|
| said element comprised of a refractive index interface having a curved shape that is symmetrical about an axis and converges to a location in a central portion of the optical element, | Optical element has at least two interfaces with curved shapes that are symmetrical about an axis and converge to a central portion of the element  First interface    Second interface |

DC\2802871.1

**EXHIBIT C**

CONFIDENTIAL

| '554 PATENT | LUMENS |
|---|---|
| said location and said light emitting diode lying substantially on said axis, |  |

| '554 PATENT | LUMENS |
|---|---|
| said interface being shaped and positioned relative to said LED to reflect a substantial portion of light from said LED in a direction transverse to said axis. | Both interfaces are shaped and positioned relative to the LED such that a substantial portion of light from the LED is reflected in direction transverse to the axis  First interface — Light rays — Second interface |

DC\2802871.1

**EXHIBIT C**