# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| Enplas Display Device Corporation; Enplas Tech Solutions, Inc.; and Enplas (U.S.A.), Inc. <br><br> *Plaintiff(s)* <br> v. <br> Seoul Semiconductor Co., Ltd. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 3:13-cv-05038 NC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Seoul Semiconductor Co., Ltd.
1B-25, 727, Wonsi-dong, Danwon-gu
Ansan-city, Gyeonggi-do, Korea 425-851

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Marc Labgold, Nagashima & Hashimoto
12007 Sunrise Valley Dr., Suite 110
Reston, VA 20191 USA;   and
David A. Makman, Makman & Matz LLP
655 Mariner's Island Blvd., Suite 306
San Mateo, CA 94404 USA

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Richard W. Wieking

Date: October 29, 2013

_____
*Signature of Clerk or Deputy Clerk*