NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12007 Sunrise Valley Drive, Suite 110
Reston, Virginia 20191
Telephone:  877-401-8855
Facsimile:   877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone:  +81-3-3239-5750
Facsimile:   +81-3-3239-8538

MAKMAN & MATZ LLP
DAVID A. MAKMAN (SBN 178195)
ROBERT C. MATZ  (SBN 217822)
655 Mariner's Island Blvd. Suite 306
San Mateo, California 94404
Telephone:  650-242-1560
Facsimile:   650-242-1547

Attorneys for Plaintiffs Enplas Display Device Corporation; Enplas Tech Solutions, Inc.; and Enplas (U.S.A.), Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC., <br><br> Plaintiffs, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD; <br><br> Defendant. | **CASE NO. 3:13-CV-05038-NC** <br><br> **JURY TRIAL DEMANDED** <br><br><br> **CONSENTED MOTION FOR A CONTINUANCE OF CASE MANAGEMENT HEARING** |

Plaintiffs Enplas Display Device Corporation, Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc. hereby submit a consented to motion to continue the Case Management Hearing to a date after April 22, 2014.

Defendant Seoul Semiconductor Co., Ltd. ("SSC") has agreed to waive formal service and, by agreement of the parties, will respond to the Complaint on or before April 22, 2014. There is good cause to set the date to respond to the Complaint at April 22, 2014 in that Plaintiffs have just filed the First Amended Complaint in this matter. SSC is a foreign resident defendant who has agreed to waive formal service and agreed to respond to the Complaint within 90 days, consistent with FRCP 4(d)(3) regarding waiver of formal service upon foreign defendants.

As such, Plaintiffs respectfully request that the Case Management Hearing be rescheduled for a date after April 22, 2014.

Respectfully submitted,

DATED:  January 22, 2014                                    MAKMAN & MATZ LLP

By: /s/ David A. Makman
David A. Makman
Attorneys for Plaintiffs Enplas Display
Device Corporation; Enplas Tech
Solutions, Inc.; and Enplas (U.S.A.), Inc.