# Exhibit 1



Japanese  English  Chinese

# enplas

Making the impossible possible,
Enplas is building a new future

▶ Contact Us   ▶ Privacy Policy   ▶ Site Map

| HOME | News Release | Corporate Information | Business Outline | Technologies | Investor Relations |

## LED Business

Both luminous flux controlling and ultraprecision machining technologies enable to expand the potential of LEDs while satisfying the industry's requirements and contributing to a sustainable environment.

Enplas Lens for LED
Light Enhancer Cap™

＊Light Enhancer Cap, LE-Cap, and their logos are trademarks or registered trademarks of Enplas Corporation.



**Engineering Plastic Products**
Plastic gear solution attaining higher rigidity and lower noise for automobiles or office automation equipments



**Semiconductor Peripherals**
Test Socket and Burn-In Socket for semiconductor



**Optical Devices**
Plastic optical device which can provide better performance than glass



**LED Business**
The new lens for LED light sources



## ▪ Topics

**IR IR Library** ▶ **October 31 , 2013** new
FY2014 Second-Quater Financial Statements（ 117.33 KB）

**IR IR Library** ▶ **October 30 , 2013** new
FY2014 Second-Quater Result（ 1718.09 KB）

**IR IR Library** ▶ **August 2 , 2013**
FY2014 First-Quater Financial Statements（ 164.32 KB）

**IR IR Library** ▶ **July 30 , 2013**
FY2014 First-Quater Result（ 1613.07 KB）

**IR IR Library** ▶ **July 1 , 2013**
For the Year Ended March 31, 2013（ 2282.58 KB）

## ▪ Global Network

Enplas continues to operate around the clock with the world network system that is closely connected among overseas offices in the U.S, Europe and Asia.

**Detailed information here**



**Investor Relations**



**Burn-In Socket**
We have gained the trust of semiconductor manufacturers worldwide.



▲ PAGE TOP

【Top page】

【News Release】
▶ FY2011
▶ FY2010
▶ FY2008

【Corporate Information】
▶ Message from the President
▶ Corporate Philosophy
▶ Corporate Profile
▶ Global Network

【Business Outline】
■ Engineering Plastics Product
▶ Products
▶ Technologies
▶ Research and Development

■ Optical Devices
▶ Products
▶ Technologies
▶ Research and Development

【Technologies】
▶ Research and Development
▶ Design System
▶ Analysis Technique
▶ Ultra-precision Mold Process Technology

【Investor Relations】
▶ Greeting from the President
▶ News Release
▶ Financial Data
▶ IR Library

enplas corporation

FY2007

Corporate History
- Financial Data
- Environmental Activities
- Location of Head Office

- Quality Assurance
- Network
- Contacts & Locations

■ Semiconductor Peripherals
- Corporate Profile
- Products
- Socket catalogue
- Technologies
- Environmental Activities
- Network
- Contacts & Locations

- FAQ
- Network
- Contacts & Locations

■ LED Business
- Corporate Profile
- Technologies
- Products
- New Business Development
- Contacts & Locations

- Mass Production System
- Precision Measurement Technology
- Quality Assurance System

Business Report
- Presentation Materials
- Financial Statements

【Others】
- Others
- Privacy Policy
- Site Map

**Enplas Corporation**   2-30-1, Namiki, Kawaguchi City, Saitama 332-0034 Japan

Copyright © 2012 enplas Corporation. All Rights Reserved

http://www.enplas.co.jp/english/[11/1/2013 5:36:05 PM]