# Exhibit 2



## Our Commitment

Enplas (USA) provides custom injection molding and engineering solutions. Our customers rely on us for design and production of plastic parts to their exacting standards. We meet their objectives through an integration of personnel, technology, and quality systems. We are a responsible global company dedicated to making both your company and our world better through engineering plastics.

Whatever your challenge, we invite you to see how we can partner for engineering plastic solutions.



**Enplas Mission**
- Satisfy our customers with the highest quality precision components and superior services.
- Continue innovation in engineering plastics mold and molding technologies.

### Vision

Our vision is to be "**first**" with our customer, in our industry, and in value through:

- Performance
- Innovation
- Total value
- Quality

**Enplas (USA), Inc.**
1901 West Oak Circle
Marietta, GA 30062

Email: sales@enplasusa.com




## Company History

Since its formation in 1962 in Japan, Enplas Corporation has expanded globally into one of the largest, independent manufacturers of engineered plastics. Operating today in nine countries, Enplas' underlying foundation is our diverse, integrated technical capabilities, including ultra-precision mold design, mold manufacturing technologies, molding, and research and development. In partnership with our customers, we have grown to nearly $400M (USD) in sales to the automotive, office automation, semi-conductor, optical device, LCD backlights, and consumer product markets.

## United States

Established in 1980 in Georgia, Enplas (USA) has grown to three plants and 50 molding machines. As a leader in ultra-precision engineering plastics, we supply the leading companies in the automotive, office automation, electronics, optical device, and other industries. As an example of our capability, we regularly provide mass=production gears of AGMA Q10+. In addition to our highly automated injection-molding facilities, we also offer the following services:

- Project Management
- Part Design Support
- Material Selection
- Prototyping
- Tooling
- Mass Production Services



Place your mouse over the yellow triangle for details on each
of the components of the Enplas Corporate Philosophy.

Company | Services | Contact Us | Home

Project Management | Part Design Support
Material Selection | Prototyping | Tool Design | Manufacturing | Services Home

© 2001 Enplas (USA), Inc. All Rights Reserved.