| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Ryan R. Owens (Bar No. 269370) |
| 2 | ryan.owens@lw.com |
| | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, California  92626-1925 |
| | Telephone: +1.714.540.1235 |
| 4 | Facsimile: +1.714.755.8290 |

Attorneys for Defendant and Counterclaim Plaintiff
SEOUL SEMICONDUCTOR CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC., | CASE NO. 3:13-CV-05038-NC |
| Plaintiffs and Counter-Defendants, | **SEOUL SEMICONDUCTOR CO., LTD.'S CORPORATE DISCLOSURE STATEMENT** |
| v. | Fed. R. Civ. P. 7.1 |
| SEOUL SEMICONDUCTOR CO., LTD., | |
| Defendant and Counterclaim Plaintiff. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant/Counterclaim Plaintiff Seoul Semiconductor Co., Inc. states that it is a privately held company and that no publically held company owns 10% or more of its stock.

///

///

///

///

LATHAM&WATKINS LLP    DC\3194794.1
ATTORNEYS AT LAW
ORANGE COUNTY

Case No. 3:13-cv-05038-NC
SEOUL SEMICONDUCTOR CO., LTD'S
CORPORATE DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 1 | Dated: April 22, 2014 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By /s/ Ryan R. Owens |
| | |    Ryan R. Owens |
| 4 | |    Attorneys for Defendant and Counterclaim |
| | |    Plaintiff |
| 5 | |    SEOUL SEMICONDUCTOR CO., LTD. |

(Lines 6 through 28 blank)

LATHAM&WATKINS LLP  DC\3194794.1
ATTORNEYS AT LAW
ORANGE COUNTY

2

Case No. 3:13-cv-05038-NC
SEOUL SEMICONDUCTOR CO., LTD'S
CORPORATE DISCLOSURE STATEMENT