1  LATHAM & WATKINS LLP
   Ryan R. Owens (Bar No. 269370)
2  ryan.owens@lw.com
   650 Town Center Drive, 20th Floor
3  Costa Mesa, California  92626-1925
   Telephone: +1.714.540.1235
4  Facsimile: +1.714.755.8290

5  Attorneys for Defendant and Counterclaim Plaintiff
   SEOUL SEMICONDUCTOR CO., LTD.
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC., | CASE NO. 3:13-CV-05038-NC |
12 | | |
13 | | **SEOUL SEMICONDUCTOR CO., LTD.'S AMENDED CORPORATE DISCLOSURE STATEMENT** |
14 | Plaintiffs and Counter-Defendants, | |
15 | v. | Fed. R. Civ. P. 7.1 |
16 | SEOUL SEMICONDUCTOR CO., LTD., | |
17 | Defendant and Counterclaim Plaintiff. | |

19

20     TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO ALL PARTIES

21  AND THEIR ATTORNEYS OF RECORD:

22     Defendant and Counterclaim Plaintiff Seoul Semiconductor Co., Ltd., hereby amends

23  its Corporate Disclosure Statement filed April 22, 2014 (Dkt. No. 13) as follows:

24     Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and

25  Counterclaim Plaintiff Seoul Semiconductor Co., Ltd. states that it has no parent corporation

26  and no publically held company owns 10% or more of its stock.

27  ///

28  ///

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DC\3195943.1

Case No. 3:13-cv-05038-NC
SEOUL SEMICONDUCTOR CO., LTD'S
AMENDED CORPORATE DISCLOSURE STATEMENT

| | |
|---|---|
| Dated: April 24, 2014 | LATHAM & WATKINS LLP<br><br>By /s/ Ryan R. Owens<br>   Ryan R. Owens<br>   Attorneys for Defendant and Counterclaim Plaintiff<br>   SEOUL SEMICONDUCTOR CO., LTD. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DC\3195943.1

2

Case No. 3:13-cv-05038-NC
SEOUL SEMICONDUCTOR CO., LTD'S
AMENDED CORPORATE DISCLOSURE STATEMENT