NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12007 Sunrise Valley Drive, Suite 110
Reston, Virginia 20191
Telephone:  877-401-8855
Facsimile:   877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone:  +81-3-3239-5750
Facsimile:   +81-3-3239-8538

MAKMAN & MATZ LLP
DAVID A. MAKMAN (SBN 178195)
ROBERT C. MATZ  (SBN 217822)
655 Mariner's Island Blvd. Suite 306
San Mateo, California 94404
Telephone: 650-242-1560
Facsimile:   650-242-1547

Attorneys for Plaintiffs Enplas Display Device Corporation; Enplas Tech Solutions, Inc.; and Enplas (U.S.A.), Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR CO., LTD;<br><br>Defendant. | **CASE NO. 3:13-CV-05038-NC**<br><br>**JURY TRIAL DEMANDED**<br><br>[~~PROPOSED~~] **ORDER CONTINUING CASE MANAGEMENT HEARING** AS MODIFIED |

1   This Court having considered Plaintiffs' Enplas Display Device Corporation, Enplas Tech
2   Solutions, Inc. and Enplas (U.S.A.), Inc.'s Motion for a Continuance of Case Management
3   Hearing, finds that there is good cause to continue the Case Management Hearing to ~~June 11~~ May 21,
4   2014.  Parties must either file a written consent to the jurisdiction of the magistrate judge, or request
5   reassignment to a district court judge, by the deadline for the filing of initial case management
6   statement, Civ. L.R.  73(a)(1).                        IT IS SO ORDERED

8   DATED: April ___24___, 2014



IT IS SO ORDERED
AS MODIFIED
Judge Nathanael M. Cousins

                                        1                          ORDER GRANTING CONTINUANCE