Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENPLAS DISPLAY DEVICE CORPORATION, et al.,

Plaintiff(s),

v.

SEOUL SEMICONDUCTOR CO., LTD.,

Defendant(s).

Case No: 3:13-CV-05038-NC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Elizabeth M. Roesel, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Seoul Semiconductor Co., Ltd. in the above-entitled action. My local co-counsel in this case is Ryan R. Owens, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Latham & Watkins LLP<br>555 Eleventh Street, NW, Suite 1000,<br>Washington, D.C. 20004-1304 | Latham & Watkins LLP<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, CA 92626-1925 |
| MY TELEPHONE # OF RECORD:<br>(202) 637-2214 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(714) 540-1235 |
| MY EMAIL ADDRESS OF RECORD:<br>elizabeth.roesel@lw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ryan.owens@lw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 416737.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: May 2, 2014

Elizabeth M. Roesel
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Elizabeth M. Roesel is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: May 5, 2014

GRANTED
Judge Nathanael M. Cousins

UNITED STATES MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                    October 2012