NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice to be filed*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice to be filed*)
phoeffner@labgoldlaw.com
12007 Sunrise Valley Drive, Suite 110
Reston, Virginia 20191
Telephone:  877-401-8855
Facsimile:   877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice to be filed*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone:  +81-3-3239-5750
Facsimile:   +81-3-3239-8538

MAKMAN & MATZ LLP
DAVID A. MAKMAN (SBN 178195)
ROBERT C. MATZ  (SBN 217822)
655 Mariner's Island Blvd. Suite 306
San Mateo, California 94404
Telephone: 650-242-1560
Facsimile:   650-242-1547

Attorneys for Plaintiffs Enplas Display
Device Corporation; Enplas Tech
Solutions, Inc.; and Enplas (U.S.A.), Inc.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD; <br><br> Defendant/Counterclaim Plaintiff. | **CASE NO. 3:13-CV-05038-NC** <br><br> **JURY TRIAL DEMANDED** <br><br> **STIPULATION** |

Plaintiffs Enplas Display Device Corporation, Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc. (collectively "Enplas") and Defendant Seoul Semiconductor Co., Ltd. ("SSC") hereby stipulate that the date for Enplas to Answer or otherwise respond to SSC's counterclaims is extended to and including June 11, 2014.

Respectfully submitted,

Dated: May 12, 2014   NAGASHIMA & HASHIMOTO

/s/ Marc R. Labgold
Marc R. Labgold, Ph.D.

Attorneys for Plaintiffs-Counterclaim Defendants
*Enplas Display Device Corporation, Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc.*

LATHAM & WATKINS LLP

Dated: May 12, 2014

/s/ Ryan Owens
Ryan Owens

Attorneys for Defendant-Counterclaim Plaintiff
*Seoul Semiconductor Co., Ltd.*

I, David Alan Makman, an attorney of record in this matter, hereby attest that Enplas has received consent to use the signature of opposing counsel, Ryan Owens, on this stipulation.

Dated: May 12, 2014

NAGASHIMA & HASHIMOTO

/s/ David A. Makman
David A. Makman .

Attorneys for Plaintiffs-Counterclaim Defendants
*Enplas Display Device Corporation, Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc.*