Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Enplas Display Device Corp. et al. | ) Case No: 3:13-CV-05038- |
| Plaintiff(s), | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| Seoul Semiconductor Co., Ltd. | ) **PRO HAC VICE** |
| Defendant(s). | ) (CIVIL LOCAL RULE 11-3) |

I, Takaaki Nagashima, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Oki Electric Industry Co., Ltd. in the above-entitled action. My local co-counsel in this case is David Makman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Hirakawa-cho, KS Bldg, 2nd Floor 2-4-14, Hirakawa-cho, Chiyoda-ku Tokyo 102-0093 Japan | 655 Mariner's Island Blvd., Suite 306 San Mateo, CA 94404 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (877) 401-8855 | (650) 242-1560 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| nagashima@nandhlaw.com | david@makmanmatz.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 1632793.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/13/14

Takaaki Nagashima
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Takaaki Nagashima is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                           October 2012