Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Enplas Display Device Corp. et al. | ) |
| | ) Case No: 3:13-CV-05038- |
| Plaintiff(s), | ) |
| | ) **APPLICATION FOR** |
| v. | ) **ADMISSION OF ATTORNEY** |
| | ) **PRO HAC VICE** |
| Seoul Semiconductor Co., Ltd. | ) (CIVIL LOCAL RULE 11-3) |
| | ) |
| Defendant(s). | ) |
| | ) |

I, Marc Robert Labgold , an active member in good standing of the bar of District of Columbia , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: All Enplas Plaintiffs in the above-entitled action. My local co-counsel in this case is David Makman , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 12007 Sunrise Valley Drive, Suite 110 Reston, VA 20191 | 655 Mariner's Island Blvd., Suite 306 San Mateo, CA 94404 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (703) 901-8860 | (650) 242-1560 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| mlabgold@labgoldlaw.com | david@makmanmatz.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 474969 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/13/14

Marc Robert Labgold
APPLICANT

═══════════════════════════════════════

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Marc Robert Labgold is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                    *October 2012*