Reset Form

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

Enplas Display Device Corporation; Enplas Tech Solutions, Inc.; and Enplas (U.S.A.) Inc., )
)
Plaintiff(s), )
)
v. )
Seoul Semiconductor Co., Ltd., )
)
Defendant(s). )

Case No: 3:13-CV-05038-NC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Patrick Joseph Hoeffner, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: all Enplas plaintiffs in the above-entitled action. My local co-counsel in this case is David Makman, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| 12007 Sunrise Valley Drive, Suite 110 Reston, VA 20191 | 655 Mariner's Island Blvd., Suite 306 San Mateo, CA 94404 |
| My telephone # of record: (516) 984-8542 | Local co-counsel's telephone # of record: (650) 242-1560 |
| My email address of record: phoeffner@labgoldlaw.com | Local co-counsel's email address of record: david@makmanmatz.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 2801462.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 05/18/14

Patrick Joseph Hoeffner
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Patrick Joseph Hoeffner is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                October 2012