# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION
### Magistrate Judge Nathanael Cousins
Courtroom 5 - 4th Floor

## Civil Minute Order

Date: May 21, 2014                                          Time in Court: 36 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter/FTR: FTR: (10:07 to 10:43)

**TITLE: Enplas Display Device Corporation, et al. v. Seoul Semiconductor Company, Ltd.
CASE NUMBER**: CV13-05038 NC
Plaintiff Attorney(s) present (telephonically): Patrick Hoeffner, Marc Labgold & David Makman
Defendant Attorney(s) present (telephonically): Larry Gotts & Ryan Owens.  Also present: Jennifer Jonack

### PROCEEDINGS:
### Case Management Conference

Case management conference held.
The Court grants stipulation re: electronically stored information.
The Court sets an expedited discovery dispute schedule.  Parties to meet and confer before presenting letter brief to the court re: discovery dispute.
Proposed Protective Order to be filed within 21 days.  Parties to contact the Court if any issues arise.
Letter brief re: deposition disputes to be submitted within 14 days.  The Court will issue a ruling or schedule a telephonic hearing if necessary.
The Court adopts Defendant's proposed case schedule, Court to issue case scheduling order.
A further case management conference will be set.
Parties are permitted to file early summary judgment motions as discussed.

///