1  LATHAM & WATKINS LLP
   Ryan R. Owens (Bar No. 269370)
2  ryan.owens@lw.com
   650 Town Center Drive, 20th Floor
3  Costa Mesa, California  92626-1925
   Telephone:  +1.714.540.1235
4  Facsimile:  +1.714.755.8290

5  Bob Steinberg (Bar No. 126407)
   bob.steinberg@lw.com
6  355 South Grand Avenue
   Los Angeles, California 90071-1560
7  Telephone: +1.213.485.1234
   Facsimile: +213.891.8763
8
   Lawrence J. Gotts (*pro hac vice*)
9  lawrence.gotts@lw.com
   555 Eleventh Street, NW
10 Suite 1000
   Washington, D.C. 2004-1304
11 Telephone: +1.202.637.2200
   Facsimile: +1.202.637.2232
12
   Attorneys for Defendant
13 SEOUL SEMICONDUCTOR CO., LTD.

14 [*additional stipulating parties on the signature page*]

15
                    **UNITED STATES DISTRICT COURT**
16
                    **NORTHERN DISTRICT OF CALIFORNIA**
17
                    **SAN FRANCISCO DIVISION**
18

19 ENPLAS DISPLAY DEVICE
   CORPORATION; ENPLAS TECH         CASE NO. 3:13-CV-05038-NC
20 SOLUTIONS, INC.; and ENPLAS (U.S.A.)
   INC.,                            **STIPULATION AND [PROPOSED] ORDER
21                                   GRANTING VOLUNTARY DISMISSAL
              Plaintiffs,            WITH PREJUDICE OF
22                                   COUNTERCLAIMANT SEOUL
         v.                          SEMICONDUCTOR CO., LTD.'S
23                                   COUNTERCLAIMS AGAINST ENPLAS
   SEOUL SEMICONDUCTOR CO., LTD.,    TECH SOLUTIONS, INC.**
24
              Defendant.
25                                   JURY TRIAL DEMANDED

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

Case Number: 3:13-CV-05038-NC
STIPULATION DISMISSING SSC'S
COUNTERCLAIMS AGAINST ETS

**STIPULATION**

WHEREAS, on April 21, 2014, Defendants Seoul Semiconductor Co., Ltd. ("SSC") filed its Answer to Amended Complaint and Counterclaims (the "Countercomplaint") in the above captioned matter [Dkt. No. 11];

WHEREAS, SSC's Countercomplaint asserted counterclaims of patent infringement against Plaintiffs Enplas Display Device Corporation ("EDD"), Enplas Tech Solutions, Inc. ("ETS"), and Enplas (U.S.A.) Inc. ("EUSA"), (collectively, "Enplas");

WHEREAS, Enplas has provided SSC with the declaration, dated July 8, 2014, of John Lakoski, Vice President of ETS, containing his sworn testimony that ETS has had no relevant involvement with the products accused of infringement in SSC's Countercomplaint;

WHEREAS, conditioned on the accuracy of Mr. Lakoski's declaration, SSC desires to dismiss its patent infringement counterclaims against ETS with prejudice;

NOW THEREFORE, it is hereby stipulated and agreed by and between SSC and Enplas, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c) and subject to the approval of this Court, that SSC's counterclaims of patent infringement against ETS are dismissed with prejudice.

**IT IS SO STIPULATED.**

Respectfully submitted by,

Dated: July 22, 2014

LATHAM & WATKINS LLP

By /s/ Ryan R. Owens
    Ryan R. Owens

Attorneys for Defendant
SEOUL SEMICONDUCTOR CO., LTD.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

Case Number: 3:13-CV-05038-NC
STIPULATION DISMISSING SSC'S
COUNTERCLAIMS AGAINST ETS

1   Dated: July 22, 2014                             NAGASHIMA & HASHIMOTO
2
3                                                    By */s/ Marc R. Labgold*
                                                        Marc R. Labgold (*pro hac vice*)
4
                                                     Attorneys for Plaintiffs
5                                                    ENPLAS DISPLAY DEVICE
                                                     CORPORATION; ENPLAS TECH
6                                                    SOLUTIONS, INC. and ENPLAS (U.S.A.),
                                                     INC.
7
8       Attestation:  Pursuant to Civil L.R. 5-1(i)(3), I, Ryan R. Owens, hereby attest that I have
     obtained concurrence in the filing of this document from all other Signatories hereto.
9
     Dated: July 22, 2014                            By */s/ Ryan R. Owens*
10                                                      Ryan R. Owens

11

12

13

14

15                          **[PROPOSED] ORDER**

16

17         **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

18

19

20   Dated:  _____July 24, 2014_____

21                                                                    GRANTED

22

23                                                           Judge Nathanael M. Cousins

24

25

26

27

28

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

2

Case Number: 3:13-CV-05038-NC
STIPULATION DISMISSING SSC'S
COUNTERCLAIMS AGAINST ETS

**CERTIFICATE OF SERVICE**

I certify that on July 22, 2014, I caused the above document to be served via U.S. Mail upon the following:

Takaaki Nagashima
Attorney at Law
7th Floor Suite 703
New York, NY  10022

Dated:  July 22, 2014                         By:   /s/ Ryan R. Owens
                                                    Ryan R. Owens

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

3

Case Number: 3:13-CV-05038-NC
STIPULATION DISMISSING SSC'S
COUNTERCLAIMS AGAINST ETS