NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12007 Sunrise Valley Drive, Suite 110
Reston, Virginia 20191
Tel. (877) 401-8855
Fax (877) 401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Tel. +81-3-3239-5750
Fax. +81-3-3239-8538

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Mark W. Epstein (SBN 143202)
George M. Lee (SBN 172982)
gml@sezalaw.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Tel. (415) 979-0500
Fax (415) 979-0511

Attorneys for Plaintiffs and Counter-Defendants
ENPLAS DISPLAY DEVICE CORPORATION;
ENPLAS TECH SOLUTIONS, INC.; and
ENPLAS (U.S.A.) INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.) INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> vs. <br><br> SEOUL SEMICONDUCTOR CO., LTD., <br><br> Defendant and Counterclaim Plaintiff. | Case No. 3:13-CV-05038-NC <br><br> **NOTICE OF ASSOCIATION AND SUBSTITUTION OF LOCAL COUNSEL FOR PLAINTIFFS AND COUNTER-DEFENDANTS; [PROPOSED] ORDER PERMITTING WITHDRAWAL** |

- 2 -

1  TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the undersigned firm of Seiler Epstein Ziegler &
3  Applegate LLP has associated in as co-counsel of record for Plaintiffs and Counter-Defendants
4  ENPLAS DISPLAY DEVICE CORPORATION, ENPLAS TECH SOLUTIONS, INC. and
5  ENPLAS (U.S.A.) INC. ("Plaintiffs") in the above-captioned matter.  The contact information
6  for new associating counsel is as follows:

> Mark W. Epstein (SBN 143202)
> George M. Lee (SBN 172982)
> SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
> 601 Montgomery Street, Suite 2000
> San Francisco CA 94111
> Tel. (415) 979-0500
> Fax (415) 979-0511
> Email: mwe@sezalaw.com
> Email: gml@sezalaw.com

FURTHER TAKE NOTICE that said counsel substitutes for former local counsel, David A. Makman, and Robert C. Matz, of MAKMAN & MATZ LLP, who, with the clients' consent, are withdrawing as associated counsel for Plaintiffs in this matter.

Dated: August 8, 2014                            **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

*/s/ George M. Lee*
George M. Lee

Attorneys for Plaintiffs and Counter-Defendants ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.) INC.

Dated: August 8, 2014                            **MAKMAN & MATZ LLP**

*/s/ David A. Makman*
David A. Makman

1  Dated: August 8, 2014                                    **MAKMAN & MATZ LLP**

                                                            */s/ Robert C. Matz*
                                                            Robert C. Matz

### CERTIFICATION PURSUANT TO L.R. 5-1(i)(3)

I hereby attest that concurrence in the filing of the document has been obtained from each of the other Signatories hereto.

Dated: August 8, 2014                                       **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

                                                            */s/ George M. Lee*
                                                            George M. Lee

. . .

### [PROPOSED] ORDER PERMITTING WITHDRAWAL

Based upon the foregoing notice and filing, Plaintiffs' former local counsel, David A. Makman, and Robert C. Matz, of MAKMAN & MATZ LLP, are hereby relieved and shall be permitted to withdraw as counsel for Plaintiffs and Counter-Defendants in case.

SO ORDERED.

Dated:  August 11, 2014



GRANTED
Judge Nathanael M. Cousins
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
Attorneys at Law

# CERTIFICATE OF SERVICE

I certify that on August 8, 2014, in addition to its filing via ECF, I caused the foregoing document to be served via US Mail upon the following:

Takaaki Nagashima
Attorney at Law
7th Floor Suite 703
645 Fifth Avenue
New York, NY 10022

Dated: August 8, 2014          **SEILER EPSTEIN ZIEGLER & APPLEGATE LLP**

*/s/ George M. Lee*
George M. Lee