| | |
|---|---|
| NAGASHIMA & HASHIMOTO<br>MARC R. LABGOLD (pro hac vice)<br>mlabgold@labgoldlaw.com<br>PATRICK J. HOEFFNER (pro hac vice)<br>phoeffner@labgoldlaw.com<br>12007 Sunrise Valley Drive, Suite 110<br>Reston, Virginia 20191<br>Telephone: 877-401-8855<br>Facsimile: 877-401-8855<br><br>NAGASHIMA & HASHIMOTO<br>TAKAAKI NAGASHIMA (pro hac vice)<br>nagashima@nandhlaw.com<br>Hirakawa-cho, KS Bldg., 2nd Floor<br>2-4-14, Hirakawa-cho, Chiyoda-ku<br>Tokyo 102-0098 Japan<br>Telephone: +81-3-3239-5750<br>Facsimile: +81-3-3239-8538<br><br>SEILER EPSTEIN ZIEGLER & APPLEGATE LLP<br>Mark W. Epstein (SBN 143202)<br>George M. Lee (SBN 172982)<br>gml@sezalaw.com<br>601 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Tel. (415) 979-0500<br>Fax (415) 979-0511<br><br>Attorneys for Plaintiffs-Counterclaim Defendants<br>*Enplas Display Device Corporation; Enplas Tech Solutions, Inc.; and Enplas (U.S.A.), Inc.* | LATHAM & WATKINS LLP<br>Ryan R. Owens (Bar No. 269370)<br>*ryan.owens@lw.com*<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626-1925<br>Telephone: +1.714.540.1235<br>Facsimile: +1.714.755.8290<br><br>LATHAM & WATKINS LLP<br>Bob Steinberg (Bar No. 126407)<br>*bob.steinberg@lw.com*<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Telephone: +1.213.485.1234<br>Facsimile: +1.213.891.8763<br><br>LATHAM & WATKINS LLP<br>Lawrence J. Gotts<br>*lawrence.gotts@lw.com*<br>(*pro hac vice*)<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304<br>Telephone: +1.202.637.2200<br>Facsimile: +1.202.637.2201<br><br>Attorneys for Defendant-Counterclaim Plaintiff<br>*Seoul Semiconductor Co., Ltd.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,<br><br>      Plaintiffs and<br>      Counter-Defendants,<br><br>   v.<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>      Defendant and<br>      Counterclaim Plaintiff. | CASE NO. 3:13-CV-05038-NC<br><br>**PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION AND PRE-HEARING STATEMENT** |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
3:13-CV-05038-NC

Pursuant to Patent Local Rule 4-3, and the orders of this Court, Plaintiffs Enplas Display Device Corporation, Enplas Tech Solutions, Inc., and Enplas (U.S.A.), Inc. (collectively, "Plaintiffs" or "Enplas") and Defendant Seoul Semiconductor Co., Ltd. ("Defendant" or "SSC") (collectively, "Parties") hereby submit this Joint Claim Construction and Prehearing Statement.

**I.   P.R. 4-3(a): Constructions of Those Terms Upon Which the Parties Agree.**

Pursuant to P.R. 4-3(a), the Parties have met and conferred and have identified the claim terms shown in Appendix A as ones on which the parties agree.

**II.   P.R. 4-3(b): Each Party's Proposed Construction of Each Disputed Term.**

The Parties' disclosures pursuant to P.R. 4-3(b) are attached hereto as follows:

- Appendix B – SSC's disclosures for U.S. Pat. No. 6,473,554 ("the '554 patent");
- Appendix C – Enplas' disclosures for the '554 patent;
- Appendix D – SSC's disclosures for U.S. Pat. No. 6,007,209 ("the '209 patent");
- Appendix E – Enplas' disclosures for the '209 patent.

Appendices B-E include all terms in which the parties have a dispute regarding the construction, including, but not limited to, the nine terms listed below pursuant to P.R. 4-3(c). With respect to evidence on which the Parties intend to rely, SSC and Enplas reserve the right to rely on or cite any intrinsic or extrinsic evidence cited by the other party on the same or different terms, regardless of whether the other party relies on such citation in briefing or argument.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
3:13-CV-05038-NC

### III. P.R. 4-3(c): Identification of Terms Whose Construction Will be Most Significant to Resolution of This Case.

Pursuant to P.R. 4-3(c), the Parties identify the following nine claim terms as being the most significant to the resolution of this case or claim dispositive:

| Claim(s) | Claim Term/Phrase |
| --- | --- |
| '554 patent, claims 1, 2-4, 6-9, 11-13, 19, 20, 23 | "waveguide" |
| '554 patent, claims 30, 31, 33-37, 41-43 | "cusp" |
| '554 patent, claim 30 | "totally internally reflecting" |
| '554 patent, claim 1 | "illumination coupler embedded in an interior region of said waveguide" |
| '554 patent, claims 7, 30, 31, 33-35 | "TIR surface" |
| '554 patent, claim 7 | "substantially flat light travel channel" |
| '209 patent, claim 1 | "about a perimeter of the cavity" |
| '209 patent, claims 1, 5, 6, 15 | "shielding element" |
| '209 patent, claim 22 | "shielding the light emitters" |

### IV. P.R. 4-3(d): Anticipated Length of Time and Format for Claim Construction Hearing and Tutorial.

The Court has scheduled both a Claim Construction Tutorial and a Claim Construction Hearing for October 22, 2014, starting at 10:00 AM. The Parties have met and conferred and have come to the following agreements regarding the Tutorial and Hearing, subject to the Court's approval.

**Tutorial**: The Parties have agreed each side will be limited to a 20 minute presentation. Subject to the Court's preference, the Parties have further agreed that SCC will present first, followed by Enplas, and that no expert testimony will be presented live at the tutorial.

**Hearing**: The Parties anticipate that the hearing will require approximately 3 hours, divided equally between the parties. Subject to the Court's preference, the Parties have agreed to present the disputed claim terms term-by-term, with SCC presenting first for the first term, and Enplas first for the second term, and so forth.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

2

PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
3:13-CV-05038-NC

V. **P.R. 4-3(e): Whether Any Party Proposes to Call Witnesses at Claim Construction Hearing.**

Pursuant to P.R. 4-3(e), the Parties have met and conferred and do not presently anticipate calling witnesses at the claim construction hearing.

JOINTLY SUBMITTED BY:

Dated: Sept. 2, 2014      By: /s/ Ryan R. Owens
    Ryan R. Owens
    Counsel for Seoul Semiconductor Co. Ltd.

Dated: Sept. 2, 2014      By: /s/ Marc R. Labgold
    Marc R. Labgold, Ph.D
    Counsel for Enplas Display Device Corporation, Enplas Tech Solutions, Inc., and Enplas (U.S.A.), Inc.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

PATENT L.R. 4-3 JOINT CLAIM CONSTRUCTION
AND PRE-HEARING STATEMENT
3:13-CV-05038-NC

1 **ATTESTATION PURSUANT TO CIVIL L.R. 5–1(I) RE E-FILING ON BEHALF OF**
2 **MULTIPLE SIGNATORIES**

3     Pursuant to Civil Local Rule 5–1, I, Ryan R. Owens, hereby attest concurrence in the
4 filing of this document has been obtained from the signatory listed above.

5 Dated: Sept. 2, 2014          By: /s/ Ryan R. Owens
6                                              Ryan R. Owens
                                             LATHAM & WATKINS LLP
7                                              Counsel for Seoul Semiconductor Co. Ltd.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28