# APPENDIX B

## APPENDIX B –
## SSC'S PROPOSED CONSTRUCTIONS AND SUPPORTING EVIDENCE FOR U.S. PATENT NO. 6,473,554

|   | Claim Term of Phrase | Claim(s) | SCC's Proposed Constructions and Supporting Evidence[1] |
|---|---|---|---|
| 1 | "waveguide" | Claims 1, 2-4, 6-9, 11-13, 19, 20, 23 | **"an optical device that redirects light"**<br><br>'544 Patent, Abstract; Figures 11, 15, 16, 16A, 24; 1:50-56; 2:13-47; 5:66-6:49; 8:44-49; 10:31-49; 11:1-18; 12:52-57; 16:27-48; Claims 1, 6, 9, 10, 19 |
| 2 | "cusp" | Claims 30, 31, 33-37, 41-43 | **"a pointed, contoured, or rounded area where two curves meet"**<br><br>'544 Patent, Figures 11, 15, 16, 16A, 17, 18, 24; 2:56-61; 13:28-38; 14:28-37; 14:44-47; 14:52-15:3; Claims 7, 12, 28, 29, 30-35, 41-45 |
| 3 | "totally internally reflecting" | Claim 30 | **"reflecting by total internal reflection"**<br><br>'544 Patent, Figures 11, 15, 16, 16A, 24; 7:39-49; 7:57-61; 14:4-11; 16:46-48; Claims 1, 2 |
| 4 | "illumination coupler embedded in an interior region of said waveguide" | Claim 1 | **"the illumination coupler is in a central region of said waveguide"**<br><br>'544 patent, Figures 11, 15, 16, 16A, 24; 2:48-53; 2:64 – 3:40; 17:20-25; Claims 1, 2 |

---

[1] SCC reserves the right to rely on or cite any intrinsic or extrinsic evidence cited by Enplas on the same or different terms, regardless of whether Enplas relies on such citation in briefing or argument. SCC also reserves the right to submit expert testimony in rebuttal to expert testimony submitted by Enplas.

| | **Claim Term of Phrase** | **Claim(s)** | **SCC's Proposed Constructions and Supporting Evidence**[1] |
|---|---|---|---|
| 5 | "TIR surface" | Claims 7, 30, 31, 33-35 | **"a surface angled with respect to a light source to increase total internal reflection within a device"**<br><br>'544 Patent, Figures 11, 15, 16, 16A, 24; 7:39-49; 7:57-61; 13:28-38; 14:1-11; 16:14-20; 16:46-48; Claims 1, 2, 7, 28, 30-35<br><br>IEEE Standard Dictionary of Electrical and Electronics Terms (1988): "total internal reflection (fiber optics). The total reflections that occurs when light strikes an interface at angles of incidence (with respect to the normal) greater than the critical angle.") |
| 6 | "substantially flat light travel channel" | Claim 7 | **"a portion of the waveguide that has some deviation from complete flatness and through which light may propagate"**<br><br>'544 Patent, Figures 4, 4A, 4B, 4C, 5-7, 11, 15, 16, 16A, 24; 11:31-45; 13:39-42; Claims 7, 10, 14-16 |
| 7 | "display elements" | Claims 4, 13, 21 | **"pattern of structures that alter the angle of incidence"**<br><br>'544 Patent, Figures 4, 4A, 4B, 4C, 5-7, 11, 15, 16, 16A, 24, 26-30; 2:61-63; 3:2-4; 6:50-64; 17:15-25; Claims 13-18, 21, 26, 27 |
| 8 | "generally parallel top and bottom surfaces" | Claim 1 | **"top and bottom surfaces that may have some amount of deviation from exactly parallel"**<br><br>'544 Patent, Figures 4, 4A, 4B, 4C, 5-7, 11, 15, 16, 16A, 24; 3:18-40; 6:65-7:5; Claims 1, 28 |

| | **Claim Term of Phrase** | **Claim(s)** | **SCC's Proposed Constructions and Supporting Evidence**[1] |
|---|---|---|---|
| 9 | "The illumination device of claim 2, comprising a point source of light disposed at least partially within a cavity in said waveguide, said cavity being adjacent to said total internal reflecting surface" | Claim 3 | "The illumination device of claim 2, comprising <u>the point source of claim 1</u> disposed at least partially within a cavity in said waveguide, said cavity being adjacent to said total internal reflecting surface."<br><br>'544 patent, Figure 15, 16, 16A, 24; 3:34-36; 6:1-3; claims 1, 8, 14, |
| 10 | "said LED having an end" | Claim 7 | **No construction necessary.**<br><br>**Or in the alternative,**<br><br>**"said LED having an outer surface"**<br><br>'544 patent, Figures 19, 20; 16:14-26; Claims 7, 8 |
| 11 | "optical waveguiding layer" | Claims 13, 14, 19, 20 | **"a layer of material that redirects light"**<br><br>'544 patent, Abstract; Figures 11, 15, 16, 16A, 24; 1:50-56; 2:13-47; 5:66-6:49; 8:44-49; 10:31-49; 11:1-18; 12:52-57; 16:27-48; Claims 1, 6, 9, 10, 19 |
| 12 | "waveguiding layer" | Claims 13, 14, 19, 20 | **"a layer of material that redirects light"**<br><br>'544 patent, Abstract; Figures 11, 15, 16, 16A, 24; 1:50-56; 2:13-47; 5:66-6:49; 8:44-49; 10:31-49; 11:1-18; 12:52-57; 16:27-48; Claims 1, 6, 9, 10, 19 |

|    | **Claim Term of Phrase** | **Claim(s)** | **SCC's Proposed Constructions and Supporting Evidence**[1] |
|----|---|---|---|
| 13 | "lens element" | Claim 19 | **No construction necessary.** <br><br> **Or in the alternative,** <br><br> **"an element that acts as a lens"** <br><br> '544 patent, Figure 24, 16:27-48 |
| 14 | "edge [extending between the top and bottom opposing sides]" | Claim 28, 30 | **No construction necessary.** <br><br> **Or in the alternative,** <br><br> **"a surface that forms an edge [extending between the top and bottom opposing sides]"** <br><br> '544 patent, Figures 3, 4, 9, 11, 16, 18, 24; 2:5-47; 5:46-52; 6:1-9; 6:65-7:5; 9:3-6; Claims 28, 30 |