# APPENDIX D

# APPENDIX D –
## SSC'S PROPOSED CONSTRUCTIONS AND SUPPORTING EVIDENCE FOR U.S. PATENT NO. 6,007,209

|   | **Claim Term of Phrase** | **Claim(s)** | **SCC's Proposed Constructions and Supporting Evidence**[1] |
|---|---|---|---|
| 1 | "about a perimeter of the cavity" | Claim 1 | **"in the vicinity of the border area of the cavity"**<br><br>'209 Patent, Abstract; Figures 3-5; 1:56-60; 2:48-50; 4:9-67; 5:4-5; Claims 1-4, 20<br><br>http://www.merriam-webster.com/dictionary/about (defining "about" as "in the vicinity: near") |
| 2 | "shielding elements" | Claims 1, 5, 6, 15 | **"structures that direct light"**<br><br>'209 Patent, Abstract; Figures 3-5; 1:50-55; 2:44-58; 5:20-29; 5:49-54; Claims 1-4, 20 |
| 3 | "shielding the light emitters" | Claim 22 | **"positioning structures that direct light from the light emitters"**<br><br>'209 Patent, Abstract; Figures 3-5; 1:50-55; 2:44-58; 5:20-29; 5:49-54; Claims 1-4, 20 |
| 4 | "aperture which opens into said cavity" | Claim 1 | **"an opening in one side of the housing into said cavity"**<br><br>'209 Patent, Abstract; Figures 3-5; 1:48-49; 1:56-67; 2:1-12; 2:23-30; 3:52-58; 3:61-63; 4:9-22; Claims 1, 2, 4, 20<br><br>Oxford English Dictionary (2014): "aperture . . . 3. An opening, an open space between portions of solid matter; a gap, cleft, chasm, or hole. . . . 4. |

---

[1] SCC reserves the right to rely on or cite any intrinsic or extrinsic evidence cited by Enplas on the same or different terms, regardless of whether Enplas relies on such citation in briefing or argument. SCC also reserves the right to submit expert testimony in rebuttal to expert testimony submitted by Enplas.

| | **Claim Term of Phrase** | **Claim(s)** | **SCC's Proposed Constructions and Supporting Evidence**[1] |
|---|---|---|---|
| | | | Optics. The space through which light passes in any optical instrument (though there is no material opening)." |
| | | | Webster's New World College Dictionary (2008): "aperture . . . 1 an opening; hole; gap 2 the opening, or the diameter of the opening, in a camera, telescope, etc. through which light passes into the lens" |
| | | | American Heritage Dictionary (2000): "aperture . . . 1. An opening, such as a hole, gap, or slit" |
| 5 | "perimeter" | Claims 1, 20 | **"border area"** <br><br> '209 Patent, Abstract; Figures 3-5; 1:56-60; 2:48-50; 4:9-67; 5:4-5; Claims 1-4, 20 |
| 6 | "around a perimeter of the aperture" | Claim 20 | **"around the border area of the aperture"** <br><br> '209 Patent, Abstract; Figures 3-5; 1:56-60; 2:48-50; 4:9-67; 5:4-5; Claims 1-4, 20 |
| 7 | "directing light rays" | Claim 20 | **"changing the direction of light rays"** <br><br> '209 Patent, Abstract; Figures 3-5; 1:50-55; 2:48-52; 5:20-29; Claims 1-4, 20 |
| 8 | "exposing multiple facets of said light emitters to said cavity" | Claim 22 | **"exposing multiple flat surfaces of said light emitters directly or indirectly to said cavity"** <br><br> '209 Patent, Figures 3-5; 5:49-66 |