LATHAM & WATKINS LLP
   Ryan R. Owens (Bar No. 269370)
*ryan.owens@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290

LATHAM & WATKINS LLP
   Lawrence J. Gotts (*pro hac vice*)
*lawrence.gotts@lw.com*
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 2004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

LATHAM & WATKINS LLP
   S. Giri Pathmanaban (Bar No. 284802)
*giri.pathmanaban@lw.com*
   Michelle P. Woodhouse (260669)
*michelle.woodhosue@lw.com*
140 Scott Drive
Menlo Park, California  94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant
SEOUL SEMICONDUCTOR CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC., <br><br> Plaintiff and Counterclaim Defendants, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD., <br><br> Defendant and Counterclaim Plaintiff. | CASE NO. 3:13-CV-05038-NC <br><br> **JOINT STIPULATION AND [~~PROPOSED~~] ORDER ENLARGING BRIEFING SCHEDULE ON EDD'S MOTION TO AMEND TO ADD A DEFENSE OF INEQUITABLE CONDUCT** |

LATHAM&WATKINS LLP  DC\3984135.1
ATTORNEYS AT LAW
ORANGE COUNTY

Case Number: 3:13-cv-05038-NC
STIPULATION AND [~~PROPOSED~~] ORDER
ENLARGING BRIEFING SCHEDULE

1    Pursuant to Civil Local Rules 6-1, 6-2, 7-12, and related rules, Defendant and
2 Counterclaim Plaintiff Seoul Semiconductor Co., Ltd. ("SSC") and Plaintiff and Counterclaim
3 Defendants Enplas Display Device Corporation ("EDD") respectfully request that the Court
4 enter the following stipulation regarding the briefing schedule for EDD's Motion to Amend to
5 Add a Defense of Inequitable Conduct:
6    WHEREAS on August 13, 2015 EDD filed its Motion to Amend to Add a Defense of
7 Inequitable Conduct (D.I. 107);
8    WHEREAS SSC's Opposition to EDD's Motion to Add a Defense of Inequitable
9 Conduct ("SSC's Opposition") is currently due on August 27, 2015;
10   WHEREAS the parties have agreed to exchange opening expert reports on August 28,
11 2015;
12   WHEREAS the parties have agreed to extend the time for SSC's Opposition to
13 September 2, 2015;
14   WHEREAS the parties have agreed to extend the time for EDD's Reply in Support of its
15 Motion to Add a Defense of Inequitable Conduct to September 10, 2015;
16   WHEREAS the agreed-upon extension will not affect any other deadlines in this case,
17 including, but not limited to the hearing on EDD's Motion to Add a Defense of Inequitable
18 Conduct;
19   IT IS HEREBY STIPULATED by and among the parties hereto, through their respective
20 attorneys of record, that:
21   SSC's Opposition to EDD's Motion to Add a Defense of Inequitable Conduct ("SSC's
22 Opposition") shall be filed by September 2, 2015;
23   EDD's Reply in Support of its Motion to Add a Defense of Inequitable Conduct shall be
24 filed by September 10, 2015;
25   <u>Prior Time Modifications</u>
26   Pursuant to Civil Local Rule 6-2, SSC and Enplas identify the following previous time
27 modifications:
28   On September 22, 2014, the Court entered an Amended Case Management Scheduling

LATHAM&WATKINS LLP DC\3984135.1
ATTORNEYS AT LAW
ORANGE COUNTY

2

Case Number: 3:13-cv-05038-NC
STIPULATION AND [PROPOSED] ORDER
ENLARGING BRIEFING SCHEDULE
ON EDD'S MOTION TO AMEND

1  Order that extended the deadlines for Enplas's Responsive Claim Construction Brief; SSC's
2  Reply Claim Construction Brief; Case Management Conference; Claim Construction Tutorial;
3  Claim Construction Hearing; Deadline for Substantial Completion of Document Production; the
4  Completion of Fact and Expert discovery, Opening Expert Reports, Rebuttal Expert Reports,
5  Deadline to Complete Mediation, Dispositive and Daubert Motions, Pretrial Disclosures; Pretrial
6  Conference Statement; Objections pursuant to Fed. R. Civ. P 26(a)(3); the Pretrial Conference
7  and Trial.  *See* D.I. 72.
8       On March 30, 2015, the Court entered an Amended Case Management Scheduling Order
9  that extended the deadlines for the Completion of Fact and Expert Discovery, Opening Expert
10 Reports, Rebuttal Expert Reports, Deadline to Complete Mediation, Dispositive and Daubert
11 Motions, Pretrial Disclosures; Pretrial Conference Statement; Objections pursuant to Fed. R. Civ.
12 P 26(a)(3); the Pretrial Conference and Trial.  *See* D.I. 97.
13      On July 3, 2015 and again on July 13, 2015, the Court granted the parties' Joint
14 Stipulation to Extend Dates to File Motions to Compel Discovery.
15      This agreed-upon extension will have no effect on any subsequent deadlines in this case.
16 Dated:  August 25, 2015                     LATHAM & WATKINS LLP

17                                              By: /s/ Michelle P. Woodhouse

18                                                  Michelle P. Woodhouse
                                                    Attorneys for Defendant-Counterclaim
19                                                  Plaintiff

20                                                  *Seoul Semiconductor Co., Ltd.*

21
        Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this
22
   document has been obtained from the signatory below.
23

24

25

26

27

28

LATHAM&WATKINS LLP DC\3984135.1
ATTORNEYS AT LAW
ORANGE COUNTY

3

Case Number: 3:13-cv-05038-NC
STIPULATION AND [~~PROPOSED~~] ORDER
ENLARGING BRIEFING SCHEDULE
ON EDD'S MOTION TO AMEND

| | | |
|---|---|---|
| 1 | Dated: August 25, 2015 | NAGASHIMA & HASHIMOTO |
| 2 | | |
| 3 | | By: /s/ Marc R. Labgold |
| 4 | | Marc R. Labgold, Ph.D.<br>Attorneys for Plaintiffs-Counterclaim Defendants |
| 5 | | |
| 6 | | *Enplas Display Device Corporation and Enplas (U.S.A.), Inc.* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August __25__, 2015

_____
Hon. Nathanael M. Cousins
United States Magistrate Judge

GRANTED
Judge Nathanael M. Cousins

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DC\3984135.1

4

Case Number: 3:13-cv-05038-NC
STIPULATION AND [PROPOSED] ORDER
ENLARGING BRIEFING SCHEDULE
ON EDD'S MOTION TO AMEND