UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>　　　　　Defendant. | Case No. 13-cv-05038-NC<br><br>**TENTATIVE ORDER RE: MOTION TO AMEND**<br><br>Re: Dkt. No. 107 |

The Court has reviewed the parties' briefs on plaintiffs' motion to add a defense of inequitable conduct. The Court is inclined to grant plaintiffs' request and permit the addition of the defense in this case, because it appears that EDD was reasonably diligent in pursuing discovery and there appears to be little prejudice to the defendant. The parties should be prepared to further discuss EDD's diligence and any likely prejudice that defendant will suffer from the amendment at the hearing on September 23.

Additionally, the parties should be prepared to propose any modifications, if necessary, to the current schedule should the Court grant plaintiffs' motion. The Court does not intend to alter the dates for hearing dispositive motions or the trial date.

**IT IS SO ORDERED.**

Dated: September 22, 2015

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.: 13-cv-05038-NC