1  LATHAM & WATKINS LLP
     Ryan R. Owens (Bar No. 269370)
2  *ryan.owens@lw.com*
   650 Town Center Drive, 20th Floor
3  Costa Mesa, California  92626-1925
   Telephone:  (714) 540-1235
4  Facsimile:  (714) 755-8290

5  LATHAM & WATKINS LLP
     Lawrence J. Gotts (*pro hac vice*)
6  *lawrence.gotts@lw.com*
   555 Eleventh Street, N.W. Suite 1000
7  Washington, D.C. 2004-1304
   Telephone: (202) 637-2200
8  Facsimile: (202) 637-2201

9  LATHAM & WATKINS LLP
     S. Giri Pathmanaban (Bar No. 284802)
10  *giri.pathmanaban@lw.com*
     Michelle P. Woodhouse (Bar No. 260669)
11  *michelle.woodhosue@lw.com*
   140 Scott Drive
12 Menlo Park, California  94025
   Telephone: (650) 328-4600
13 Facsimile: (650) 463-2600

14 Attorneys for Defendant
   SEOUL SEMICONDUCTOR CO., LTD.
15

16
17                    UNITED STATES DISTRICT COURT
18                    NORTHERN DISTRICT OF CALIFORNIA
19                         SAN FRANCISCO DIVISION

20 | ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC., | CASE NO. 3:13-CV-05038-NC |
   | --- | --- |
   |  | **JOINT STIPULATION TO FURTHER AMEND CASE MANAGEMENT SCHEDULING ORDER** |
   | Plaintiff and Counterclaim Defendants, |  |
   | v. |  |
   | SEOUL SEMICONDUCTOR CO., LTD., |  |
   | Defendant and Counterclaim Plaintiff. |  |

28

LATHAM&WATKINS LLP DC\4084142.2
ATTORNEYS AT LAW
ORANGE COUNTY

Case Number: 3:13-cv-05038-NC
JOINT STIPULATION TO AMEND CASE
MANAGEMENT SCHEDULING ORDER

Pursuant to Civil Local Rules 6-1, 6-2, 7-12, and related rules, Defendant and Counterclaim Plaintiff Seoul Semiconductor Co., Ltd. ("SSC") and Plaintiff and Counterclaim Defendant Enplas Display Device Corporation ("EDD") hereby jointly stipulate to amend the case management scheduling order.

The parties agree that additional time is required to complete expert discovery, which includes expert depositions.  The parties further agree that in light of the additional expert discovery time, additional time is required to complete Dispositive Motions and *Daubert* Motions, thereby necessitating amendment of the Court's Amended Case Management Scheduling Order, dated September 25, 2015. *See* D.I. 126.

The parties also agree that the certain remaining court-ordered deadlines, must be moved to accommodate the additional expert discovery period, to obviate scheduling conflicts, as well as to provide sufficient time for dispositive motions, including oppositions and responses thereto, which could further narrow the case or eliminate the need for a trial.  The parties agree that this additional expert discovery and dispositive motion period will not impact the scheduled trial date.

The parties are in agreement and respectfully request the Court's approval that the deadlines set forth in the current Amended Case Management Scheduling Order be amended as follows:

| Event | Scheduled Date | Proposed Date |
| --- | --- | --- |
| Completion of Expert Discovery | October 21, 2015 | October 23, 2015 |
| Opening MSJ/Daubert | October 28, 2015 | October 30, 2015 |
| Oppositions to MSJ/Daubert Motions | November 11, 2015 | November 16, 2015 |
| Replies to MSJ/Daubert Motions | November 18, 2015 | November 25, 2015 |
| Deadline for Completion of Mediation | November 13, 2015 | December 10, 2015 |
| Last Day to Hear Dispositive Motions and *Daubert* Motions | December 2, 2015 | December 9, 2015 |
| Pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3), including designations of excerpts from depositions, interrogatory answers and | January 22, 2016 | January 22, 2016 (no change) |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

DC\4084142.2

2

Case Number: 3:13-cv-05038-NC
JOINT STIPULATION TO AMEND CASE MANAGEMENT SCHEDULING ORDER

| | | |
|---|---|---|
| responses to requests for admissions | | |
| Joint Final Pretrial Conference Statement, including proposed voir dire questions, proposed jury instructions, proposed verdict forms, and pre-trial memoranda | February 5, 2016 | February 5, 2016<br><br>(no change) |
| Objections pursuant to Fed. R. Civ. P. 26(a)(3) | February 12, 2016 | February 12, 2016<br><br>(no change) |
| Pretrial Conference | February 24, 2016 | February 24, 2016<br><br>(no change) |
| Trial | March 14, 2016 | March 14, 2016<br><br>(no change) |

Prior Time Modifications

Pursuant to Civil Local Rule 6-2, SSC and EDD identify the following previous time modifications:

On September 22, 2014, the Court entered an Amended Case Management Scheduling Order that extended the deadlines for Enplas's Responsive Claim Construction Brief; SSC's Reply Claim Construction Brief; Case Management Conference; Claim Construction Tutorial; Claim Construction Hearing; Deadline for Substantial Completion of Document Production; the Completion of Fact and Expert discovery, Opening Expert Reports, Rebuttal Expert Reports, Deadline to Complete Mediation, Dispositive and Daubert Motions, Pretrial Disclosures; Pretrial Conference Statement; Objections pursuant to Fed. R. Civ. P 26(a)(3); the Pretrial Conference and Trial. *See* D.I. 72.

On March 30, 2015, the Court entered an Amended Case Management Scheduling Order that extended the deadlines for the Completion of Fact and Expert Discovery, Opening Expert Reports, Rebuttal Expert Reports, Deadline to Complete Mediation, Dispositive and Daubert Motions, Pretrial Disclosures; Pretrial Conference Statement; Objections pursuant to Fed. R. Civ. P 26(a)(3); the Pretrial Conference and Trial. *See* D.I. 97.

On July 2, 2015 and again on July 13, 2015, the Court granted the parties' Joint

1  Stipulation to Extend Dates to File Motions to Compel Discovery.  *See* D.I.s 102, 105.

2      On August 25, 2015, the Court granted the parties' Joint Stipulation Enlarging Briefing

3  Schedule on EDD's Motion to Amend to Add a Defense of Inequitable Conduct.  *See* D.I. 110.

4      On September 25, 2015, the Court granted the parties Joint Stipulation to Further Amend

5  Case Management Scheduling Order.  *See* D.I. 126.

6      Except as noted above this agreed-upon extension will have no effect on any subsequent

7  deadlines in this case.

8  Dated:  October 16, 2015                LATHAM & WATKINS LLP

9                              By: */s/ Ryan R. Owens*

10                                 Ryan R. Owens
                                   Attorneys for Defendant-Counterclaim
11                                 Plaintiff

12                                 *Seoul Semiconductor Co., Ltd.*

13
        Pursuant to L.R. 5-1(i)(3), the above signatory attests that concurrence in the filing of this
14  document has been obtained from the signatory below.

15  Dated:  October 16, 2015                NAGASHIMA & HASHIMOTO
16
17                              By: */s/ Marc R. Labgold*

18                                 Marc R. Labgold, Ph.D.
                                   Attorneys for Plaintiffs-Counterclaim
19                                 Defendants

20                                 *Enplas Display Device Corporation*

21

22  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

23

24  Dated:  October 16_, 2015

25                              GRANTED

26                              [signature]
                                Judge Nathanael M. Cousins
27

28