LATHAM & WATKINS LLP
  Ryan R. Owens (Bar No. 269370)
*ryan.owens@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

LATHAM & WATKINS LLP
  Lawrence J. Gotts (*pro hac vice*)
*lawrence.gotts@lw.com*
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 2004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

LATHAM & WATKINS LLP
  S. Giri Pathmanaban (Bar No. 284802)
*giri.pathmanaban@lw.com*
  Michelle P. Woodhouse (Bar No. 260669)
*michelle.woodhosue@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant
SEOUL SEMICONDUCTOR CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,<br><br>Plaintiff and Counterclaim Defendants,<br><br>v.<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>Defendant and Counterclaim Plaintiff. | CASE NO. 3:13-CV-05038-NC<br><br>**DECLARATION OF RYAN R. OWENS IN SUPPORT OF SSC'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL IN SUPPORT OF ITS OPPOSITION TO EUSA'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**<br><br>Assigned to Hon. Nathanael M. Cousins<br><br>Date: November 18, 2015<br>Time: 1:00 p.m.<br>Location: Courtroom 7, 4th Floor, San Jose |

LATHAM&WATKINS LLP DC\4092362.2
ATTORNEYS AT LAW
ORANGE COUNTY

CASE NO. 3:13-CV-05038-NC
DECL. OF R. OWENS ISO SSC'S MOTION FOR
LEAVE TO FILE UNDER SEAL

| | |
|---|---|
| 1 | I, Ryan R. Owens, state and declare as follows: |
| 2 | 1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendant |
| 3 | Seoul Semiconductor Co., Ltd. ("SSC") in the above-captioned action. I make this declaration in |
| 4 | support of SSC's Administrative Motion For Leave To File Documents Under Seal In Support of |
| 5 | Its Opposition to EUSA's Motion for Summary Judgment of Non-Infringement (the EUSA |
| 6 | "Opposition"). I have personal knowledge of the facts stated herein, and, if called to testify as a |
| 7 | witness, I could and would testify competently thereto. |
| 8 | 2. Pursuant to Civil L. R. 79-5 and 7-11, SSC applies to this Court to file the |
| 9 | following document under seal: SSC's Opposition to EUSA's Motion for Summary Judgment of |
| 10 | Non-Infringement. |
| 11 | 3. SSC's Opposition to EUSA's Motion for Summary Judgment of Non- |
| 12 | Infringement contains information that SSC believes that Enplas would find to be Confidential or |
| 13 | Highly Confidential—Attorneys' Eyes Only information required to be filed under seal, pursuant |
| 14 | to the Stipulated Protective Order entered into between the parties to the aforementioned |
| 15 | litigation (D.I. 57). |
| 16 | 4. In order to balance the right of public access to the record with the parties' |
| 17 | competing confidentiality interests, SSC has filed a redacted version of the EUSA Opposition. |
| 18 | I declare under penalty of perjury of the laws of the United States that the foregoing is |
| 19 | true and correct. |
| 20 | Executed at Costa Mesa, California on October 16, 2015. |

                                          /s/ *Ryan R. Owens*
                                          Ryan R. Owens

LATHAM & WATKINS LLP DC\4092362.2
ATTORNEYS AT LAW
ORANGE COUNTY

1

CASE NO. 3:13-CV-05038-NC
DECL. OF R. OWENS ISO SSC'S MOTION FOR
LEAVE TO FILE UNDER SEAL