| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| | Ryan R. Owens (Bar No. 269370) |
| 2 | *ryan.owens@lw.com* |
| | 650 Town Center Drive, 20th Floor |
| 3 | Costa Mesa, California 92626-1925 |
| | Telephone: (714) 540-1235 |
| 4 | Facsimile: (714) 755-8290 |
| 5 | LATHAM & WATKINS LLP |
| | Lawrence J. Gotts (*pro hac vice*) |
| 6 | *lawrence.gotts@lw.com* |
| | 555 Eleventh Street, NW, Suite 1000 |
| 7 | Washington, D.C. 20004-1304 |
| | Telephone: (202) 637-2200 |
| 8 | Facsimile: (202) 637-2201 |
| 9 | LATHAM & WATKINS LLP |
| | S. Giri Pathmanaban (Bar No. 284802) |
| 10 | *giri.pathmanaban@lw.com* |
| | Michelle P. Woodhouse (Bar No. 360669) |
| 11 | *michelle.woodhouse@lw.com* |
| | 140 Scott Drive |
| 12 | Menlo Park, California 94025 |
| | Telephone: (650) 328-4600 |
| 13 | Facsimile: (650) 463-2600 |
| 14 | Attorneys for Defendant |
| | SEOUL SEMICONDUCTOR CO., LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC., <br><br> Plaintiffs and Counter-Defendants, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD., <br><br> Defendant and Counterclaim Plaintiff. | CASE NO. 3:13-CV-05038-NC <br><br> **PROOF OF SERVICE** <br><br> Assigned to Hon. Nathanael M. Cousins <br><br> Date: November 18, 2015 <br> Time: 1:00 p.m. <br> Location: Courtroom 7, 4th Floor, San Jose |

# PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 650 Town Center Drive, 20th Floor, Costa Mesa, CA 92626-1925.

On October 16, 2015, I served the following documents described as:

**SSC's OPPOSITION TO EUSA'S MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
(SEALED VERSION)**

**SSC's OPPOSITION TO EDD'S MOTIONS FOR
PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT
(SEALED VERSION)**

**SSC's OPPOSITION TO ETS'S MOTION FOR
SUMMARY JUDGMENT OF NON-INFRINGEMENT
(SEALED VERSION)**

by serving a true copy of the above-described documents in the following manner:

## BY ELECTRONIC MAIL

The above-described documents were transmitted via electronic mail to the following parties on October 16, 2015 at 11:56 p.m.:

Marc R. Labgold
Patrick J. Hoeffner
**NAGASHIMA & HASHIMOTO**
12007 Sunrise Valley Drive, Suite 110
Reston, VA 20191
Email: *mlabgold@labgoldlaw.com*
*phoeffner@labgoldlaw.com*

John W. Shaw
Jeffrey T. Castellano
**SHAW KELLER LLP**
300 Delaware Ave., Suite 1120
Wilmington, DE 19801
Email: *jshaw@shawkeller.com*
*jcastellano@shawkeller.com*

The party on whom this electronic mail has been served has agreed in writing to such form of service pursuant to agreement.

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 16, 2015, at Costa Mesa, California.

*Brent Brandon*