NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12005 Sunrise Valley Drive, Suite 203
Reston, Virginia 20191
Telephone: 877-401-8855
Facsimile: 877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone: +81-3-3239-5750
Facsimile: +81-3-3239-8538

SHAW KELLER LLP
JOHN W. SHAW (*pro hac vice*)
jshaw@shawkeller.com
JEFFREY CASTELLANO (*pro hac vice*)
jcastellano@shawkeller.com
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
Telephone: 302-298-0700

SEILER EPSTEIN ZIEGLER &
 APPLEGATE LLP
MARK W. EPSTEIN (SBN 143202)
GEORGE M. LEE (SBN 172982)
gml@sezalaw.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415-979-0500
Facsimile: 415-979-0511

*Attorneys for Plaintiffs Enplas Display Device Corp., Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,<br><br>　　　　Plaintiffs/Counterclaim Defendants,<br><br>　　v.<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>　　　　Defendant/Counterclaim Plaintiff. | **CASE NO. 3:13-cv-05038-NC**<br><br>**JURY TRIAL DEMANDED**<br><br>**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTIONS TO SEAL** |

Plaintiffs Enplas Display Device Corporation ("EDD"), Enplas Tech Solutions, Inc. ("ETS") and Enplas (U.S.A.), Inc. ("EUSA") (collectively "Enplas") submit this response to:

- Seoul Semiconductor Co., Ltd.'s ("SSC") Administrative Motion to File Under Seal Documents in Support of its Motion to Dismiss (1) SSC's Counterclaims Against Enplas (U.S.A.) and (2) Enplas (U.S.A.) Inc.'s and Enplas Tech Solutions Inc.'s Declaratory Judgment Claims (Dkt. No. 136);
- SSC's Administrative Motion to File Under Seal SSC's Opposition to EUSA's Motion for Summary Judgment of Non-Infringement (Dkt. No. 143);
- SSC's Administrative Motion to File Under Seal SSC's Opposition to ETS's Motion for Summary Judgment of Non-Infringement (Dkt. No. 144); and
- SSC's Administrative Motion to File Under Seal SSC's Opposition to EDD's Motion for Partial Summary Judgment of Non-Infringement (Dkt. No. 145).

With respect to information contained in Exhibits A, B, and C to Dkt. No. 138 (SSC's Motion to Dismiss) and Dkt. No. 148 (SSC's Opposition to EUSA's Motion for Summary Judgment) and the text discussing those Exhibits, Enplas agrees that information is confidential and should be sealed as detailed in the Declaration of Patrick J. Hoeffner in Support of SSC's Administrative Motions to File Under Seal, filed contemporaneously herewith.

Plaintiffs oppose the sealing of the remaining information SSC seeks to redact via the motions to seal at Dkt. Nos. 136, 143, 144 and 145, as that information is publicly available, not confidential, and not designated as confidential under the Stipulated Protective Order (Dkt. No. 57). In particular, the product numbers for the accused lenses (#4922, #9827, #9845, #9849, #9853A, #9854D, #9854E, and #9879), have been improperly redacted by SSC despite these lens numbers being publicly available and being disclosed in the Joint Letter Brief regarding discovery scope (*See* Dkt. No. 83 at 2-3).

//
//
//
//

Respectfully submitted by,

Dated: October 19, 2015    NAGASHIMA & HASHIMOTO

*/s/ Marc R. Labgold*
Marc R. Labgold, Ph.D.
Attorneys for Plaintiffs / Counterclaim
Defendants *Enplas Display Device Corporation, Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc.*