NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12005 Sunrise Valley Drive, Suite 203
Reston, Virginia 20191
Telephone: 877-401-8855
Facsimile: 877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone: +81-3-3239-5750
Facsimile: +81-3-3239-8538

SHAW KELLER LLP
JOHN W. SHAW (*pro hac vice*)
jshaw@shawkeller.com
JEFFREY CASTELLANO (*pro hac vice*)
jcastellano@shawkeller.com
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
Telephone: 302-298-0700

SEILER EPSTEIN ZIEGLER &
  APPLEGATE LLP
MARK W. EPSTEIN (SBN 143202)
GEORGE M. LEE (SBN 172982)
gml@sezalaw.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415-979-0500
Facsimile: 415-979-0511

*Attorneys for Plaintiffs Enplas Display
Device Corp., Enplas Tech Solutions, Inc.
and Enplas (U.S.A.), Inc.*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC., <br><br> Plaintiffs/Counterclaim Defendants, <br><br> v. <br><br> SEOUL SEMICONDUCTOR CO., LTD., <br><br> Defendant/Counterclaim Plaintiff. | **CASE NO. 3:13-cv-05038-NC** <br><br> **JURY TRIAL DEMANDED** <br><br> **DECLARATION OF PATRICK J. HOEFFNER IN SUPPORT OF DEFENDANT'S MOTIONS TO SEAL** |

I, Patrick J. Hoeffner, declare:

1.     I am of counsel with the law firm of Nagashima & Hashimoto, counsel for Plaintiffs Enplas Display Device Corporation, Enplas Tech Tech Solutions, Inc. and Enplas (U.S.A.), Inc. (collectively "Enplas" or "Plaintiffs") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the statements made herein.

2.     This Declaration is submitted pursuant to Civ. L.R. 79-5 in support of:

•      Seoul Semiconductor Co., Ltd.'s ("SSC") Administrative Motion to File Under Seal Documents in Support of its Motion to Dismiss (1) SSC's Counterclaims Against Enplas (U.S.A.) and (2) Enplas (U.S.A.) Inc.'s and Enplas Tech Solutions Inc.'s Declaratory Judgment Claims (Dkt. No. 136); and

•      SSC's Administrative Motion To File Under Seal SSC's Opposition to EUSA's Motion for Summary Judgment of Non-Infringement (Dkt. No. 143).

3.     On October 15, 2015, SSC filed its Motion to Dismiss (1) SSC's Counterclaims Against Enplas (U.S.A.) and (2) Enplas (U.S.A.) Inc.'s and Enplas Tech Solutions Inc.'s Declaratory Judgment Claims (Dkt. No. 138).  SSC has sought to file under seal portions of its Motion and exhibits (Dkt. No. 136).

4.     On October 16, 2015, SSC filed its Opposition to EUSA's Motion for Summary Judgment of Non-Infringement (Dkt. No. 148).  SSC has sought to file under seal portions of its Opposition and exhibits (Dkt. No. 143).

5.     SSC seeks to redact the Motion to Dismiss (Dkt. No. 138) page 2, lines 10-22 and page 4, lines 18-21, as well as Exhibits A, B and C.  Plaintiffs agree that these materials are confidential business records which contain confidential and proprietary information of Enplas.

6.     SSC seeks to redact the Opposition (Dkt. No. 148) from page 1 line 17 to page 2 line 1.  Plaintiffs agree that these materials are confidential business records which contain confidential and proprietary information of Enplas.

7.     Exhibit A to SSC's Motion is a confidential consulting agreement between Enplas (U.S.A.), Inc. and a contractor.  Exhibit A contains confidential information of Enplas, and which

was designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Stipulated Protective Order (Dkt. No. 57).

8.      Exhibits B and C to SSC's Motion are portions of deposition transcripts from this litigation containing confidential information of Enplas, and which were designated as HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Stipulated Protective Order (Dkt. No. 57).

9.      The portion of the text SSC seeks to redact from its Opposition at page 1 line 17 to page 2 line 1 discusses and describes the contents of HIGHLY CONFIDENTIAL Exhibits A, B and C to SSC's Motion and therefore is properly sealable.  Likewise, the portions of the text SSC seeks to redact from its Motion at page 2, lines 10-22 and page 4, lines 18-21 discuss and describe the contents of HIGHLY CONFIDENTIAL Exhibits A, B and C and therefore are properly sealable.

10.     Plaintiffs do not agree that the remaining redactions proposed by SSC via Dkt. No. 136 and Dkt. No. 143 and are proper or warranted, and oppose the redaction of that information from the public record, as set forth in EDD's Opposition to SSC's Administrative Motions to Seal, filed contemporaneously herewith.

I declare under penalty of perjury that the foregoing is true and correct.  Signed by me this 19th day of October, 2015.

By: /s/ *Patrick. J. Hoeffner*
Patrick J. Hoeffner

Attorneys for Plaintiffs/Counterclaim Defendants *Enplas Display Device Corporation, Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc.*