NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12005 Sunrise Valley Drive, Suite 203
Reston, Virginia 20191
Telephone: 877-401-8855
Facsimile: 877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone: +81-3-3239-5750
Facsimile: +81-3-3239-8538

SHAW KELLER LLP
JOHN W. SHAW (*pro hac vice*)
jshaw@shawkeller.com
JEFFREY CASTELLANO (*pro hac vice*)
jcastellano@shawkeller.com
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
Telephone: 302-298-0700

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
MARK W. EPSTEIN (SBN 143202)
GEORGE M. LEE (SBN 172982)
gml@sezalaw.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415-979-0500
Facsimile: 415-979-0511

*Attorneys for Plaintiffs Enplas Display Device Corp., Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,

Plaintiffs/Counterclaim Defendants,

v.

SEOUL SEMICONDUCTOR CO., LTD.,

Defendant/Counterclaim Plaintiff.

**CASE NO. 3:13-cv-05038-NC**

**JURY TRIAL DEMANDED**

**DECLARATION OF JEFFREY T. CASTELLANO IN SUPPORT OF EDD'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

I, Jeffrey T. Castellano, declare:

1. I am a Partner at the law firm of Shaw Keller LLP, counsel for Plaintiff Enplas Display Device Corporation ("EDD") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the statements made herein.

2. Attached hereto as Exhibit 1 is a true and correct copy of portions of the Seoul Semiconductor Co., Ltd.'s Disclosure of Asserted Claims and Infringement Contentions Pursuant to Patent Local Rules 3-1 and 3-2 dated June 4, 2014.

3. Attached hereto as Exhibit 2 is a true and correct copy of portions of the Expert Report of Duncan T. Moore on Infringement of U.S. Patent Nos. 6,473,554 and 6,007,209 dated August 28, 2015.

4. Attached hereto as Exhibit 3 is a true and correct copy of portions of the Deposition Transcript of Duncan T. Moore dated October 23, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 30th day of October, 2015.

/s/ *Jeffrey T. Castellano*
Jeffrey T. Castellano