UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>Defendant. | Case No.13-cv-05038-NC<br><br>**ORDER FOR ADDITIONAL BRIEFING: CLAIM CHART** |

The Court has reviewed the parties' motions to be heard on November 18, and acknowledges that further summary judgment motions are noticed for December 9. The Court ORDERS the parties to file a joint stipulated chart summarizing all claims and defenses currently in the case to be decided by the Court or a jury. In addition to identifying all the patents, claims, and relevant theories at issue in the case, the chart should answer the following questions:

- Is the claim or theory contested in a motion currently pending before the Court? If so, include the docket number of the motion.
- Has the claim or theory been voluntarily dismissed, or subject to a covenant not to sue? If so, include the docket number of the relevant dismissal.
- Would resolution of this claim or theory also resolve a defense or counter claim by the opposing party? If the parties do not agree, please indicate the parties' positions.

Case No.13-cv-05038-NC

- Would resolution of this claim or theory also resolve other claims or theories by the same party? If the parties do not agree, please indicate the parties' positions.

The chart must be submitted jointly with any disagreements included in the chart. The chart must be filed by November 17, 2015 by 5:00 p.m. via ECF, and a word processing version should be sent to the Court's proposed order inbox.

**IT IS SO ORDERED.**

Dated: November 13, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.:13-cv-05038-NC 2