UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>SEOUL SEMICONDUCTOR COMPANY, LTD., <br><br>　　　　Defendant. | Case No.13-cv-05038-NC <br><br>**ORDER FOR ADDITIONAL BRIEFING RE: CHOICE OF LAW** |

Federal circuit law applies to issues "unique to patent law and regional circuit law to issues unrelated to patent law." *Atlas IP, LLC v. Medtronic, Inc.*, No. 2015-1071, 2015 WL 6550622, at *4 (Fed. Cir. Oct. 29, 2015). Thus, the Court ORDERS the parties to submit additional briefing as to the choice of law on the following issues:

1. Amendment of pleadings at the summary judgment stage
2. Sufficiency of a covenant not to sue
3. Mootness in a declaratory judgment action

The parties may each submit a single brief addressing these issues, not to exceed three pages. The briefing is due by 5:00 p.m. on November 17, 2015.

**IT IS SO ORDERED.**

Dated:  November 16, 2015　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No.13-cv-05038-NC