| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Ryan R. Owens (Bar No. 269370)<br>*ryan.owens@lw.com*<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California  92626-1925<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 | LATHAM & WATKINS LLP<br>  Charles H. Sanders (*pro hac vice*)<br>*charles.sanders@lw.com*<br>John Hancock Tower, 27th Floor<br>200 Clarendon Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 948-6000<br>Facsimile: (617) 948-6001 |

LATHAM & WATKINS LLP
  Lawrence J. Gotts (*pro hac vice*)
*lawrence.gotts@lw.com*
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 2004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

LATHAM & WATKINS LLP
  Michelle P. Woodhouse (Bar No. 260669)
*michelle.woodhouse@lw.com*
140 Scott Drive
Menlo Park, California  94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant
SEOUL SEMICONDUCTOR CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,<br><br>              Plaintiff and Counterclaim Defendants,<br><br>       v.<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>              Defendant and Counterclaim Plaintiff. | CASE NO. 3:13-CV-05038-NC<br><br>**DECLARATION OF RYAN R. OWENS IN SUPPORT OF SSC'S OPPOSITION TO EDD'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 1, 2, 30, 31, 33-39, 41-43 AND 45-48 OF THE '554 PATENT AS ANTICIPATED UNDER § 102(B)**<br><br>Assigned to Hon. Nathanael M. Cousins<br><br>Date:  December 9, 2015<br>Time:  1:00 p.m.<br>Location: Courtroom 7, 4th Floor, San Jose |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

CASE NO.: 3:13-cv-05038-NC
DECL. OF R. OWENS ISO OPPOSITION TO MSJ
OF INVALIDITY CLAIMS OF THE '554 PATENT

I, Ryan R. Owens, state and declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendant Seoul Semiconductor Co., Ltd. ("SSC") in the above-captioned action. I make this declaration in support of SSC's Opposition to EDD's Motion for Summary Judgment of Invalidity of Claims 1, 2, 30, 31, 33, 41, 43 and 45-48 of the '554 Patent as Anticipated Under § 102(b).

2. I have personal knowledge of the facts stated herein, and, if called to testify as a witness, I could and would testify competently thereto.

3. Attached hereto as Exhibit A is a true and correct copy of United States Patent No. 6,473,554 (the "'554 patent").

4. Attached hereto as Exhibit B is a true and correct copy of Japanese Published Patent Application No. H06-011365 (Stanley') and a translation thereof.

5. Attached hereto as Exhibit C is a true and correct copy of U.S. Patent No. 3,774,021 ("Johnson").

6. Attached hereto as Exhibit D is a true and correct copy of excerpts from Exhibit F to the Expert Report of Clifford R. Pollock, Ph.D. Regarding Invalidity, served on August 8, 2015.

7. Attached hereto as Exhibit E is a true and correct copy of excerpts from the October 23, 2015 deposition transcript of Duncan T. Moore.

8. Attached hereto as Exhibit F is a true and correct copy of excerpts from the October 21, 2015 deposition transcript of Clifford Pollock, Ph.D.

9. Attached hereto as Exhibit G is a true and correct copy of excerpts from Exhibit B to the Expert Report of Clifford R. Pollock, Ph.D. Regarding Invalidity, served on August 8, 2015.

10. Attached hereto as Exhibit H is a true and correct copy of excerpts from Exhibit E to the Expert Report of Clifford R. Pollock, Ph.D. Regarding Invalidity, served on August 8, 2015.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
ORANGE COUNTY

1

CASE NO.: 3:13-cv-05038-NC
DECL. OF R. OWENS ISO OPPOSITION TO MSJ
OF INVALIDITY CLAIMS OF THE '554 PATENT

1   Executed at Costa Mesa, California on November 16, 2015.

/s/  *Ryan R. Owens*
Ryan R. Owens

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
ORANGE COUNTY

2

CASE NO.: 3:13-cv-05038-NC
DECL. OF R. OWENS ISO OPPOSITION TO MSJ
OF INVALIDITY CLAIMS OF THE '554 PATENT