# Exhibit G

# EXHIBIT B

**Claim Chart For Claims 1-4, 6, 30-31, 33-39, 41-43, 45-48 of U.S. Patent 6,473,554 As Anticipated By JP56-141304 (Koito), or Rendered Obvious Thereby, Alone or in Combination With One or More of Hayashi, Sharp, Stanley, Johnson, Althaus, Popovich, or Parkyn**

| '554 Patent Issue Date | October 29, 2002 | | Prior Art | JP56-141304 |
|---|---|---|---|---|
| '554 Patent Filing Date | September 24, 1997 | | Effective Date | October 26, 1981 |
| Priority Claim* | December 12, 1996 | | Statutory Section | §§ 102 / 103 |

*The claimed priority date is noted only for completeness. The '554 patent issued from a continuation-in-part (CIP) application and as such, Enplas contends the claims are not entitled to a date earlier than September 24, 1997.

| | |
|---|---|
|  | |
| a waveguide having an illumination coupler embedded in an interior region of said waveguide, | Koito teaches a waveguide having an illumination coupler embedded in an interior region of said waveguide. Koito discloses illumination coupler (shown as 2 in the figures below) embedded in an interior region of said waveguide. |

Page 2 of 89

**Claim Chart For Claims 1-4, 6, 30-31, 33-39, 41-43, 45-48 of U.S. Patent 6,473,554 As Anticipated By JP56-141304 (Koito), or Rendered Obvious Thereby, Alone or in Combination With One or More of Hayashi, Sharp, Stanley, Johnson, Althaus, Popovich, or Parkyn**

| '554 Patent Issue Date | October 29, 2002 | | Prior Art | JP56-141304 |
|---|---|---|---|---|
| '554 Patent Filing Date | September 24, 1997 | | Effective Date | October 26, 1981 |
| Priority Claim* | December 12, 1996 | | Statutory Section | §§ 102 / 103 |

*The claimed priority date is noted only for completeness. The '554 patent issued from a continuation-in-part (CIP) application and as such, Enplas contends the claims are not entitled to a date earlier than September 24, 1997.

| | |
|---|---|
| | <br>*See, e.g.,* Figures 1- 3. *See also* Koito at Claims. |
| said illumination coupler adapted to receive light from a point source within said interior region, | Koito teaches an illumination coupler adapted to receive light from a point source within said interior region.<br><br>Koito discloses illumination coupler (shown as 2 in the figures below) positioned to receive light from the light source 3. |