| | |
|---|---|
| LATHAM & WATKINS LLP<br>  Ryan R. Owens (Bar No. 269370)<br>*ryan.owens@lw.com*<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California  92626-1925<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 | LATHAM & WATKINS LLP<br>  Charles H. Sanders (*pro hac vice*)<br>*charles.sanders@lw.com*<br>John Hancock Tower, 27th Floor<br>200 Clarendon Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 948-6000<br>Facsimile: (617) 948-6001 |

LATHAM & WATKINS LLP
  Lawrence J. Gotts (*pro hac vice*)
*lawrence.gotts@lw.com*
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 2004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

LATHAM & WATKINS LLP
  Michelle P. Woodhouse (Bar No. 260669)
*michelle.woodhouse@lw.com*
140 Scott Drive
Menlo Park, California  94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant
SEOUL SEMICONDUCTOR CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,<br><br>             Plaintiff and Counterclaim Defendants,<br><br>        v.<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>             Defendant and Counterclaim Plaintiff. | CASE NO. 3:13-CV-05038-NC<br><br>**DECLARATION OF DUNCAN T. MOORE IN SUPPORT OF SSC'S OPPOSITION TO EDD'S MOTION FOR SUMMARY JUDGMENT OF INVALIDITY OF CLAIMS 1, 2, 30, 31, 33-39, 41-43 AND 45-48 OF THE '554 PATENT AS ANTICIPATED UNDER § 102(B)**<br><br>Assigned to Hon. Nathanael M. Cousins<br><br>Date:  December 9, 2015<br>Time:  1:00 p.m.<br>Location: Courtroom 7, 4th Floor, San Jose |

LATHAM&WATKINS<sup>LLP</sup> DC\4138787.2
ATTORNEYS AT LAW
ORANGE COUNTY

CASE NO.: 3:13-cv-05038-NC
DECL. OF D. MOORE  ISO OPPOSITION TO MSJ
OF INVALIDITY CLAIMS OF THE '554 PATENT

I, Duncan T. Moore, state and declare as follows:

1. I am the Rudolf and Hilda Kingslake Professor of Optical Engineering at the University of Rochester, expert witness for Defendant Seoul Semiconductor Co., Ltd. ("SSC") in the above-captioned action. I make this declaration in support of SSC's Opposition to EDD's Motion for Summary Judgment of Invalidity of Claims 1, 2, 30, 31, 33, 41, 43 and 45-48 of the '554 Patent as Anticipated Under § 102(B).

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Rebuttal to Expert Report on Invalidity of Clifford R. Pollock by Duncan Moore, served on October 7, 2015.

3. Attached hereto as Exhibit 2 is a true and correct copy of Exhibit D to the Expert Report of Duncan T. Moore on Infringement of U.S. Patent Nos. 6,473,554 and 6,007,209, served on August 28, 2015.

4. Attached hereto as Exhibit 3 is a true and correct copy of Exhibit B to the Expert Report of Duncan T. Moore on Infringement of U.S. Patent Nos. 6,473,554 and 6,007,209, served on August 28, 2015.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed at Rochester, New York on November 16, 2015.

Duncan T. Moore

LATHAM&WATKINS LLP  DC\4138787.2
ATTORNEYS AT LAW
ORANGE COUNTY

1   CASE NO.: 3:13-cv-05038-NC
DECL. OF D. MOORE ISO OPPOSITION TO MSJ
OF INVALIDITY CLAIMS OF THE '554 PATENT