UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>Defendant. | Case No.13-cv-05038-NC<br><br>**ORDER RE: ADR** |

In preparation for the December 9, 2015, hearing on the parties' summary judgment and *Daubert* motions, the parties should meet and confer about alternative dispute resolution options. The parties should be prepared to discuss an ADR referral at the hearing.

**IT IS SO ORDERED.**

Dated:  December 3, 2015                    _____
                                                                     NATHANAEL M. COUSINS
                                                                     United States Magistrate Judge

Case No.13-cv-05038-NC