UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>Defendant. | Case No.13-cv-05038-NC<br><br>**ORDER DENYING IN PART MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT**<br><br>Re: Dkt. No. 168 |

The Court already partially denied Enplas' motion for summary judgment as to the "other Enplas lenses." Enplas' motion for summary judgment of noninfringement also argues that SSC's infringement expert, Moore, should be excluded, and without his testimony, there is no dispute of material fact that Enplas does not infringe on the patents-in-suit. The Court has already ruled the Moore's opinion will not be excluded. Moore opines that Enplas is infringing the patents-in-suit, and his opinion demonstrates a factual issue between the parties.

Summary judgment may be granted only when, drawing all inferences and resolving all doubts in favor of the nonmoving party, there is no genuine dispute as to any material fact. Fed. R. Civ. P. 56(a); *Tolan v. Cotton*, 134 S. Ct. 1861, 1863 (2014); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). Considering Moore's testimony, the Court finds that drawing all inferences and resolving all doubts in favor of SSC, there is a

Case No. 13-cv-05038 NC

1   genuine dispute of material fact as to infringement of the patents-in-suit.

2   **IT IS SO ORDERED.**

4   Dated:  December 22, 2015                    _____
                                                  NATHANAEL M. COUSINS
                                                  United States Magistrate Judge

Case No. 13-cv-05038 NC                    2