UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>Defendant. | Case No.13-cv-05038-NC<br><br>**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE FOR JANUARY 13, 2016, AT 10:30 A.M.** |

The Court has reviewed Enplas' motion to add defenses and finds that if granted, the motion raises issues of case management. Thus, the Court sets a case management conference for January 13, 2016, at 10:30 a.m. Counsel may participate telephonically by providing a contact number to the courtroom deputy.

The parties must submit a status update on January 11, 2016, addressing the following concerns:

1. What is the impact of Enplas' motion to add defenses on the case schedule, if granted?
2. SSC should briefly summarize their position in opposition or non-opposition to Enplas' motion. SSC may submit a complete brief by the briefing deadline, on January 13.

/

Case No.13-cv-05038-NC

3. What is the status of additional discovery, such as Moore's deposition?

4. Do the parties anticipate any further scheduling issues?

The Court notes that a pretrial conference is scheduled in this case on February 24, 2016, with a trial date of March 14, 2016. The Court does not intend to move these dates.

**IT IS SO ORDERED.**

Dated: January 7, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge