UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ENPLAS DISPLAY DEVICE CORPORATION, et al., Plaintiffs, v. SEOUL SEMICONDUCTOR COMPANY, LTD., Defendant. | Case No. 13-cv-05038 NC **ORDER DENYING FURTHER ENPLAS DISCOVERY** |
|---|---|

In its prior orders, the Court permitted the parties to meet and confer, and to request further discovery by January 6, 2016. No party requested such discovery. The Court ordered the parties to submit a status update and attend a telephonic case management conference on January 13, 2016. At the conference, Enplas still seeks the discovery, anticipated since the December 9 summary judgment hearings. The Court finds that the parties did not meet and confer regarding the extension of discovery deadlines, and Enplas did not meet the January 6 deadline to request further discovery.

The pretrial conference is set for February 24, 2016. Thus, the Court DENIES Enplas' request for further discovery, including the deposition of Dr. Moore or the production of ACT data.

**IT IS SO ORDERED.**

Dated: January 13, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 13-cv-05038 NC