UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>Defendant. | Case No. 13-cv-05038 NC<br><br>**NOTICE TO PARTIES RE: CONVERTING SSC'S OPPOSITION TO INVALIDITY OF '209 PATENT INTO SUMMARY JUDGMENT MOTION**<br><br>Re: Dkt. No. 195 |
|---|---|

In its opposition to Enplas' motion for summary judgment of invalidity of the '209 patent, SSC argues that there are no genuine disputes of fact. SSC proceeds to argue why the Court should sua sponte grant summary judgment against Enplas. Thus, no issues of fact appear to be in dispute as to this motion. The Court intends to treat SSC's opposition as a cross-motion for summary judgment. Fed. R. Civ. P. 56(f).

The parties may object by February 2 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: February 1, 2016                               _____
                                                                            NATHANAEL M. COUSINS
                                                                            United States Magistrate Judge

Case No. 13-cv-05038 NC