NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12005 Sunrise Valley Drive, Suite 203
Reston, Virginia 20191
Telephone: 877-401-8855
Facsimile: 877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone: +81-3-3239-5750
Facsimile: +81-3-3239-8538

SHAW KELLER LLP
JOHN W. SHAW (*pro hac vice*)
jshaw@shawkeller.com
JEFFREY CASTELLANO (*pro hac vice*)
jcastellano@shawkeller.com
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
Telephone: 302-298-0700

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
MARK W. EPSTEIN (SBN 143202)
GEORGE M. LEE (SBN 172982)
gml@sezalaw.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415-979-0500
Facsimile: 415-979-0511

*Attorneys for Plaintiff Enplas Display Device Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,

Plaintiffs/Counterclaim Defendants,

v.

SEOUL SEMICONDUCTOR CO., LTD.,

Defendant/Counterclaim Plaintiff.

**CASE NO. 3:13-cv-05038-NC**

**JURY TRIAL DEMANDED**

**DECLARATION OF JEFFREY T. CASTELLANO IN SUPPORT OF EDD'S RESPONSE TO FEBRUARY 1, 2016 ORDER RE: '209 SUMMARY JUDGMENT**

I, Jeffrey T. Castellano, declare as follows:

1. I am a partner at the law firm of Shaw Keller LLP, counsel for Plaintiff Enplas Display Device Corporation ("EDD") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the statements made herein.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiff's Opening Expert Report of Clifford R. Pollock Ph.D. Regarding Invalidity, dated August 17, 2015.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit I to Plaintiff's Opening Expert Report of Clifford R. Pollock Ph.D. Regarding Invalidity, dated August 17, 2015.

4. Attached hereto as Exhibit C is a true and correct copy of Exhibit J to Plaintiff's Opening Expert Report of Clifford R. Pollock Ph.D. Regarding Invalidity, dated August 17, 2015.

5. Attached hereto as Exhibit D is a true and correct copy of the redacted deposition transcript of David Pelka Ph.D., dated July 29, 2015.

6. Attached hereto as Exhibit E is a true and correct copy of the Declaration of David G. Pelka in Support of SSC's Motion for Summary Judgment of No Inequitable Conduct.

7. Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 5,684,354.

8. Attached hereto as Exhibit G is a true and correct copy of Exhibit M to the Expert Report of Duncan T. Moore on Infringement of U.S. Patent Nos. 6,473,554 and 6,007,209.

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from the Rebuttal to Expert Report of Clifford R. Pollock by Duncan T. Moore.

10. Attached hereto as Exhibit I is a true and correct copy of International Patent Application WO 95/10066.

11. Attached hereto as Exhibit J is a true and correct copy of U.S. Patent No. 5,892,325.

12. Attached hereto as Exhibit K is a true and correct copy of U.S. Patent No. 6,043,591.

13. Attached hereto as Exhibit L is a true and correct copy of U.S. Patent No. 6,313,892.

14. Attached hereto as Exhibit M is a true and correct copy of U.S. Patent No. 6,496,237.

15. Attached hereto as Exhibit N is a true and correct copy of the prosecution history for U.S. Patent No. 6,496,237.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 2nd day of February, 2016.

/s/ *Jeffrey T. Castellano*

Jeffrey T. Castellano