# Exhibit G

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,<br><br>Plaintiff and Counterclaim Defendants,<br><br>v.<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>Defendant and Counterclaim Plaintiff. | CASE NO. 3:13-CV-05038-NC |

**EXPERT REPORT OF DUNCAN T. MOORE ON INFRINGEMENT OF U.S. PATENT NOS. 6,473,554 AND 6,007,209**

Dated: August 28, 2015

By: ____________________

Duncan T. Moore___

# EXHIBIT M

Exhibit M – Enplas Lens #9853A in Sharp TV Model 32LE450U
**U.S. PATENT NO. 6,007,209**

| '209 Patent | Enplas Lens #9853A in Sharp TV Model 32LE450U |
|---|---|
| 20. A method of backlighting a display panel, comprising: | To the extent that the Court holds that the preamble is a limitation, in my opinion this limitation of claim 20 is met when the Enplas lens #9853A is incorporated in a BLU for Sharp TV Model 32LE450U, as shown in the images below.  Top view of Enplas lens from Sharp 32LE450U |

| ’209 Patent | Enplas Lens #9853A in Sharp TV Model 32LE450U |
|---|---|
| | <br>Bottom views of Enplas lens from Sharp 32LE450U<br><br>View of inside of BLU of Sharp 32LE450U, with Enplas lenses |

| ’209 Patent | Enplas Lens #9853A in Sharp TV Model 32LE450U |
| --- | --- |
| |  <br>Label on Sharp 32LE450U containing Enplas lenses |

| ’209 Patent | Enplas Lens #9853A in Sharp TV Model 32LE450U |
|---|---|
| producing illumination from a substantially lambertian light source comprising a cavity with internal side walls, an internal bottom wall, and an aperture, | In my opinion this limitation of claim 20 is met when the Sharp TV Model 32LE450U is operated. The backlighting unit of the Sharp TV Model 32LE450U contains at least one LED, which is a substantially lambertian light source used to produce illumination to backlight the display of the television. The backlighting unit, shown in the photographs below, comprises a cavity with internal side walls, an internal bottom wall, and an aperture.   |
| said step of producing illumination comprising the step of directing light rays emitted by plural light sources mounted on said internal bottom wall and around the | In my opinion this limitation of claim 20 is met when the Sharp TV Model 32LE450U is operated. Plural light sources, here LEDs, are mounted on the internal bottom wall and around the perimeter of the aperture. Enplas #9845E lenses generally direct light rays emitted by these LEDs laterally into the cavity. This eliminates hot spots and ensures that the light exiting the aperture is substantially uniform in intensity and color. |

| ’209 Patent | Enplas Lens #9853A in Sharp TV Model 32LE450U |
|---|---|
| perimeter of the aperture into the cavity such that the light exiting the aperture is substantially uniform in intensity and color; |  |
| using a diffuser to diffuse light from said substantially lambertian light source; | In my opinion this limitation of claim 20 is met when the Sharp TV Model 32LE450U is operated. In this model of television a diffuser covers the aperture of the cavity so as to diffuse light emitted by the substantially lambertian light source (i.e., the LEDs). The diffuser is the white, translucent film on the bottom of the stack of films that cover the aperture of the BLU in the picture below. |

| ’209 Patent | Enplas Lens #9853A in Sharp TV Model 32LE450U |
| --- | --- |
| |  |
| using a brightness enhancing film to concentrate the diffused light into a predetermined angular range without significantly reducing the uniformity of the | In my opinion this limitation of claim 20 is met when the Sharp TV Model 32LE450U is operated. In this model of television a brightness enhancing film is placed above the diffuser film. This brightness enhancing film works by concentrating diffused light into a predetermined angular range without significantly reducing the uniformity of the diffused light. In the picture below, there is at least one brightness enhancing film directly above the diffusion film. |

| ’209 Patent | Enplas Lens #9853A in Sharp TV Model 32LE450U |
|---|---|
| diffused light; and |  |
| directing the concentrated, diffused light onto said display panel. | In my opinion this limitation of claim 20 is met when the Sharp TV Model 32LE450U is operated. In order to operate the television the concentrated, diffused light must be directed onto the display panel. |