UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>    Defendant. | Case No.13-cv-05038 NC<br><br>**ORDER FOR ADDITIONAL PRETRIAL INFORMATION** |

The Court notes that Enplas' defense of inequitable conduct must be resolved by the Court, not by a jury. Thus, the parties should identify in their pretrial filings how they propose to schedule an evidentiary hearing on the equitable defense. Additionally, the parties should identify if there are any other claims or defenses in the case that require the Court to conduct the fact finding (as opposed to the jury).

**IT IS SO ORDERED.**

Dated: February 8, 2016

                                          NATHANAEL M. COUSINS
                                          United States Magistrate Judge

Case No.13-cv-05038 NC