NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12005 Sunrise Valley Drive, Suite 203
Reston, Virginia 20191
Telephone: 877-401-8855
Facsimile: 877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone: +81-3-3239-5750
Facsimile: +81-3-3239-8538

SHAW KELLER LLP
JOHN W. SHAW (*pro hac vice*)
jshaw@shawkeller.com
JEFFREY CASTELLANO (*pro hac vice*)
jcastellano@shawkeller.com
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
Telephone: 302-298-0700

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
MARK W. EPSTEIN (SBN 143202)
GEORGE M. LEE (SBN 172982)
gml@sezalaw.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415-979-0500
Facsimile: 415-979-0511

*Attorneys for Plaintiffs Enplas Display Device Corp., Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,

Plaintiffs/Counterclaim Defendants,

v.

SEOUL SEMICONDUCTOR CO., LTD.,

Defendant/Counterclaim Plaintiff.

**CASE NO. 3:13-cv-05038-NC**

**JURY TRIAL DEMANDED**

**DECLARATION OF JEFFREY T. CASTELLANO IN SUPPORT OF EDD'S *MOTIONS IN LIMINE***

I, Jeffrey T. Castellano, declare:

1. I am a Partner at the law firm of Shaw Keller LLP, counsel for Plaintiff Enplas Display Device Corporation ("EDD") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the statements made herein.

2. Attached hereto as Exhibit A is a true and correct copy of an email from Ryan Owens to Marc R. Labgold, dated September 11, 2015. Certain portions of this exhibit have been highlighted for clarity.

3. Attached hereto as Exhibit B is a true and correct copy of Exhibit C to the Corrected Expert Report of Duncan T. Moore on Infringement of U.S. Patent Nos. 6,473,554 and 6,007,209. Certain portions of this exhibit have been highlighted for clarity.

4. Attached hereto as Exhibit C is a true and correct copy of Exhibit E to the Corrected Expert Report of Duncan T. Moore on Infringement of U.S. Patent Nos. 6,473,554 and 6,007,209. Certain portions of this exhibit have been highlighted for clarity.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from SSC's Response and Objections to Enplas's Second Set of Interrogatories (Nos. 8-14). Certain portions of this exhibit have been highlighted for clarity.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from SSC trial exhibit DTX-1217E. Certain portions of this exhibit have been highlighted for clarity.

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from SSC trial exhibit DTX-1211A. Certain portions of this exhibit have been highlighted for clarity.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from SSC's Objections and Responses to Plaintiffs' First Set of Requests for Production (Nos. 1-97). Certain portions of this exhibit have been highlighted for clarity.

9. Attached hereto as Exhibit H is a true and correct copy of defendant's trial exhibit DTX-1175.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts from the Expert Report and Disclosure of Julie L. Davis. Certain portions of this exhibit have been highlighted

for clarity.

11. Attached hereto as Exhibit J is a true and correct copy of SSC's Second Supplemental Rule 26(a)(1) Initial Disclosures.

12. Attached hereto as Exhibit K is a true and correct copy of Exhibit A to the Expert Report of Duncan T. Moore on Infringement of U.S. Patent Nos. 6,473,554 and 6,007,209. Certain portions of this exhibit have been highlighted for clarity.

I declare under penalty of perjury that the foregoing is true and correct.

signed by me this 10th day of February, 2016.

/s/ *Jeffrey T. Castellano*
Jeffrey T. Castellano