# Exhibit A

**EDD'S UPDATED EXHIBIT LIST**

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-1 | | | SSC Final Covenants Not to Sue Issued to EDD (Dkt. No. 170-1, pg. 10 of 10) | | 401; 402; 403; MIL | |
| PX-3 | SSC0045127 | | SSC Purchase Order no. 4500089757 (September 27, 2013) | | 401; 402; 403; MIL | |
| PX-4 | SSC0020643 | SSC0020655 | Seoul Product Specification Light Enhancer Cap (#9845) | | | |
| PX-5 | SSC0032172 | SSC0032189 | SSC LED Ass'y Specification (for LCD Blu) | | UI | |
| PX-6 | SSC0045128 | SSC0045155 | SSC LED Ass'y Specification (for LCD Blu) | | UI | |
| PX-7 | SSC0044717 | | Excel spreadsheets reflecting SSC purchases of Enplas Lenses (Units) (w/certified translation) | | 401; 402; 403; MIL | |
| PX-8 | SSC0044717 | | Excel spreadsheets reflecting SSC purchases of Enplas Lenses (Cost) (w/certified translation) | | 401; 402; 403; MIL | |
| PX-10 | | | Verification of Seoul's March 30, 2015 Responses to Enplas's Second Set of Interrogatories | | 401; 402; 403; MIL; H; NT | |
| PX-12 | SSC0045156 | | REVISED Excel spreadsheets reflecting SSC purchases of Enplas Lenses (Cost) (w/certified translation) | | | |
| PX-12A | SSC0045156 | | Witness annotated version of REVISED Excel spreadsheets reflecting SSC purchases of Enplas Lenses (Cost) (w/certified translation) | | | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-13 | SSC0045116 | SSC0045126 | SSC CCFL Replacement Structure (Direct type LED Pkg) PowerPoint | | UI (typo in description) | |
| PX-14 | | | U.S. Patent No. 7,798,679 B2 | | 401; 402; 403; MIL; H; UI | |
| PX-15 | SSC0001156 | SSC0001172 | SSC Technical Report (w/certified translation) | | | |
| PX-16 | SSC0032394 | SSC0032408 | SSC PowerPoint re Enplas #9857E and #9845 lenses (MD-SR-CJH-023(R02)) (w/certified translation) | | UI | |
| PX-17 | | | Plaintiffs' 30(b)(6) Deposition Notice to Seoul (April 15, 2015) | | H; NT | |
| PX-18 | SSC0045157 | | SSC Excel spreadsheet reflecting sales of light bars (Quantity/Sales)  (w/certified translation) | | 401; 402; 403; MIL | |
| PX-19 | SSC0041447 | | SSC partial Excel spreadsheet reflecting sales of edge lit and arrays (Quantity/Sales) | | 106 | |
| PX-20 | | | U.S. Patent No. 5,684,354 | | 401; 402; 403 (to the extent the '354 is raised to assert inequitable conduct) | |
| PX-21 | SSC0045182 | | SSC Spreadsheet of BAR Qty/Sales Report | | 401; 402; 403; MIL | |
| PX-22 | | | File History of '354 Patent | | 401; 402; 403; MIL; LC | |
| PX-23 | | | U.S. Patent No. 6,043,591 | | 401; 402; 403 | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-24 | | | Plaintiffs' Third 30(b)(6) Deposition Notice (June 3, 2015) | | H; NT | |
| PX-25 | SSC0045159 | | SSC Purchase Order no 4500089757 (October 1, 2013) | | 401; 402; 403; MIL | |
| PX-26 | SSC0045160 | | SSC Purchase Order no 45000934543 (October 23, 2013) | | 401; 402; 403; MIL | |
| PX-27 | | | U.S. Patent No. 6,007,209 | | D | |
| PX-28 | | | U.S. Patent No. 6,473,554 B1 | | D | |
| PX-29 | EDD000255 | EDD000560 | File History of '554 Patent | | D; LC | |
| PX-30 | | | U.S. Patent No. 5,440,197 (Gleckman) | | | |
| PX-31 | EDD000013 | EDD000078 | File History of '209 Patent | | D; LC | |
| PX-32 | Pelka001 | Pelka006 | Letter dated January 4, 2012 from Jonak to Pelka | | H; 401, 402 | |
| PX-33 | Pelka007 | | Letter dated April 1, 2013 from Jonak to Pelka | | H; 401, 402 | |
| PX-34 | | | U.S. Patent No. 8,992,053 B2 | | | |
| PX-35 | | | U.S. Patent No. 7,273,299 B2 | | UI | |
| PX-36 | | | U.S. Patent No. 5,577,493 | | | |
| PX-37 | | | U.S. Patent No. 5,404,869 | | | |
| PX-38 | | | Provisional Application for Patent Cover Sheet - Illumination Lens for Short-Throw Lighting | | | |

