LATHAM & WATKINS LLP
  Ryan R. Owens (Bar No. 269370)
*ryan.owens@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California  92626-1925
Telephone:  (714) 540-1235
Facsimile:  (714) 755-8290

LATHAM & WATKINS LLP
  Lawrence J. Gotts (*pro hac vice*)
*lawrence.gotts@lw.com*
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

LATHAM & WATKINS LLP
  Michelle P. Woodhouse (260669)
*michelle.woodhouse@lw.com*
140 Scott Drive
Menlo Park, California  94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

LATHAM & WATKINS LLP
  Charles H. Sanders (*pro hac vice*)
*charles.sanders@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001

Attorneys for Defendant
SEOUL SEMICONDUCTOR CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,<br><br>        Plaintiff and Counterclaim Defendants,<br><br>    v.<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>        Defendant and Counterclaim Plaintiff. | CASE NO. 3:13-CV-05038-NC<br><br>**JOINT TRIAL READINESS BINDER: SSC'S WITNESS LIST**<br><br>Assigned to Hon. Nathanael M. Cousins<br><br>Trial Date:  March 14, 2016 |

Pursuant to Federal Rule of Civil Procedure 26 and the Court's Scheduling Order, Defendant Seoul Semiconductor Co. Ltd. ("SSC") hereby provides the following list of witnesses that SSC anticipates calling at trial, either by live testimony (indicated by "(L)") or by deposition (indicated by "(D)"). Certain SSC's witnesses, as indicated by "(T)", will testify live in Korean. SSC reserves the right to amend its witness list in view of events at trial or other developments, including evidentiary rulings or other rulings by the Court. SSC also reserves the right not to call any of the witnesses (either live or by deposition) set forth in the list below. To the extent witnesses are not available live, SSC reserves the right to call them by deposition. The identification of a witness on this list is not an admission that the witness's testimony is admissible if called by Enplas Display Device Corporation ("EDD"), and SSC reserves its right to object to any witness or testimony that is objectionable or inadmissible. The identification of a witness on this list is also not an admission that SSC can procure the witness's attendance at trial. SSC also reserves the right to call any witness listed on Enplas's witness list. In addition, SSC reserves the right to call any other witness for rebuttal and/or impeachment purposes.

SSC presently anticipates calling the following witnesses during trial:

### FACT WITNESSES

| Witness | Will Call / May Call | Subject Matter Areas | SSC Estimated Time[1] | EDD Estimated Time |
|---|---|---|---|---|
| Koji Akiyama (L) (T) | Will call | Technical information regarding the accused products; Enplas Corporation's and EDD's interactions with customers; SSC's involvement in co-developing | 0.75 hr | 0.75 hr |

[1] The listed times are estimates, and may require adjustment during the course of trial, subject to the fifteen-hour time limit set by the Court. SSC has not listed, for example, EDD's witnesses whom SSC does not intend to call as adverse witnesses since they are not on SSC's witness list, but will be cross-examined. This too will be taken into account based on EDD's estimated time of direct. Certain witnesses listed by SSC will only be called if necessary, as such SSC has not included this time in its estimation. To the extent these witnesses are called, SSC will be required to make adjustments to the estimated testimony time of other witnesses. Additionally, because EDD and SSC have included the same witnesses on both of their respective lists, certain times ae duplicated across SSC and EDD's witness lists. Although not listed on SSC's witness list, SSC estimates that it will question Mr. Yamaguchi for 0.75 hours.

| Witness | Will Call / May Call | Subject Matter Areas | SSC Estimated Time[1] | EDD Estimated Time |
|---|---|---|---|---|
| | | EDD's accused products; SSC's backlighting and LED products; SSC's relationship with Enplas Corporation and EDD; Enplas Corporation's and EDD's knowledge of the '554 and '209 patents; Enplas Corporation's and EDD's knowledge that the accused products enter the United States. | | |
| Takeshi Murano (L) (T) | Will call | Sales, marketing, and technical information related to the accused products; Enplas Corporation's and EDD's interactions with customers; SSC's involvement in co-developing EDD's accused products; SSC's backlighting and LED products; SSC's relationship with Enplas Corporation and EDD; Enplas Corporation's and EDD's knowledge of the '554 and '209 patents. | 0.75 hr | 1.0 hr |
| Kibum Nam (L) [2] | Will call | Knowledge of the accused products and alleged infringement (including, e.g., SSC's purchase of televisions with EDD and third party lenses and notification of EDD regarding the '554 and '209 patents); SSC's involvement in co-developing EDD's accused products (including, e.g., the interaction between and business dealings of the parties); general background on SSC, LED and backlighting technologies, and LED and backlighting industries. | 0.50 hr | 0.50 hr |