3

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-39 | | | SPIE Article - Compact Non-Imaging Lens with Totally Internally Reflecting Facets | | | |
| PX-40 | | | SPIE Article - The Converging TIR Lens for Non-Imaging Concentration of Light from Compact Incoherent Sources | | UI | |
| PX-41 | | | SPIE Article - New TIR Lens Applications for Light-Emitting Diodes | | UI | |
| PX-42 | | | SPIE Article - Uniform LED Illuminator for Miniature Displays | | UI | |
| PX-43 | | | Owens May 11, 2015 Email re 30(b)(6) objections | | H; NT; UI | |
| PX-44 | SSC0045184 | SSC0045218 | SSC Email string (w/certified translation) | | 401; 402; 403; MIL | |
| PX-45 | SSC0045276 | SSC0045277 | Boeimtech Co., Ltd. Invoice (w/certified translation) | | 401; 402; 403; MIL | |
| PX-46 | SSC0045275 | SSC0045275 | SSC Chart written (w/certified translation) | | 401; 402; 403; MIL | |
| PX-47 | SSC0045240 | SSC0045270 | SSC Email string (w/certified translation) | | 401; 402; 403; MIL | |
| PX-48 | SSC0045297 | SSC0045303 | SSC Email string (w/certified translation) | | 401; 402; 403; MIL; UI | |
| PX-50 | SSC0045271 | SSC0045273 | SSC Black and white photos of lenses | | 401; 402; 403; MIL, IC | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-51 | SSC0045272 SSC0045239 | and SSC0045274 | SSC Black and white photos of lenses | | 401; 402; 403; MIL, IC | |
| PX-52 | | | Exhibit A to Moore Expert Report (List of materials considered in report) | | | |
| PX-54 | EDD001007 | | Design drawing of Lens #9845 | | H; obj to description | |
| PX-55 | | | Annotated Lens #9845 Cross Section generated by BRO | | H; UI, 106 | |
| PX-56 | | | Plastic Bag containing a #9845 lens (with purple marking made by witness) | | H | |
| PX-57 | EDD001025 | | Design drawing of Light Enhancer Cap #9845A | | FL; MT | |
| PX-59 | EDD001034 | | Design drawing of Light Enhancer Cap #9854D | | FL; MT | |
| PX-60 | | | BRO/ACT lens profile of #9879 lens | | | |
| PX-60A | | | Transparency of Moore Exhibit 10 | | | |
| PX-61 | EDD001064 | | Design drawing of Lens #9879 with color annotation | | H | |
| PX-62 | | | Overlay of BRO/ACT lens profile of #9879 lens and BRO/ACT lens profile of #9845 lens | | LF, 901, 902 | |
| PX-63 | | | Annotated U.S. Patent No. 6,473,554 B1 (Moore annotation of Fig.16A) | | H | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-64 | | | Hand-drawn diagram of cone by Dr. Moore during his deposition | | H | |
| PX-65 | | | U.S. Patent No. 3,774,021 ("Johnson") | | | |
| PX-66 | | | Exhibit I to Moore Report (Claim Chart '554 Patent of #9879 lens) | | | |
| PX-67 | | | Expert Report of Clifford R. Pollock, Ph.D. | | H, NT | |
| PX-68 | | | Johnson Invalidity Claim Chart for '554 Patent (Ex. A to Pollock Expert Report) | | H; NT | |
| PX-69 | | | Koito Invalidity Claim Chart for '554 Patent (Ex. B to Pollock Expert Report) | | H; NT | |
| PX-70 | | | Sharp Invalidity Claim Chart for '554 Patent (Ex. C to Pollock Expert Report) | | H; NT | |
| PX-71 | | | Althaus Invalidity Claim Chart for '554 Patent (Ex. D to Pollock Expert Report) | | H; NT | |
| PX-72 | | | JP '161 Invalidity Claim Chart for '554 Patent (Ex. E to Pollock Expert Report) | | H; NT | |
| PX-73 | | | Stanley Invalidity Claim Chart for '554 Patent (Ex. F to Pollock Expert Report) | | H; NT | |
| PX-74 | | | Hayashi Invalidity Claim Chart for '554 Patent (Ex. G to Pollock Expert Report) | | H; NT | |
| PX-75 | | | Parkyn Invalidity Claim Chart for '554 Patent (Ex. H to Pollock Expert Report) | | H; NT | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-76 | | | Gleckman Invalidity Claim Chart - Claim 20 of '209 Patent Anticipated by '354 Patent (Ex. I to Pollock Expert Report) | | H; NT | |
| PX-77 | | | Gleckman Invalidity Claim Chart - Claim 20 of '209 Patent Anticipated by '354 Patent or Obvious … Osawa, Takeichi (Ex. J to Pollock Expert Report) | | H; NT | |
| PX-78 | | | Yoshida Invalidity Claim Chart for '209 Patent (Ex. K to Pollock Expert Report) | | H; NT | |
| PX-79 | | | Takeichi Invalidity Claim Chart - Claim 20 of '209 Patent (Ex. L to Pollock Expert Report) | | H; NT | |
| PX-80 | | | Osawa Invalidity Claim Chart - Claim 20 of '209 Patent (Ex. M to Pollock Expert Report) | | H; NT | |