[2] SSC intends to have Mr. Nam testify in English but requests that a translator be available to the extent any language issues arise.

| Witness | Will Call / May Call | Subject Matter Areas | SSC Estimated Time[1] | EDD Estimated Time |
|---|---|---|---|---|
| David G. Pelka (L) | Will call | The conception and reduction to practice of the '554 and '209 patents; the background and technology related to the '554 and '209 patents; assignment and licensing of the '554 and '209 patents; rebuttal as required with regard to EDD's inequitable conduct defense and counterclaim. | 0.75 hr | 0.75 hr |
| Seung-ryeol Ryu (L) | Will call | Knowledge of accused products and alleged infringement (including, e.g., notification of EDD regarding the '554 and '209 patents); SSC's involvement in co-developing EDD's accused products (including, e.g., the interaction between and business dealings of the parties); general background on SSC, LED and backlighting technologies, and LED and backlighting industries. | 1.0 hr | 0.50 hr |
| Kevin Garcia (L) | May call | Authentication of BRO's analysis of the accused lenses and/or ACT data, to the extent required based upon EDD's objections. | | Subject to a motion *in limine*; the amount of time would be dependent on whether he is allowed to testify and to what he is allowed to testify. |
| Won-il Kim (L) (T) | May call | Sales, marketing, and technical information related to SSC's products that practice the '554 and '209 patents; SSC's relationship with Enplas Corporation and EDD; general background on LED and backlighting technologies and LED and backlighting industries. | | 0.50 hr |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

| Witness | Will Call / May Call | Subject Matter Areas | SSC Estimated Time[1] | EDD Estimated Time |
|---|---|---|---|---|
| Jennifer Jonak (Live) | May call | SSC's ownership of the '554 and '209 patents. | | Because this witness is not on EDD's call list, the amount of time would depend on the scope and content of her testimony. |
| Yoshihiro Seto (Deposition) | May call | Sales, marketing, and technical information related to the accused products. | 0.25 hr | The specific time is dependent on what portions are designated by SSC, but the time is not expected to exceed the time on direct. |
| Kayoko Watai (L or D)(T) | May call | Sales, marketing, and technical information related to the accused products. | 0.25 hr | 0.50 hr |
| Kyung Suk Woo (L) | May call | Authentication of SSC's receipts and photographs of televisions and components thereof, to the extent required based upon Enplas's objections. | | Subject to a motion *in limine*; the amount of time would be dependent on whether he is allowed to testify and to what he is allowed to testify. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

| Witness | Will Call / May Call | Subject Matter Areas | SSC Estimated Time[1] | EDD Estimated Time |
|---------|----------------------|----------------------|-----------------------|--------------------|
| Kyung Hee Ye (L)(T) | May call | Authentication of SSC's receipts and photographs of televisions and components thereof, to the extent required based upon Enplas's objections. | | Subject to a motion *in limine*; the amount of time would be dependent on whether he is allowed to testify and to what he is allowed to testify. |
| Mamoru Yoshida (D) | May call | Sales, marketing, and financial information related to the accused products. | 0.25 hr | 0.50 hr |
| Unknown Interpreter | May call | Interpretation if necessary. | | N/A |
| Unknown Translator | May call | Translations as necessary. | | N/A |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
SILICON VALLEY

SSC'S WITNESS LIST
CASE NO.: 3:13-CV-05038-NC

**EXPERT WITNESSES**

| Witness | Will Call / May Call | Subject Matter Areas | SSC Estimated Time | EDD Estimated Time |
|---|---|---|---|---|
| Julie Davis (L) | Will call | Expert testimony relating to SSC's damages and other subjects as set forth in Ms. Davis' expert reports.[3] | .5 hr | 1 hr |
| Duncan Moore (L) | Will call | Expert testimony regarding the infringement of the '554 and '209 patents; the level of ordinary skill in the art; the validity of the '554 and '209 patents; testimony relevant to damages; other subjects as set forth in Prof. Moore's expert reports, declaration, and deposition.[4] | 3.0 hr | 2 hr |
| Clifford Pollock (L) | May call | Infringement, invalidity and all subjects in opening and rebuttal expert reports, supplemental report, and deposition. | 2.0 hr | 3.25 hr |

Dated:  February 16, 2016

LATHAM & WATKINS LLP

By: */s/ Ryan R. Owens*

Ryan R. Owens
Attorneys for Defendant-Counterclaim
Plaintiff

*Seoul Semiconductor Co., Ltd.*

---

[3] Copies of Ms. Davis's Expert reports and her CV are attached hereto as Exhibit A

[4] Copies of Dr. Moore's Expert reports and her CV are attached hereto as Exhibit B