| PX-81 | | | Pollock CV (Ex. N to Pollock Expert Report) | | H | |
| PX-82 | | | Rebuttal Expert Report of Pollock re Non-Infringement | | H; NT | |
| PX-83 | EDD000995; EDD001018; | EDD046331-32; EDD001054 | Lens design drawings (Ex. A to Pollock Rebuttal Report) | | IC, LF, H; FL (MT) | |
| PX-84 | | | Accused Product Configurations (Ex. B to Pollock Rebuttal Report) | | H; IC; FL (MT); LF | |
| PX-85 | | | Ray Trace Analysis of #9845 Lens (Ex. C to Pollock Rebuttal Report) | | H, LF | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-86 | | | Ray Trace Analysis of #9853A Lens (Ex. D to Pollock Rebuttal Report) | | H, LF | |
| PX-87 | | | Ray Trace Analysis of #9854D Lens (Ex. E to Pollock Rebuttal Report) | | H, LF | |
| PX-88 | | | Ray Trace Analysis of #9854E Lens (Ex. F to Pollock Rebuttal Report) | | H, LF | |
| PX-89 | | | Ray Trace Analysis of #9879 Lens (Ex. G to Pollock Rebuttal Report) | | H, LF | |
| PX-90 | | | Ray trace analysis demonstrating effect of gap distance (Ex. H to Pollock Rebuttal Report) | | H, LF | |
| PX-91 | | | Input Settings for All Ray Trace Analyses (Ex. I to Pollock Rebuttal Report) | | H, LF | |
| PX-92 | | | Power analysis (Ex. J to Pollock Rebuttal Report) | | H; FL (MT), LF | |
| PX-93 | EDD001007 | EDD001007 | Partial translation of EDD design document (Ex. K to Pollock Rebuttal Report) | | H; INC; FL (MT) | |
| PX-94 | | | SSC's IPR Request re '679 Patent | | 401; 402; 403; H; MIL; NT; LF; LP | |
| PX-95 | | | SSC's Opposition to Motion to Intervene and Stay | | 401; 402; 403; H; MIL; NT; LF; LP | |
| PX-96 | EDD000966 | | Light Enhancer Cap #4922 design drawing | | FL; MT | |
| PX-99 | EDD046337 | EDD046403 | Attachments to Lens Specifications | | FL; MT | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| **PX-100** | EDD023362 | EDD023460 | Product Specifications for all originally accused lenses | | IC; Obj to description | |
| **PX-101** | EDD023362 | EDD023377 | Product Specification for the #4922 Lens | | | |
| **PX-102** | EDD000967 | | #4922 Emission surface profile data | | LF; UI (missing bates) | |
| **PX-103** | EDD000968 | | #4922 Incident surface profile data | | LF; UI (missing bates) | |
| **PX-104** | EDD000966 | | Design drawing of Lens #4922 (w/certified translations) | | | |
| **PX-105** | EDD000975 | | Design drawing of Lens #4922 (w/certified translations) | | | |
| **PX-106** | | | Picture of Lens #4922 (PHYSICAL EXHIBIT) | | 401, 402, 403, MIL | |
| **PX-107** | EDD023378 | EDD023391 | Product Specification for the #9827 Lens | | 401, 402, 403, MIL | |
| **PX-108** | EDD000985 | | #9827 Surface profiles data | | 401, 402, 403, MIL; UI (missing bates) | |
| **PX-109** | EDD000990 | | Design drawing of Lens #9827  (w/certified translations) | | 401, 402, 403, MIL | |
| **PX-110** | | | Picture of Lens #9827 (PHYSICAL EXHIBIT) | | 401, 402, 403, MIL | |
| **PX-111** | EDD023392 | EDD023404 | Product Specification for the #9845 Lens | | | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| **PX-112** | EDD000996 | | #9845 Emission surface profile data | | LF; UI (missing bates) | |
| **PX-113** | EDD000997 | | #9845 Incident surface profile data | | LF; UI (missing bates) | |
| **PX-114** | EDD001007 | | Design drawing of Lens #9845  (w/certified translations) | | | |
| **PX-115** | EDD000995 | | Design drawing of Lens #9845  (w/certified translations) | | | |
| **PX-116** | | | Picture of Lens #9845 (PHYSICAL EXHIBIT) | | | |
| **PX-117** | EDD023405 | EDD023417 | Product Specification for the #9853A Lens | | | |
| **PX-118** | EDD001019 | | #9853A Emission surface profile data | | LF; UI (missing bates) | |
| **PX-119** | EDD001020 | | #9853A Incident surface profile data | | LF; UI (missing bates) | |
| **PX-120** | EDD001018 | | Design drawing of Lens #9853A  (w/certified translations) | | | |
| **PX-121** | EDD001025 | | Design drawing of Lens #9853A (w/certified translations) | | | |
| **PX-122** | | | Picture of Lens #9853A (PHYSICAL EXHIBIT) | | | |
| **PX-123** | EDD023418 | EDD023431 | Product Specification for the #9854D Lens | | | |
| **PX-124** | EDD001032 | | #9854D Emission surface profile data | | LF; UI (missing bates) | |

10

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| **PX-125** | EDD001033 | | #9854D Incident surface profile data | | LF; UI (missing bates) | |
| **PX-126** | EDD001035 | | Design drawing of Lens #9854D (w/certified translations) | | | |
| **PX-127** | EDD046331 | | Design drawing of Lens #9854D (2014) (w/certified translations) | | | |
| **PX-128** | | | Picture of Lens #9854D (PHYSICAL EXHIBIT) | | | |
| **PX-129** | EDD023432 | EDD023445 | Product Specification for the #9854E Lens | | | |
| **PX-130** | EDD001039 | | #9854E Emission surface profile data | | LF; UI (missing bates) | |
| **PX-131** | EDD001040 | | #9854E Incident surface profile data | | LF; UI (missing bates) | |
| **PX-132** | EDD001047 | | Design drawing of Lens #9854E (w/certified translations) | | | |
| **PX-133** | EDD046332 | | Design drawing of Lens #9854E (2014) (w/certified translations) | | | |
| **PX-134** | | | Picture of Lens #9854E (PHYSICAL EXHIBIT) | | | |
| **PX-135** | EDD023446 | EDD023460 | Product Specification for the #9879 Lens | | | |
| **PX-136** | EDD001055 | | #9879 Emission surface profile data | | LF; UI (missing bates) | |
| **PX-137** | EDD001056 | | #9879 Incident surface profile data | | LF; UI (missing bates) | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-138 | EDD001054 | | Design drawing of Lens #9879  (w/certified translations) | | | |
| PX-139 | EDD001064 | | Design drawing of Lens #9879  (w/certified translations) | | | |
| PX-140 | | | Picture of Lens #9879 (PHYSICAL EXHIBIT) | | | |
| PX-141 | EDD020081 | EDD020087 | Photos and measurements of LEDs designed for use with accused lenses | | IC; H; LF; LP | |
| PX-142 | | | SSC Warning Letter to EDD | | | |
| PX-143 | | | SSC Warning Letter to ETS | | 401; 402; 403; H | |
| PX-144 | | | SSC Warning Letter to EUSA | | 401; 402; 403; H | |
| PX-145 | SSC0045720 | SSC0045768 | BRO PowerPoint: Additional Analysis of an Illumination Optic for Latham & Watkins | | 106 | |
| PX-146 | SSC0045769 | SSC0045819 | BRO PowerPoint:  Measurement and Analysis of an Illumination Optic for Latham & Watkins | | 106 | |
| PX-147 | SSC0045820 | SCC0045876 | BRO PowerPoint:  Measurement and Analysis of an Illumination Optic for Latham & Watkins - Revision A | | 106 | |
| PX-148 | SSC0045877 | SSC0045968 | BRO PowerPoint:  Continuing Analysis of an Illumination Optic for Latham & Watkins | | 106 | |
| PX-149 | SSC0045304 | SCC0045309 | Enplas Corporation Business Report 2015 | | LP; H | |
| PX-150 | SSC0045310 | SSC0045329 | BRO PowerPoint:  Additional Pictures and Simulations for Latham & Watkins | | 106 | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| **PX-151** | SSC0045330 | SSC0045355 | BRO PowerPoint: 9830 Additional Pictures and Simulations for Latham & Watkins | | 106 | |
| **PX-152** | SSC0045356 | SSC0045381 | BRO PowerPoint: 9845 Additional Pictures and Simulations for Latham & Watkins | | 106 | |
| **PX-153** | SSC0045382 | SSC0045407 | BRO PowerPoint: 9849 Additional Pictures and Simulations for Latham & Watkins | | 106 | |
| **PX-154** | SSC0045408 | SSC0045433 | BRO PowerPoint: 9853A Additional Pictures and Simulations for Latham & Watkins | | 106 | |
| **PX-155** | SSC0045434 | SSC0045459 | BRO PowerPoint: 9879 Additional Pictures and Simulations for Latham & Watkins | | 106 | |
| **PX-156** | SSC0045460 | SSC0045476 | BRO PowerPoint: Refractive Index Pictures for Latham & Watkins | | | |
| **PX-157** | SSC0045477 | SSC0045487 | BRO PowerPoint: 9830 Flat Top TIR for Latham & Watkins | | 106 | |
| **PX-158** | SSC0045488 | SSC0045498 | BRO PowerPoint: 9845 Flat Top TIR for Latham & Watkins | | 106 | |
| **PX-159** | SSC0045499 | SSC0045509 | BRO PowerPoint: 9849 Flat Top TIR for Latham & Watkins | | 106 | |
| **PX-160** | SSC0045510 | SSC0045520 | BRO PowerPoint: 9853A Flat Top TIR for Latham & Watkins | | 106 | |
| **PX-161** | SSC0045521 | SSC0045531 | BRO PowerPoint: 9854D Flat Top TIR for Latham & Watkins | | 106 | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| **PX-162** | SSC0045532 | SSC0045542 | BRO PowerPoint: 9854E Flat Top TIR for Latham & Watkins | | 106 | |
| **PX-163** | SSC0045543 | SSC0045553 | BRO PowerPoint: 9879 Flat Top TIR for Latham & Watkins | | 106 | |
| **PX-164** | SSC0045690 | SSC0045702 | J.A. Wollom Report entitled Spectroscopic Ellipsometry Analysis of Injection Molded Optics (September 5, 2014) | | | |
| **PX-165** | | | Supplement Rebuttal Expert Report of Clifford R. Pollock, Ph.D. regarding Non-Infringement (dated Jan. 19, 2016) | | H; LF; NT | |
| **PX-166** | EDD001719 | EDD001748 | Pelka et al. - U.S. Patent No. 5,655,832 | | 401; 402 | |
| **PX-167** | EDD005587 | EDD005591 | Japanese Light Enhancer Cap document with SSC translation certification | | | |
| **PX-168** | EDD005871 | EDD005880 | Enplas Light Enhancer Cap document with translation certification | | | |
| **PX-169** | EDD023462 | | Sales Data for #9827 Lens of invoices, clients, products purchase and purchase prices (numbered 23462) | | 401, 402, 403, MIL | |
| **PX-170** | EDD039724 | EDD039740 | Email dated September 24, 2013 from Otake Asami to Skyview enclosing draft MOU (w/certified translation) | | | |
| **PX-171** | EDD046023 | | Minutes of meeting with SSC (May 25-26, 2011) (w/certified translation) | | H | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| **PX-172** | EDD007768 | EDD007770 | Representative design process document with SSC translation certification | | FL (MT) | |
| **PX-173** | EDD055501 | EDD055504 | Mutual Non-Disclosure Agreement between SSC and Enplas (effective September 1, 2010) | | H | |
| **PX-174** | EDD055527 | | Minutes of meeting with SSC (Jan 16, 2014) (w/certified translation) | | H; LF; 408 | |
| **PX-175** | EDD055528 | | Minutes of meeting with SSC (Nov. 12, 2013) (w/certified translation) | | H; LF; 408 | |
| **PX-176** | EDD055529 | | Minutes of meeting with SSC (Nov. 15, 2013) (w/certified translation) | | H; LF; 408 | |
| **PX-177** | EDD055530 | | Minutes of meeting with SSC (Nov. 23, 2013) (w/certified translation) | | H; LF; 408 | |
| **PX-178** | EDD055544 | | Excel spreadsheet showing sales of accused EDD lenses | | UI (missing bates) | |
| **PX-179** | SSC0044722 | | Enplas Organizational Chart-PDF | | UI, LF | |
| **PX-180** | ISH_0004 | | ISH Technology TV Market Tracker Database-Q1 2015 | | Obj to description; 106; BE | |
| **PX-181** | SSC0043938 | SSC0043967 | Enplas Corporation FY2014 Business Plan Presentation by Daisuke Yokota, President | | H | |
| **PX-182** | SSC0044367 | SSC0044387 | Patent License Agreement between Teledyne and Lumileds | | | |

15

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-183 | SSC0044410 | SSC004428 | Patent License Agreement between Teledyne and 3M | | | |
| PX-184 | SSC0044429 | SSC44451 | Patent License Agreement between Teledyne and Epistar | | | |
| PX-185 | | | Enplas website listing of all related entities (http://www.enplas.co.jp/english/company/network/#a01) | | H; LP | |
| PX-186 | SSC0014317 | SSC0014343 | Samsung - SSC Technology for SEC LLC Powerpoint | | (FL) MT | |
| PX-187 | SSC0025101 | SSC0025116 | SSC LED Ass'y Specification (for LCD Blu) | | | |
| PX-188 | | | 2012-2014 Exchange Rate Average (Japanese Yen, US Dollar) - X-Rates | | 1006 | |
| PX-189 | EDD055545 | | High-precision CNC 3D Coordinate Measuring Machine | | 401; 402; 403; LP; H; LF | |
| PX-190 | EDD055547 | | Coordinate Measuring Machine - Styluses - Applicable Probe Heads - Styluses/Extension | | 401; 402; 403; LP; H; LF | |
| PX-191 | EDD055560 | | Surface Texture - Contour Measuring Instruments - Surfcom-Countourecord Option - Nose Piece | | 401; 402; 403; LP; H; LF | |
| PX-192 | EDD055580 | | Surface Texture - Contour Measuring Instruments - Surfcom 1800D, Surfcom 1800D-3DF | | 401; 402; 403; LP; H; LF | |
| PX-193 | EDD055582 | | An Introduction to Optical Waveguides by M.J. Adams | | 401; 402; 403; LP; H | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-194 | EDD055587 | | NH-3SP "Ultra-precision point autofocus probe 3D measuring instrument" | | 401; 402; 403; LP; H;  LF | |
| PX-195 | EDD055590 | | Fundamentals of Optoelectronics by Pollock | | 106; H; LC ; UI | |
| PX-200 | EDD001486 | EDD001492 | Johnson - U.S. Patent No. 3,774,021 | | | |
| PX-201 | EDD001429 | ED001438 | Stanley (H6-11365) (w/certified translation) | | | |
| PX-202 | | | Koito (S56-141304) (w/certified translation) | | UI (missing bates) | |
| PX-203 | EDD001478 | EDD001485 | Sharp (S61-127186) (w/certified translation) | | FL (MT) | |
| PX-204 | EDD001452 | EDD001469 | S63-127161 (w/certified translation) | | | |
| PX-205 | EDD001524 | EDD001534 | Rohm (H2-310581) (w/certified translation) | | | |
| PX-206 | EDD001677 | EDD001705 | Parkyn Jr. et al. - U.S. Patent No. 5,577,492 | | | |
| PX-207 | EDD001439 | EDD001451 | Hayashi (H8-255934) (w/certified translation) | | | |
| PX-208 | EDD001108 | EDD001114 | Yoshida (S60-148001) (w/certified translation) | | FL (MT) | |
| PX-209 | EDD001276 | EDD001280 | Yagi - U.S. Patent No. 4,017,155 | | UI | |
| PX-210 | EDD001188 | EDD001216 | WO 95/10066 | | | |
| PX-211 | EDD001601 | EDD001632 | Tatoh U.S. Patent No. 5,175,783 | | | |
| PX-212 | EDD001093 | EDD001098 | Takeichi (H6-22817) (w/certified translation) | | FL (MT) | |
| PX-213 | EDD001142 | EDD001156 | Suzuki et al. - U.S. Patent No. 5,600,462 | | | |

17

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| **PX-214** | EDD001305 | EDD001319 | Silverstein et al. - U.S. Patent No. 5,442,467 | | | |
| **PX-215** | EDD001535 | EDD001560 | Popovich et al. - U.S. Patent No. 4,337,759 | | | |
| **PX-216** | EDD001099 | EDD001107 | Osawa (H8-32120) (w/certified translation) | | FL (MT) | |
| **PX-217** | EDD001493 | EDD001500 | Althaus et al. - U.S. Patent No. 4,638,343 | | | |
| **PX-219** | EDD001411 | EDD001428 | O'Neil et al. - U.S. Patent No. 5,917,664 | | | |
| **PX-220** | EDD001551 | EDD001560 | Lyons - U.S. Patent No. 5,335,157 | | | |
| **PX-221** | EDD001749 | EDD001757 | Lin - U.S. Patent No. 5,742,120 | | | |
| **PX-222** | EDD001374 | EDD001398 | Larson - U.S. Patent No. 5,751,388 | | | |
| **PX-223** | EDD001663 | EDD001676 | Kuper et al. - U.S. Patent No. 5,555,329 | | | |
| **PX-224** | EDD001589 | EDD001600 | Hamada - U.S. Patent No. 4,706,173 | | | |
| **PX-225** | EDD001578 | EDD001588 | H05-25751 (w/certified translation) | | FL (MT) | |
| **PX-226** | EDD001170 | EDD001179 | H3-254006 (w/certified translation) | | FL (MT) | |
| **PX-227** | EDD001180 | ED001187 | H3-76313 (w/certified translation) | | FL (MT) | |
| **PX-228** | EDD001362 | EDD001373 | Epstein et al. - U.S. Patent No. 5,608,550 | | | |
| **PX-229** | EDD001561 | EDD001577 | EP0722576 | | | |
| **PX-230** | EDD001232 | EDD001252 | EP0657762 | | | |
| **PX-231** | EDD001706 | EDD001718 | Dick et al. - U.S. Patent No. 5,636,057 | | | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-232 | EDD001354 | EDD001361 | Ciupke et al. U.S. Patent No. 5,485,354 | | | |
| PX-233 | EDD001329 | EDD001336 | Ciupke et al. U.S. Patent No. 5,461,547 | | | |
| PX-234 | EDD001132 | EDD001141 | Borchardt - U.S. Patent No. 5,381,309 | | | |
| PX-235 | EDD001217 | EDD001221 | Bournay Jr. et al. - U.S. Patent No. 4,573,766 | | | |
| PX-236 | EDD001288 | EDD001292 | Bond et al. - U.S. Patent No. 4,975,808 | | | |
| PX-237 | EDD001157 | EDD001175 | Baretz et al. - U.S. Patent No. 6,600,175 | | | |
| PX-238 | EDD001127 | EDD001131 | Apgar | | Obj to description | |
| PX-239 | EDD001281 | EDD001287 | Aho et al. - U.S. Patent No. 4,874,228 | | | |
| PX-240 | EDD001337 | EDD001353 | Abileah - U.S. Patent No. 5,479,275 | | | |
| PX-241 | | | SSC design drawing number 5_131118_RO for EBH-5 Lens | | 401; 402; 403;MIL; LF | |
| PX-242 | | | SSC design drawing number 5_131203_R1 for EBH-5 Lens | | 401; 402; 403; MIL; LF | |
| PX-243 | | | SSC design drawing number 5_131224_R2 for EBH-5 Lens | | 401; 402; 403; MIL; LF | |
| PX-244 | | | SSC design drawing number 9_131203_RO for EBH-9 Lens | | 401; 402; 403; MIL; LF | |
| PX-245 | | | Nissei Technology Invoice (HK) Ltd. No. PI/Seoul-14019 (dated Apr. 28, 2014) | | 401; 402; 403; MIL; | |
| PX-246 | SSC0040518 | SSC0040545 | SSC LED Ass'y Specification (for LCD Blu) | | Obj to description | |

19

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-247 | SSC0020902 | SSC0020927 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-248 | SSC0020962 | SSC0020987 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-249 | SSC0030919 | SSC0030942 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-250 | SSC0031184 | SSC0031210 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-251 | SSC0031255 | SSC0031281 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-252 | SSC0031412 | SSC0031438 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-253 | SSC0032006 | SSC0031435 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-254 | SSC0032095 | SSC0032032 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-255 | SSC0032122 | SSC0032121 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-256 | SSC0032199 | SSC0032225 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-257 | SSC0032226 | SSC0032252 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-258 | SSC0032305 | SSC0032329 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-259 | SSC0032330 | SSC0032354 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-260 | SSC0032557 | SSC0032581 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-261 | SSC0032656 | SSC0032680 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-262 | SSC0032885 | SSC0032910 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| PX-263 | SSC0033858 | SSC0033883 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| **PX-264** | SSC0036584 | SSC0036611 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-265** | SSC0040856 | SSC0040881 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-266** | SSC0040923 | SSC0040950 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-267** | SSC0040952 | SSC0040979 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-268** | SSC0041837 | SSC0041854 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-269** | SSC0041897 | SSC0041917 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-270** | SSC0041961 | SSC0041979 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-271** | SSC0041980 | SSC0042000 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-272** | SSC0042052 | SSC0042071 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-273** | SSC0042147 | SSC0042167 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-274** | SSC0042190 | SSC0042209 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-275** | SSC0042325 | SSC0042329 | Toshiba 3528 LED Bar SPL Request | | H; LF | |
| **PX-276** | SSC0042330 | SSC0042334 | Toshiba 3528 LED Bar SPL Request | | H; LF | |
| **PX-277** | SSC0042688 | SSC0042708 | SSC Specification - LED Ass'y (For LCD Blue) | | Obj to description | |
| **PX-278** | | | Nissei Technology Invoice (HK) Ltd. No. PI/Seoul-14035 (dated Jun. 30 2014) | | 401; 402; 403; MIL | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-279 | SSC0025298 | SSC0025313 | SSC Specification [SBHDT120E] | | Obj to description | |
| PX-280 | SSC0032683 | SSC0032708 | SSC LED Ass'y Specification (for LCD Blu) | | Obj to description | |
| PX-281 | | | USPTO Patent Assignment Abstract 08/317,209 (Gleckman '354 Patent) | | 401; 402; 403; MIL; BE | |
| PX-282 | | | USPTO Patent Assignment Abstract for 6,007,209 | | | |
| PX-283 | | | USPTO Patent Assignment Abstract for 6,473,554 | | | |
| PX-284 | | | USPTO Patent Assignment Abstract for 6,582,103 | | 401; 402; 403; MIL | |
| PX-285 | | | USPTO Patent Assignment Abstract for 6,647,199 | | 401; 402; 403; MIL; Obj to description | |
| PX-286 | EDD000966 | EDD001018 | Light Enhancer Cap #4922 design drawings | | Obj to description; IC; UI; FL; MT | |
| PX-288 | EDD035284 | EDD035363 | Product Specification for Light Enhancer Cap #9845 | | FL; MT | |
| PX-289 | EDD046025 | EDD046091 | Yoon Korean Patent App. No. 10-2004-0083145 (w/certified translation) | | 401; 402; 403 | |
| PX-290 | EDD046120 | EDD046153 | Pub. No. US 2006/0083000 A1 | | 401; 402; 403 | |

22

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-291 | | | U.S. Patent No. 5,613,769 | | H, LP | |
| PX-292 | | | U.S. Patent No. 5,806,955 | | H, LP | |
| PX-293 | | | U.S. Patent No. 5,892,325 | | H, LP; 401; 402; 403 | |
| PX-294 | | | U.S. Patent No. 6,134,092 | | H, LP; 401; 402; 403; UI (typo) | |
| PX-295 | | | U.S. Patent No. 6,496,237 B1 | | H, LP; 401; 402; 403 | |
| PX-296 | | | U.S. Patent No. 6,560,038 B1 | | H, LP | |
| PX-297 | | | U.S. Patent No. 6,637,924 B2 | | H, LP; UI (typo) | |
| PX-298 | | | U.S. Patent No. 6,784,603 B2 | | H, LP | |
| PX-299 | | | U.S. Patent No. 7,445,370 B2 | | H, LP; 401; 402; 403 | |
| PX-300 | | | U.S. Patent No. 7,674,019 B2 | | H, LP | |
| PX-301 | | | U.S. Patent No. 7,808,581 B2 | | H, LP; 401; 402; 403 | |
| PX-302 | | | U.S. Patent No. 8,534,901 B2 | | H, LP; 401; 402; 403 | |
| PX-303 | | | US20140056006 A1 | | H, LP | |
| PX-304 | | | US20140254134 A1 | | H, LP | |

| Exh. # | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|--------|-----------|-----------|-------------|----------------|------------|---------------|
| **PX-305** | | | US20150003044 A1 | | H, LP | |

**EDD'S UPDATED REBUTTAL EXHIBIT LIST**

| Exh. #[1] | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-306 | | | File History for U.S. Patent No. 5,892,325 | | H, LP; 401; 402; 403 | |
| PX-307 | | | File History for U.S. Patent No. 6,043,591 | | H, LP; 401; 402; 403 | |
| PX-308 | | | File History for U.S. Patent No. 6,313,892 | | H, LP; 401; 402; 403 | |
| PX-309 | | | File History for U.S. Patent No. 6,496,237 | | H, LP; 401; 402; 403 | |
| PX-310 | | | File History for U.S. Patent No. 5,440,197 | | H, LP; 401; 402; 403 | |
| PX-311 | | | U.S. Patent No. 5,166,815 | | H, LP; 401; 402; 403 | |
| PX-312 | EDD000117 | EDD000130 | U.S. Patent No. 6,313,892 | | | |
| PX-313 | | | USPTO list of patents citing U.S. Patent No. 3,774,021 | | H, LP; 401; 402; 403 | |
| PX-314 | | | Google list of patents citing U.S. Patent No. 3,774,021 | | H, LP; 401; 402; 403, LF, 901, 902 | |

---

[1]    EDD reserves the right to offer as an exhibit at trial any document that was placed on SSC's exhibit list, subject to any objections SSC may have if such document had only been listed by EDD.  As such, EDD's list of rebuttal exhibits does not include certain exhibits that were already listed by SSC.  Additionally, listing an exhibit herein is not a concession that the exhibit is admissible without objection if offered by SSC.

| Exh. #[1] | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| PX-315 | | | USPTO list of patents citing U.S. Patent No. 5,577,493 | | H, LP; 401; 402; 403, LF, 901, 902 | |
| PX-316 | | | Google list of patents citing U.S. Patent No. 5,577,493 | | H, LP; 401; 402; 403, :LF, 901, 902 | |
| PX-317 | | | USPTO list of patents citing U.S. Patent No. 5,684,354 | | H, LP; 401; 402; 403, LF, 901, 902 | |
| PX-318 | | | Google list of patents citing U.S. Patent No. 5,684,354 | | H, LP; 401; 402; 403, LF, 901, 902 | |
| PX-319 | | | USPTO list of patents citing U.S. Patent No. 6,647,199 | | H, LP; 401; 402; 403, LF, 901, 902 | |
| PX-320 | | | Google list of patents citing U.S. Patent No. 6,647,199 | | H, LP; 401; 402; 403, LF, 901, 902 | |
| PX-321 | | | Deposition testimony of Won Cheol Seo designated during the parties' pre-trial disclosures[2] | | | |
| PX-322 | | | Deposition testimony of David G. Pelka designated during the parties' pre-trial disclosures[4] | | | |
| PX-323 | | | Deposition testimony of Won-Il Kim designated during the parties' pre-trial disclosures[3] | | | |

[2]   The parties have met and conferred and agreed that deposition transcripts should not be admitted into evidence and that neither party intends to seek the admission of the transcript.  Should the Court deem it necessary to mark any excerpt as an exhibit, these exhibit numbers are intended to facilitate ease of reference.

26

| Exh. #[1] | Beg-Bates | End-Bates | Description | Spons. Witness | Objections | Date Admitted |
|---|---|---|---|---|---|---|
| **PX-324** | | | Deposition testimony of Kayoko Watai designated during the parties' pre-trial disclosures[3] | | | |
| **PX-325** | | | Deposition testimony of Yoshihiro Seto designated during the parties' pre-trial disclosures[3] | | | |
| **PX-326** | | | Deposition testimony of Koji Akiyama designated during the parties' pre-trial disclosures[3] | | | |
| **PX-327** | | | Deposition testimony of Takeshi Murano designated during the parties' pre-trial disclosures[3] | | | |
| **PX-328** | | | Deposition testimony of Mamoru Yoshida designated during the parties' pre-trial disclosures[3] | | | |

**SSC'S LEGEND OF OBJECTIONS TO ENPLAS'S EXHIBIT
LIST AND DEPOSITION DESIGNATIONS**

| | |
|---|---|
| AA | Asked and answered |
| AF | Assumes Facts not in evidence |
| ARG | Argumentative |
| BE | Best Evidence Rule (Fed. R. Evid. 1002-1007) |
| C | Compound |
| D | Duplicative/cumulative |
| FL | Foreign language |
| H | Hearsay (Fed. R. Evid. 801-802) |
| IC | Improper Compilation of Unrelated Documents, all objections reserved |
| IH | Improper or Incomplete Hypothetical |
| INC | Incomplete testimony or document |
| LC | Legal Conclusion |
| LF | Lack of foundation (Fed. R. Evid. 602, 701) |
| MIS | Mischaracterizes/misstates testimony |
| MIL | Subject to either (1) in limine issue or (2) in limine agreement between parties |
| LP | Late-Produced |
| MT | Missing translation |
| NC | Not proper counterdesignation |
| NQ | Not a Question |
| NT | Not Testimony or evidence |
| SPEC | Speculation |
| SCOPE | Outside Scope (of 30(b)(6) topic/cross-examination) |
| UI | Unidentifiable or unclear, all objections reserved |
| V | Vague |
| W | Withdrawn |
| 106 | Fed. R. Evid. 106 (Rule of Completeness) |
| 401 | Fed. R. Evid. 401 (Relevance) |
| 402 | Fed. R. Evid. 402 (Relevance) |
| 403 | Fed. R. Evid. 403 (Prejudice exceeds probative) |
| 408 | Fed. R. Evid. 408 (Settlement Discussions) |
| 702 | Seeking expert testimony |
| 901/902 | Authentication, not self-authenticating |

28