# Exhibit A

**SSC'S EXHIBIT LIST[1]**

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| 1001 | U.S. Patent No. 6,007,209 (Pelka) | | | | |
| 1002 | File History for U.S. Patent No. 6,007,209 | SSC-0000001-SSC-0000091 | | | |
| 1003 | 09/16/2013 '209 Patent Assignment Agreement between Teledyne and Seoul Semiconductor Company | SSC-0000581-SSC-0000590 | | A, H, SW | |
| 1004 | U.S. Patent No. 6,473,554 B1 (Pelka et al.) | | | | |
| 1005 | File History for U.S. Patent No. 6,473,554 B1 | SSC-0000092-SSC-0000425 | | | |
| 1006 | Initial '554 Patent License from Teledyne to SSC | SSC-0000561-SSC-0000580 | | A, H, SW | |
| 1007 | 08/17/2009 '554 Patent Assignment Agreement between Seoul Semiconductor Company and Teledyne | SSC-0000482-SSC-0000558 | | A, H, SW | |
| 1008 | U.S. Patent No. 6,007,209 Chain of Title | SSC-0000426-SSC-0000473 | | | |

[1]     Defendant  Seoul Semiconductor Co., Ltd. ("SSC") offers the following exhibit list pursuant to Federal Rule of Civil Procedure 26(a)(3), the Case Management Scheduling Order as amended (Dkt. No. 301), Judge Cousins' Trial Standing Order, and the Pretrial Preparation Order  (Dkt. No. 238).  These disclosures are offered without prejudice, and SSC specifically reserves the right to supplement and/or amend this list based on a review of Plaintiff Enplas Display Device Corporation 's (EDD's) pre-trial submissions and based upon further rulings by the Court.

[2]     SSC reserves the right to offer as an exhibit at trial any document that was placed on EDD's exhibit list, subject to any objections EDD may have if such document had only been listed by SSC.  As such, SSC's list of rebuttal exhibits does not include certain exhibits that were already listed by EDD.  Additionally, listing an exhibit herein is not a concession that the exhibit is admissible without objection if offered by EDD.

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| 1009 | U.S. Patent No. 6,473,554 B1 Chain of Title | SSC-0000474-SSC-0000481 | | | |
| 1010 | USPTO list of patents citing the '554 patent | | | UT, A, H, 401, 403, SW | |
| 1011 | Google Patent list of patents citing the '554 patent | | | UT, A, H, 401, 403, SW | |
| 1012 | USPTO list of patents citing the '209 patent | | | UT, A, H, 401, 403, SW | |
| 1013 | Google Patent list of patents citing the '209 patent | | | UT, A, H, 401, 403, SW | |
| 1014 | Curriculum Vitae of David G. Pelka, Ph.D. | SSC0001071 | | 401, 403, A, SW | |
| 1015 | 07/26/2011 World Top LED Seoul Semiconductor document titled "CCFL Replacement Structure (Direct type LED PKG)" | SSC0045116 - SSC0045126 | | TR | |
| 1016 | 10/04/2015 Enplas meeting minutes for 09/30/2016 meeting (with certified translation) | EDD046417 | | TR, 401 | |
| 1017 | 12/24/2010 Enplas meeting minutes for 12/04/2010 meeting (with certified translation) | EDD055516 | | TR, 401 | |
| 1018 | 01/29/2011 Enplas meeting minutes for 01/18/2011 meeting (with certified translation) | EDD055518 | | TR, 401 | |
| 1019 | 02/27/2011 Enplas meeting minutes (with certified translation) | EDD055519 | | TR, 401 | |
| 1020 | 03/26/2011 Enplas meeting minutes (with certified translation) | EDD055520 | | TR, 401 | |
| 1021 | 05/05/2011 Enplas meeting minutes for 04/28/2011 meeting  (with | EDD055507 | | TR, 403 | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | certified translation) | | | | |
| 1022 | 06/10/2011 Enplas meeting minutes for 05/25-26/2011 meeting (with certified translation) | EDD055522 | | TR | |
| 1023 | 06/11/2011 Enplas meeting minutes for 05/25-26/2011 meeting (with certified translation) | EDD046023 | | TR | |
| 1024 | 05/15/2013 Letter from Larry Gotts to Best Buy Co. Inc. | SSC0042932-SSC0042933 | | A, F, H, 401, 403, ILA, SW | |
| 1025 | 06/24/2013 Email from W. Yu to T. Hsiao, E. Chen, V. Yu, E. Hsu, and others re 9845 lens (with certified translation) | EDD023606-EDD023607 | | 401, 403, SW, H, A | |
| 1026 | 07/12/2013 Email from Wallace Yu to T. Hsiao and L. Chen re 9909 lens optical performance (with certified translation) | EDD023534-EDD023542 | | 401, 403, SW, H, A | |
| 1027 | 09/04/2013 Memorandum of Understanding between SSC and EDD | SSC0045114-SSC0045115 | | | |
| 1028 | 09/24/2013 Email from A. Otake to Skyview re MOU (with certified translation) attaching 09/01/2013 Memorandum of Understanding between SSC and EDD and Japanese translation of MOU with SSC  (with certified translation) | EDD007080-EDD007096 | | | |
| 1029 | 10/03/2013 Letter from Larry Gotts to Lumens Co., Ltd. re Second notice of Seoul Semiconductor Corporation's LED Patents | SSC0042977-SSC0042983 | | A, F, H, 401, 403, ILA, SW | |
| 1030 | 10/16/2013 Letter from L. Gotts to S. | SSC0042943- | | A, F, H, 401, 403, ILA, | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | Kutsuzawa re Notice of SSC LED Patents | SSC0042949 | | SW | |
| 1031 | 10/16/2013 Letter from L. Gotts to M. Priest re Notice of SSC LED Patents | SSC0042936-SSC0042942 | | A, F, H, 401, 403, ILA, SW | |
| 1032 | 11/05/2013 Email from T. Murano to Skyview re SSC (with certified translation) attaching Patent Certificate Letter | EDD001971-EDD001973 | | 401, 403, CCO | |
| 1033 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement of U.S. Patent Nos. 6,473,554 and 6,007,209 | | | IO, 401, 403, C, ILA, SUM, CCO, H | |
| 1034 | Backlighting light bar | Physical Exhibit | | A, F, 401, 403, SW, UT | |
| 1035 | LE-Cap lenses | Physical Exhibits | | A, F, 401, 403, SW, IO, F, H, SUM, UT | |
| 1036 | Product Specifications | EDD023362-EDD023460 | | | |
| 1037 | Product Specification for Lens (#9854E) | EDD023432-EDD023446 | | | |
| 1038 | 11/13/2013 Enplas engineering drawing for Lens (#9854E) | EDD001047 | | TR | |
| 1039 | 11/13/2013 Enplas engineering drawing for Lens (#9854E) | EDD046332 | | TR | |
| 1040 | Photos of LCD Television Breakdown | SSC-0000782-SSC-0000806 | | A, 401, 403, SW, IO, F, SUM, H | |
| 1041 | Photos of 9854E lens from LCD Television Breakdown | SSC-0000759-SSC-0000764 | | A, 401, 403, SW, IO, F, SUM, H | |
| 1042 | Photos of the 9854E Lens taken by Breault Research | | | A, 401, 403, SW, IO, F, H, SUM, UT | |
| 1043 | 11/05/2013 Receipt from Costco | SSC0045675 | | A, 401, 403, SW, F, H | |
| 1044 | 11/04/2015 Corrected Breault | SSC0046163- | | A, 401, 403, H, IO, SW, |

4

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
|  | Research Lens Analysis titled "9854E Flat Top TIR for Latham & Watkins – Corrected Thickness" | SCC0046173 |  | F |  |
| 1045 | 11/04/2015 Corrected Breault Research Lens Analysis titled "9854E Additional Pictures and Simulations for Latham & Watkins - Corrected Thickness" | SSC0046069-SSC0046093 |  | A, 401, 403, H, IO, SW, F |  |
| 1046 | Ray Traces for 9854E |  |  | A, 401, 403, H, IO, SW, F, UT |  |
| 1047 | Product Specification for Lens (#9879) | EDD023447-EDD023460 |  | TR |  |
| 1048 | 09/27/2011 Enplas engineering drawing for Lens (#9879) with markings | EDD001064 |  | TR |  |
| 1049 | 09/26/2012 Enplas Engineering drawing of Lens(#9879) | EDD001054 |  | TR |  |
| 1050 | Photos of LCD Television Breakdown | SSC-0001003-SSC-0001042 |  | A, 403, SW, IO, F, SUM, H |  |
| 1051 | Photos of LCD Television Breakdown | SSC-0000771-SSC-0000775 |  | A, 403, SW, IO, F, SUM, H |  |
| 1052 | Photos of LCD Television Breakdown | SSC-0001061-SSC-0001064 |  | A, 403, SW, IO, F, SUM, I, H |  |
| 1053 | Photos of the 9879 Lens taken by Breault Research |  |  |  |  |
| 1054 | 11/05/2013 Receipt from Walmart | SSC0045673 |  | A, 401, 403, SW, F, H |  |
| 1055 | 11/05/2015 Corrected Breault Research Lens Analysis titled "9879 Flat Top TIR for Latham & Watkins – Corrected Thickness" | SCC0046174-SCC0046184 |  | A, 401, 403, H, IO, SW, F |  |
| 1056 | 11/05/2015 Corrected Breault | SSC0046094- |  | A, 401, 403, H, IO, SW, |  |

5

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | Research Lens Analysis titled "9879 Additional Pictures and Simulations for Latham & Watkins - Corrected Thickness" | SSC0046118 | | F | |
| 1057 | Ray Traces for 9879 | | | A, 401, 403, H, IO, SW, F, UT | |
| 1058 | Product Specification for Light Enhancer Cap (#9845) | EDD023392-EDD023404 | | 401 | |
| 1059 | Product Specification for Light Enhancer Cap (#9845) | EDD035284 - EDD035363 | | 401 | |
| 1060 | 03/01/2013 Enplas engineering drawing for Lens (#9845) | EDD001007 | | 401, TR | |
| 1061 | Enplas engineering drawing for Lens (#9845) | EDD000995 | | 401, TR | |
| 1062 | Photos of LCD Television Breakdown | SSC-0000879-SSC-0000905 | | A, 401, 403, SW, IO, F, SUM, H | |
| 1063 | Photos of the 9845 Lens taken by Breault Research | | | A, 401, 403, SW, IO, H, F, SUM, UT | |
| 1064 | 10/18/2013 Receipt from Sears | SSC0045683 | | A, 401, 403, SW, F | |
| 1065 | 11/04/2015 Corrected Breault Research Lens Analysis titled "9845 Flat Top TIR for Latham & Watkins – Corrected Thickness" | SSC0046130-SSC0046140 | | A, 401, 403, H, IO, SW, F, H | |
| 1066 | 11/04/2015 Corrected Breault Research Lens Analysis titled "9845 Additional Pictures and Simulations for Latham & Watkins - Corrected Thickness" | SSC0045994-SSC0046018 | | A, 401, 403, H, IO, SW, F | |
| 1067 | Ray Traces for 9845 | | | A, 401, 403, H, IO, SW, F, UT | |
| 1068 | Enplas's alleged profilometry data for | EDD000996 | | | |

6

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | 9845 emission surface | | | | |
| 1069 | Enplas's alleged profilometry data for 9845 incident surface | EDD000997 | | | |
| 1070 | Product Specification for Light Enhancer Cap (#9854D) | EDD023418-EDD023431 | | | |
| 1071 | 08/01/2012 Enplas engineering drawing for Light Enhancer Cap (#9854D) | EDD001035 | | TR | |
| 1072 | 08/01/2012 Enplas engineering drawing for Light Enhancer Cap ( #9854D) | EDD046331 | | TR | |
| 1073 | Photographs of Breakdown of Seiki SE40FH03 40" LED HD television | SSC-0000956-SSC-0001002 | | A, 401, 403, SW, IO, F, SUM, H | |
| 1074 | Photos of LCD Television Breakdown | SSC-0000776-SSC-0000781 | | A, 403, SW, IO, F, SUM, H | |
| 1075 | Photos of LCD Television Breakdown | SSC-0001043-SSC-0001048 | | A, 403, SW, IO, F, SUM, H | |
| 1076 | Photos of the 9854D Lens taken by Breault Research | | | A, 403, SW, IO, H, F, SUM, UT | |
| 1077 | 11/04/2013 Receipt from Fry's | SSC0045672 | | A, 401, 403, SW, F, H | |
| 1078 | 08/25/2015 Breault Research Lens Analysis titled "9854D Flat Top TIR for Latham & Watkins" | SSC0045521-SSC0045531 | | A, 403, H, IO, SW, F | |
| 1079 | Ray Traces for 9854D | | | A, 401, 403, H, IO, SW, F, UT | |
| 1080 | 07/18/2012 Product Specification for Light Enhancer Cap (#9853A) | EDD023405-EDD023417 | | | |
| 1081 | 07/10/2012 Enplas engineering drawing for Light Enhancer Cap (#9853A) | EDD001025 | | TR | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| 1082 | 07/23/2012 Enplas engineering drawing for Light Enhancer Cap (#9853A) | EDD001018 | | TR | |
| 1083 | Photos of LCD Television Breakdown | SSC-0000807-SSC-0000822 | | A, 401, 403, SW, IO, F, SUM, H | |
| 1084 | Photos of the 9853A Lens taken by Breault Research | | | A, 401, 403, SW, IO, H, F, SUM, UT | |
| 1085 | 11/04/2013 Receipt from Best Buy | SSC0045671 | | A, 401, 403, SW, F, I, H | |
| 1086 | Photos of LCD Television Breakdown | SSC-0000845-SSC-0000878 | | A, 401, 403, SW, IO, F, SUM, H | |
| 1087 | Photos of the 9849 Lens taken by Breault Research | | | A, 401, 403, SW, IO, H, F, SUM, UT | |
| 1088 | 11/04/2015 Corrected Breault Research Lens Analysis titled "9849 Flat Top TIR for Latham & Watkins – Corrected Thickness" | SSC0046141-SSC0046151 | | A, 401, 403, H, IO, SW, F, CCO | |
| 1089 | 11/04/2015 Corrected Breault Research Lens Analysis titled "9849 Additional Pictures and Simulations for Latham & Watkins - Corrected Thickness" | SSC0046019-SSC0046043 | | A, 401, 403, H, IO, SW, F, CCO | |
| 1090 | Ray Traces for 9849 | | | A, 401, 403, H, IO, SW, F, UT, CCO | |
| 1091 | LE-Cap engineering drawings, reliability tests, CAD drawings, and testing documents | EDD046337-EDD046403 | | TR, CCO, 401, 403, improper composite of multiple documents | |
| 1092 | Receipts for televisions purchased in the United States | SSC0045671-SSC0045689 | | A, 401, 403, SW, F, I, H, TR | |
| 1093 | 10/16/2013 Receipt from Sears for Samsung LED television | SSC0045676 | | A, 401, 403, SW, F, I, H | |
| 1094 | 10/15/2013 Receipt from B&H for | SSC0045677 | | A, 401, 403, SW, F, H, | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | Samsung LED television | | | CCO | |
| 1095 | 10/15/2013 Receipt from Target for Samsung LED television | SSC0045678 | | A, 401, 403, SW, F, H, CCO | |
| 1096 | 10/14/2013 Receipt from Walmart for Samsung television | SSC0045679 | | A, 401, 403, SW, F, H, CCO | |
| 1097 | 10/14/2013 Receipt from Paypal for Samsung television purchased from Ebay | SSC0045680-SSC0045681 | | A, 401, 403, SW, F, H, CCO | |
| 1098 | 11/04/2015 Corrected Breault Research Lens Analysis titled "9830 Flat Top TIR for Latham & Watkins – Corrected Thickness" | SSC0046119-SSC0046129 | | A, 401, 403, H, IO, SW, F, UT, CCO | |
| 1099 | 11/04/2015 Corrected Breault Research Lens Analysis titled "9830 Additional Pictures and Simulations for Latham & Watkins - Corrected Thickness" | SSC0045969-SSC0045993 | | A, 401, 403, H, IO, SW, F, UT, CCO | |
| 1100 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit R: Photographs of Seiki television breakdown | | | A, 401, 403, C, H, IO, SW, F, UT, CCO | |
| 1101 | Photos of LCD Television Breakdown | SSC-0000906-SSC-0000955 | | A, 403, H. SW, IO, F, CCO | |
| 1102 | Photos of LCD Television Breakdown | SSC-0000765-SSC-0000770 | | A, 403, H, SW, IO, F, CCO | |
| 1103 | Photos of LCD Television Breakdown | SSC-0000823-SSC-0000844 | | A, 403, H, SW, IO, F, CCO | |
| 1104 | Photos of LCD Television Breakdown | SSC-0001053-SSC-0001060 | | A, 403, H, SW, IO, F, CCO | |
| 1105 | Photos of LCD Television Breakdown | SSC-0001049-SSC-0001052 | | A, 403, H, SW, IO, F, CCO | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| 1106 | 04/24/2012 Product Specification for Light Enhancer Cap (#4922) | EDD023362-EDD023377 | | | |
| 1107 | 11/04/2013 Receipt from Fry's Electronics for RCA LED television and Upstar LED television | SSC0045674 | | A, 401, 403, SW, F, H, I | |
| 1108 | "Spectroscopic Ellipsometry Analysis of Injection Molded Optics" by J.A. Woollam Co., Inc. (Breault Research Supporting Documents) | SSC0045690-SSC0045702 | | A, 401, 403, SW, F, H, IO, UT | |
| 1109 | Nikon product specification for "LK CMM Coordinate Measuring Machines" (Breault Research Supporting Documents) | SSC0045607-SSC0045618 | | A, 401, 403, SW, F, H, IO, UT | |
| 1110 | 08/23/2015 Breault Research Lens Analysis titled "Refractive Index Pictures for Latham & Watkins" | SSC0045460-SSC0045476 | | A, SW, F, H, IO | |
| 1111 | 03/30/2013 Enplas Corporation Power Point Presentation (with certified translation) | EDD020096-EDD020109 | | TR | |
| 1112 | 2014 DisplaySearch presentation titled "High Resolution LCD and AMOLED Cost Analysis and Backlight Trend" | EDD052574-EDD052604 | | F, 401, 403, H, HH, SW | |
| 1113 | Enplas Presentation titled "Engineering Information of LED Diffusing Lens" | EDD020116-EDD020122 | | F, 401, 403, SW, H | |
| 1114 | 07/28/2014 LG Presentation (with certified translation) | EDD002236-EDD002246 | | F, 401, 403, H | |
| 1115 | EDD's Response to SSC's First (1st) Notice of Deposition Pursuant to Federal Rules of Civil Procedure 30(b)(6) (with certified translation) | | | TR | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| 1116 | EDD's Response to SSC's Second (2nd) Notice of Deposition Pursuant to Federal Rules of Civil Procedure 30(b)(6) (with certified translation) | | | TR | |
| 1117 | Presentation titled "Evaluation of Lens for LG Innotech" (with certified translation) | EDD007768-EDD007770 | | 401, 403, CCO, TR | |
| 1118 | 11/03/2013 Email from H. Hiraishi to T. Murano and Skyview re Korea visit (with certified translation) | EDD005862-EDD005870 | | 401, 403, CCO, TR, H, HH | |
| 1119 | Light Enhancer Cap Proposal of Thin-type Low Cost BLU (with certified translation) - Attached to 11/03/2013 Email from H. Hiraishi to T. Murano and Skyview re Korea visit | EDD005871-EDD005880 | | 401, 403, CCO, TR, H, HH | |
| 1120 | EXHIBIT NUMBER NOT USED | | | | |
| 1120 | Photograph of Enplas Display Device Corporation display booth | SSC-0000749 | | A, F, SW, 401, 403 | |
| 1121 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit A: List of Materials Considered | | | H, IO, 401, 403, C, ILA, SUM, CCO, expert reports inadmissible | |
| 1122 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit B: Curriculum Vitae ("CV") of Duncan T. Moore | | | H, 401, 403 | |
| 1123 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit C: Claim Chart -Non-Enplas Lens #9830 (Corrected) (U.S. Patent | | | H, HH, IO, SUM, CCO, 401, 403, C, expert reports inadmissible | |

11

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | No. 6,473,554) | | | | |
| 1124 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit D: Claim Chart - Enplas Lens #9845 (Corrected) (U.S. Patent No. 6,473,554) | | | 401 403, C, H, HH, IO, SUM, ILA, expert reports inadmissible | |
| 1125 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit E: Claim Chart - Enplas Lens #9849 (Corrected) U.S. Patent No. 6,473,554 | | | 401, 403, C, H, HH, IO, SUM, CCO, ILA, expert reports inadmissible | |
| 1126 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit G: Claim Chart - Enplas Lens #9854D (U.S. Patent No. 6,473,554) | | | H, HH, IO, SUM, CCO, ILA, C, expert reports inadmissible | |
| 1127 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit H: Claim Chart - Enplas Lens #9854E (Corrected) (U.S. Patent No. 6,473,554) | | | H, HH, IO, SUM, ILA, C, expert reports inadmissible | |
| 1128 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit I: Claim Chart - Enplas Lens #9879 (Corrected) (U.S. Patent No. 6,473,554) | | | H, HH, IO, SUM, ILA, C, expert reports inadmissible | |
| 1129 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit J: Claim Chart - Enplas Lens #4922 in RCA TV Model 34B30RQ (U.S. Patent 6,007,209) | | | H, HH, IO, SUM, ILA, C, expert reports inadmissible | |
| 1130 | 11/12/2015 Corrected Expert Report | | | 401, 403, H, HH, IO, | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | of Duncan T. Moore on Infringement Exhibit K: Claim Chart - Enplas Lens #9845 in Panasonic TV Model TCL32B6 (U.S. Patent 6,007,209) | | | SUM, ILA, C, expert reports inadmissible | |
| 1131 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit L: Claim Chart - Enplas Lens #9849 in Samsung TV Model UN40FH6030 (U.S. Patent 6,007,209) | | | 401, 403, H, HH, IO, SUM, ILA, C, expert reports inadmissible | |
| 1132 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit M: Claim Chart - Enplas Lens #9853A in Sharp TV Model 32LE450U (U.S. Patent 6,007,209) | | | H, HH, IO, SUM, ILA, C, expert reports inadmissible | |
| 1133 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit N: Claim Chart - Enplas Lens #9854D in Seiki TV Model SE40FH03 (U.S. Patent 6,007,209) | | | H, HH, IO, SUM, ILA, C, expert reports inadmissible | |
| 1134 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit O: Claim Chart - Enplas Lens #9854E in JVC TV Model EM32TS (U.S. Patent 6,007,209) | | | H, HH, IO, SUM, ILA, C, expert reports inadmissible | |
| 1135 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement Exhibit P: Claim Chart - Enplas Lens #9879 in LG TV Model 42LN5400 (U.S. Patent 6,007,209) | | | H, HH, IO, SUM, ILA, C, expert reports inadmissible | |
| 1136 | 11/12/2015 Corrected Expert Report of Duncan T. Moore on Infringement | | | H, HH, IO, SUM, ILA, C, expert reports | |

13

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | Exhibit Q: Claim Chart - Enplas Lens #9879 in Sanyo TV Model DP42D23 (U.S. Patent 6,007,209) | | | inadmissible | |
| 1137 | 08/28/2015 Expert Report of Julie L. Davis | | | H, HH, IO, SUM, ILA, CCO, C, expert reports inadmissible | |
| 1138 | 11/12/2015 Supplemental Expert Report of Julie L. Davis | | | H, HH, IO, SUM, ILA, CCO, C, expert reports inadmissible | |
| 1139 | 05/15/2004 Patent License Agreement between Teledyne License and Philips Lumileds | SSC0044367-SSC0044387 | | A, F, 401, 403, H, IO | |
| 1140 | 08/01/2006 Patent Licensing and Purchase Agreement between Teledyne and 3M | SSC0044410-SSC0044428 | | A, F, 401, 403, H, IO | |
| 1141 | 04/27/2007 Enplas Corporation financial report titled "2007/3 Annual results" | SSC0043266-SSC0043308 | | A, F, 401, 403, H, HH, SW | |
| 1142 | 07/26/2007 Enplas Corporation financial report titled "2008/3 First-Quarter Results" | SSC0043309-SSC0043327 | | A, F, 401, 403, H, HH, SW | |
| 1143 | 10/26/2007 Enplas Corporation financial report titled "2008/3 First-Half Results" | SSC0043328-SSC0043353 | | A, F, 401, 403, H, HH, SW | |
| 1144 | 01/28/2008 Enplas Corporation financial report titled "2008/3 Third-Quarter Results" | SSC0043354-SSC0043377 | | A, F, 401, 403, H, HH, SW | |
| 1145 | 04/28/2008 Enplas Corporation financial report titled "2008/3 Annual Results" | SSC0043378-SSC0043415 | | A, F, 401, 403, H, HH, SW | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| 1146 | 10/29/2008 Enplas Corporation financial report titled "2009/3 First-Half Results" | SSC0043416-SSC0043443 | | A, F, 401, 403, H, HH, SW | |
| 1147 | 10/29/2008 Enplas Corporation financial report titled "2010/3 First-Half Results" | SSC0043476-SSC0043502 | | A, F, 401, 403, H, HH, SW | |
| 1148 | 04/30/2009 Enplas Corporation financial report titled "2009/3 Annual Results" | SSC0043444-SSC0043475 | | A, F, 401, 403, H, HH, SW | |
| 1149 | 05/07/2009 Teledyne licensing and purchase agreement with InteLED | SSC0044389-SSC0044409 | | A, F, 401, 403, H, HH, SW | |
| 1150 | 04/30/2010 Enplas Corporation financial report titled "2010/3 Annual Results & 2011/3 Business Plan" | SSC0043503-SSC0043515 | | A, F, 401, 403, H, HH, SW | |
| 1151 | 07/30/2010 Enplas Corporation financial report titled "2011/3 First Quarter Results" | SSC0043516-SSC0043525 | | A, F, 401, 403, H, HH, SW | |
| 1152 | 10/28/2010 Enplas Corporation financial report titled "2011/3 First-Half Results" | SSC0043526-SSC0043538 | | A, F, 401, 403, H, HH, SW | |
| 1153 | 10/28/2010 Enplas Corporation financial report titled "2011/3 First-Half Results" | SSC0043526-SSC0043538 | | A, F, 401, 403, H, HH, SW | |
| 1154 | 01/28/2011 Enplas Corporation financial report titled "2011/3 Third-Quarter Results" | SSC0043539-SSC0043552 | | A, F, 401, 403, H, HH, SW | |
| 1155 | 04/28/2011 Enplas Corporation financial report titled "2011/3 Annual Results" | SSC0043553-SSC0043568 | | A, F, 401, 403, H, HH, SW | |
| 1156 | 07/29/2011 Enplas Corporation | SSC0043569 - | | A, F, 401, 403, H, HH, | |

15

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | financial report titled "2012/3 First Quarter Results" | SSC0043579 | | SW | |
| 1157 | 10/28/2011 Enplas Corporation financial report titled "Fiscal 2012 Second Half-year Strategy Presentation" | SSC0043580-SSC0043598 | | A, F, 401, 403, H, HH, SW | |
| 1158 | 01/30/2015 Enplas Corporation financial report titled "Fiscal 2012 Third Quarter Results" | SSC0043806-SSC0043833 | | A, F, 401, 403, H, HH, SW | |
| 1159 | 03/31/2012 Enplas Corporation financial report titled "Business Report 2012 from April 1, 2011 to March 31, 2012" | SSC0043888-SSC0043897 | | A, F, 401, 403, H, HH, SW | |
| 1160 | 04/27/2012 Enplas Corporation financial report totled "FY2013 Business Plan Presentation" | SSC0043834-SSC0043868 | | A, F, 401, 403, H, HH, SW | |
| 1161 | 07/30/2012 Enplas Corporation financial report titled "FY2013 First-Quarter Results" | SSC0043869-SSC0043887 | | A, F, 401, 403, H, HH, SW | |
| 1162 | 10/30/2012 Enplas Corporation financial report titled "FY2013 Second-Quarter Results" | SSC0043898-SSC0043916 | | A, F, 401, 403, H, HH, SW | |
| 1163 | 01/30/2013 Enplas Corporation financial report titled "FY2013 Third-Quarter Results" | SSC0043917-SSC0043937 | | A, F, 401, 403, H, HH, SW | |
| 1164 | Enplas Japanese document (Japanese version of Enplas Corporation FY2013 Third-Quarter Results dated 01/30/2013) | | | TR, A, F, 401, 403, H, HH, SW | |
| 1165 | 03/31/2013 Enplas Corporation | SSC0043968- | | A, F, 401, 403, H, HH, | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | financial report titled "Business Report 2013 - April 1, 2012 to March 31, 2013" | SSC0043979 | | SW | |
| 1166 | 04/30/2013 Enplas Corporation financial report titled "FY2014 Business Plan Presentation" | SSC0043938-SSC0043967 | | A, F, 401, 403, H, HH, SW | |
| 1167 | Enplas Japanese document (Japanese version of Enplas Corporation FY2014 Business Plan Presentation Dated 04/30/2013) | | | TR, A, F, 401, 403, H, HH, SW | |
| 1168 | 07/30/2013 Enplas Corporation financial report titled "FY2014 First-Quarter Results" | SSC0043980-SSC0043998 | | A, F, 401, 403, H, HH, SW | |
| 1169 | 10/30/2013 Enplas Corporation financial report titled "FY2014 Second-Quarter Results" | SSC0044005-SSC0044026 | | A, F, 401, 403, H, HH, SW | |
| 1170 | 01/30/2014 Enplas Corporation financial report titled "FY2014 Third-Quarter Results" | SSC0044033-SSC0044053 | | A, F, 401, 403, H, HH, SW | |
| 1171 | 03/31/2014 Enplas Corporation financial report titled "Business Report 2014 - April 1, 2013 to March 31, 2014" | SSC0044112-SSC0044123 | | A, F, 401, 403, H, HH, SW | |
| 1172 | 04/30/2014 Enplas Corporation financial report titled "FY2015 Business Plan Presentation" | SSC0044076-SSC0044106 | | A, F, 401, 403, H, HH, SW | |
| 1173 | 07/30/2014 Enplas Corporation financial report titled "FY2015 First-Quarter Results" | SSC0044124-SSC0044142 | | A, F, 401, 403, H, HH, SW | |
| 1174 | 10/30/2014 Enplas Corporation financial report titled "FY2015 | SSC0044149-SSC0044165 | | A, F, 401, 403, H, HH, SW | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | Second-Quarter Results" | | | | |
| 1175 | Enplas Sales (through 03/31/2015) | EDD055544 | | I (native required) | |
| 1176 | IHS Technology, TV Market Tracker Database – Q1 2015 | IHS_0004 | | A, I, H, HH, 401, 403, SW, F | |
| 1177 | Data file Spreadsheet re: Sales data file | | | 401, 403 | |
| 1178 | 08/28/2015 Expert Report and Disclosure of Julie L. Davis Exhibit 1: Curriculum Vitae of Julie L. Davis | | | F, H, HH, IO, SUM, ILA, 401, 403, CCO, C, expert reports inadmissible | |
| 1179 | 09/09/2015 Amended Exhibit 2 to the Expert Report and Disclosure of Julie L. Davis: Index to Documents Considered in Forming Opinions | | | F, H, HH, IO, SUM, ILA, C, expert reports inadmissible | |
| 1180 | 08/28/2015 Expert Report and Disclosure of Julie L. Davis Exhibit 3: Summary of Agreements | | | F, H, HH, IO, SUM, ILA, 401, 403, C, expert reports inadmissible | |
| 1181 | 08/28/2015 Expert Report and Disclosure of Julie L. Davis Appendix A: Enplas U.S. Sales of Disclosed Products | | | 401, 403, CCO, H, HH, IO, SUM, C, expert reports inadmissible | |
| 1182 | 08/28/2015 Expert Report and Disclosure of Julie L. Davis Appendix B: Enplas Worldwide Sales of Disclosed Products | | | F, H, HH, IO, SUM, 401, 403, CCO, C, expert reports inadmissible | |
| 1183 | 08/28/2015 Expert Report and Disclosure of Julie L. Davis Appendix C: Enplas Worldwide Sales for Plastic Optical Business | | | F, H, HH, IO, SUM, 401, 403, CCO, C, expert reports inadmissible | |
| 1184 | 08/28/2015 Expert Report and Disclosure of Julie L. Davis Appendix | | | F, H, HH, IO, SUM, 401, 403, CCO, C, | |

18

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | D: Enplas Gross Margin for Plastic Optical Business | | | expert reports inadmissible | |
| 1185 | 08/28/2015 Expert Report and Disclosure of Julie L. Davis Appendix E: Shipment Area of LCD TVs Sold in North America as Percent of Worldwide | | | F, H, HH, IO, SUM, 401, 403, CCO, C, expert reports inadmissible | |
| 1186 | 11/12/2015 Supplemental Expert Report and Disclosure of Julie L. Davis Supplemental Appendix A: Enplas U.S. Sales of Disclosed Products | | | F, H, HH, IO, SUM, 401, 403, CCO, C, expert reports inadmissible | |
| 1187 | 11/12/2015 Supplemental Expert Report and Disclosure of Julie L. Davis Supplemental Appendix B: Enplas Worldwide Sales of Disclosed Products | | | F, H, HH, IO, SUM, 401, 403, CCO, C, expert reports inadmissible | |
| 1188 | OANDA Historical Exchange Rates (http://www.oanda.com/currency/historical-rates/) | | | UT, I, H, A, 401, SW | |
| 1189 | Laura Godfrey Contractor Agreement | EDD046419-EDD046425 | | F, 401, 403, SW | |
| 1190 | Teledyne Technologies Inc. Form 10-K for the period ending December 28, 2014 | | | A, F, 401, 403, H, UT, SW | |
| 1191 | http://www.teledynelighting.com/company/aboutus.asp | | | A, F, 401, 403, H, UT, SW | |
| 1192 | Non-Disclosure Agreement, dated September 1, 2010 | EDD055501-EDD055504 | | TR | |
| 1193 | The Evaluation of the Comparison between 9845, 9845Kai9 and 9857E | EDD006065-EDD006068 | | F, 401, 403, CCO | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
|  | lenses |  |  |  |  |
| 1194 | LE-Cap product overview comparing 4914 and 9845 lens (with certified translation) | EDD002092-EDD002094 |  | F, 401, 403, CCO |  |
| 1195 | LE-Cap Critical Control Items (with certified translation) | EDD007006-EDD007007 |  | F, 401, 403, TR, CCO |  |
| 1196 | http://www.displaysearch.com/cps/rde/xchg/displaysearch/hs.xsl/index.asp |  |  | A, F, H, UT, 401, 403, SW |  |
| 1197 | https://technology.ihs.com/AboutUs |  |  | A, F, H, UT, 401, 403, SW |  |
| 1198 | Patent License Agreement, dated December 1, 2004 | SSC0044429-SSC0044451 |  | A, F, 401, 403, H, HH, SW |  |
| 1199 | First Amendment to the Patent License and Engineering Assistance Agreement | SSC-0000559–SSC-0000560 |  | A, F, 401, 403, H, HH, SW |  |
| 1200 | Enplas Display Device Corporation Corporate Profile | EDD055350-EDD055373 |  | F, SW, 401, 403 |  |
| 1201 | Discovery responses designated during the parties' pre-trial disclosures |  |  | Discovery designations are not trial exhibits |  |
| 1202 | Deposition testimony of Yoshihiro Seto designated during the parties' pre-trial disclosures |  |  | FRCP 30, 32; transcripts of testimony not admissible |  |
| 1203 | Deposition testimony of Kayoko Watai designated during the parties' pre-trial disclosures |  |  | FRCP 30, 32; transcripts of testimony not admissible |  |
| 1204 | Deposition testimony of Koji Akiyama designated during the parties' pre-trial disclosures |  |  | FRCP 30, 32; transcripts of testimony not admissible |  |
| 1205 | Deposition testimony of Takeshi Murano designated during the parties' pre-trial disclosures |  |  | FRCP 30, 32; transcripts of testimony not admissible |  |

20

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| 1206 | Deposition testimony of Mamoru Yoshida designated during the parties' pre-trial disclosures | | | FRCP 30, 32; transcripts of testimony not admissible | |
| 1207 | Deposition testimony of David Pelka designated during the parties' pre-trial disclosures | | | FRCP 30, 32; transcripts of testimony not admissible; H | |
| 1208 | 2013 DisplaySearch presentation titled "North America TV Market Dynamics" | EDD051787-EDD051822 | | F, TR, H, HH, 401, 403, SW | |
| 1209 | 2014 DisplaySearch presentation titled "North America TV Market Dynamics" | EDD052839-EDD052872 | | F, TR, H, HH, 401, 403, SW | |
| 1211A | 9853A-back | SSC0046185 | | A, F, H, IO, UT, SW, CCO | |
| 1211B | 9853A-top | SSC0046186 | | A, F, H, IO, UT, SW, CCO | |
| 1211C | 9853A_plusY | SSC0046187 | | A, F, H, IO, UT, SW, CCO | |
| 1211D | 9853A_X | SSC0046188 | | A, F, H, IO, UT, SW, CCO | |
| 1212A | 9854E-back | SSC0046189 | | A, F, H, IO, UT, SW, CCO | |
| 1212B | 9854E-top | SSC0046190 | | A, F, H, IO, UT, SW, CCO | |
| 1212C | 9854E_plusY | SSC0046191 | | A, F, H, IO, UT, SW, CCO | |
| 1212D | 9854E_rerun_back | SSC0046192 | | A, F, H, IO, UT, SW, CCO | |
| 1212E | 9854E_rerun_top | SSC0046193 | | A, F, H, IO, UT, SW, CCO | |
| 1212F | 9854E_X | SSC0046194 | | A, F, H, IO, UT, SW, | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | | | | CCO | |
| 1213A | 9830-back | SSC0046195 | | A, F, H, IO, UT, SW, CCO | |
| 1213B | 9830-top | SSC0046196 | | A, F, H, IO, UT, SW, CCO | |
| 1213C | 9830_plusY | SSC0046197 | | A, F, H, IO, UT, SW, CCO | |
| 1213D | 9830_X | SSC0046198 | | A, F, H, IO, UT, SW, CCO | |
| 1214A | 9854D bottom | SSC0046199 | | A, F, H, IO, UT, SW, CCO | |
| 1214B | 9854D-back | SSC0046200 | | A, F, H, IO, UT, SW, CCO | |
| 1214C | 9854D-top | SSC0046201 | | A, F, H, IO, UT, SW, CCO | |
| 1214D | 9854D_plusY | SSC0046202 | | A, F, H, IO, UT, SW, CCO | |
| 1214E | 9854D_X | SSC0046203 | | A, F, H, IO, UT, SW, CCO | |
| 1215A | 9854D_2-back | SSC0046204 | | A, F, H, IO, UT, SW, CCO | |
| 1215B | 9854D_2-top | SSC0046205 | | A, F, H, IO, UT, SW, CCO | |
| 1215C | 9854D_2_plusY | SSC0046206 | | A, F, H, IO, UT, SW, CCO | |
| 1215D | 9854D_2_X | SSC0046207 | | A, F, H, IO, UT, SW, CCO | |
| 1216A | 9827-back | SSC0046208 | | A, F, H, IO, UT, SW, CCO | |
| 1216B | 9827-top | SSC0046209 | | A, F, H, IO, UT, SW, CCO | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| 1216C | 9827_X | SSC0046210 | | A, F, H, IO, UT, SW, CCO | |
| 1216D | 9827_Y | SSC0046211 | | A, F, H, IO, UT, SW, CCO | |
| 1217A | Lens_Bottom_YZ_9845_1 | SSC0046212 | | A, F, H, IO, UT, SW, CCO | |
| 1217B | Lens_Bottom_YZ_9845_2 | SSC0046213 | | A, F, H, IO, UT, SW, CCO | |
| 1217C | Lens_Bottom_ZX_9845_1 | SSC0046218 | | A, F, H, IO, UT, SW, CCO | |
| 1217D | Lens_Bottom_ZX_9845_2 | SSC0046219 | | A, F, H, IO, UT, SW, CCO | |
| 1217E | Lens_Top_YZ_9845_1 | SSC0046224 | | A, F, H, IO, UT, SW, CCO | |
| 1217F | Lens_Top_YZ_9845_2 | SSC0046225 | | A, F, H, IO, UT, SW, CCO | |
| 1217G | Lens_Top_ZX_9845_1 | SSC0046230 | | A, F, H, IO, UT, SW, CCO | |
| 1217H | Lens_Top_ZX_9845_2 | SSC0046231 | | A, F, H, IO, UT, SW, CCO | |
| 1218A | Lens_Bottom_YZ_9849_1 | SSC0046214 | | A, F, H, IO, UT, SW, CCO | |
| 1218B | Lens_Bottom_YZ_9849_2 | SSC0046215 | | A, F, H, IO, UT, SW, CCO | |
| 1218C | Lens_Bottom_ZX_9849_1 | SSC0046220 | | A, F, H, IO, UT, SW, CCO | |
| 1218D | Lens_Bottom_ZX_9849_2 | SSC0046221 | | A, F, H, IO, UT, SW, CCO | |
| 1218E | Lens_Top_YZ_9849_1 | SSC0046226 | | A, F, H, IO, UT, SW, CCO | |
| 1218F | Lens_Top_YZ_9849_2 | SSC0046227 | | A, F, H, IO, UT, SW, | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| | | | | CCO | |
| 1218G | Lens_Top_ZX_9849_1 | SSC0046232 | | A, F, H, IO, UT, SW, CCO | |
| 1218H | Lens_Top_ZX_9849_2 | SSC0046233 | | A, F, H, IO, UT, SW, CCO | |
| 1219A | Lens_Bottom_YZ_9879_1 | SSC0046216 | | A, F, H, IO, UT, SW, CCO | |
| 1219B | Lens_Bottom_YZ_9879_2 | SSC0046217 | | A, F, H, IO, UT, SW, CCO | |
| 1219C | Lens_Bottom_ZX_9879_1 | SSC0046222 | | A, F, H, IO, UT, SW, CCO | |
| 1219D | Lens_Bottom_ZX_9879_2 | SSC0046223 | | A, F, H, IO, UT, SW, CCO | |
| 1219E | Lens_Top_YZ_9879_1 | SSC0046228 | | A, F, H, IO, UT, SW, CCO | |
| 1219F | Lens_Top_YZ_9879_2 | SSC0046229 | | A, F, H, IO, UT, SW, CCO | |
| 1219G | Lens_Top_ZX_9879_1 | SSC0046234 | | A, F, H, IO, UT, SW, CCO | |
| 1219H | Lens_Top_ZX_9879_2 | SSC0046235 | | A, F, H, IO, UT, SW, CCO | |
| 1220 | Rebuttal to Expert Report of Clifford R. Pollock by Duncan T. Moore | | | H, IO, SUM, C, expert reports inadmissible | |
| 1221 | October 15, 2015 Final Written Decision for IPR2014-0879 | | | 401, 403, H, ILA, SW, UT | |
| 1222 | 7-15-15 Letter from Ryan Owens to Marc Labgold RE: Enplas's Allegations | | | A, F, H, HH, 401, 403, ILA, SW | |
| 1223 | October 1, 2013 Purchase Order | | | A, F, H, 401, 403, SW | |
| 1224 | September 27, 2013 Purchase Order | | | A, F, H, 401, 403, SW | |
| 1225 | September 27, 2013, Skyview email | | | A, F, H, HH, 401, 403, | |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
|  | to SSC employee Mr. Sung-Wan Hong (with certified translation) attaching a price offer from Tohkoh Jushi to SSC on the #9845F and #9857E LE-Cap lenses. |  |  | SW, UT |  |
| 1226 | Purchase order sent by Mr. Hong to Skyview with the purchase order number 4500089757 |  |  | A, F, H, HH, 401, 403, SW, UT |  |
| 1227 | September 30, 2013 Email from Skyview to Mr. Hong noting incorrect unit price for #9857E (with certified translation) |  |  | A, F, H, HH, 401, 403, SW, UT |  |
| 1228 | October 2, 2013 Email from Mr. Hong to Skyview |  |  | A, F, H, HH, 401, 403, SW, UT |  |
| 1229 | Attachment (1) to the October 2, 2013 email from Mr. Hong to Skyview - corrected purchase order | SSC0045159 |  | A, F, H, HH, 401, 403, SW |  |
| 1230 | Attachment (2) to the October 2, 2013 email from Mr. Hong to Skyview - a new purchase order | SSC0045127 |  | A, F, H, HH, 401, 403, SW |  |
| 1231 | EXHIBIT NUMBER NOT USED |  |  | A, F, H, HH, 401, 403, SW, UT |  |
| 1232 | May 11, 2015 Email from R. Owens to M. Labgold Re: Objections to certain topics in Enplas's 30(b)(6) notices |  |  | A, F, H, HH, 401, 403, SW |  |
| 1233 | June 19, 2015 Email from R. Owens to M. Labgold Re: Objections to Enplas's third 30(b)(6) notice |  |  | A, F, H, HH, 401, 403, SW |  |
| 1234 | BRO PowerPoint: Measurement and Analysis of an Illumination Optic for Latham & Watkins | SSC0045769-SSC0045819 |  | A, F, H, HH, 401, 403, SW |  |

| DTX[2] | Description | Bates Range | Spons. Witness | EDD's Objections | Date Admitted |
|---|---|---|---|---|---|
| 1235 | 07-17-2015 Email from Ryan Owens to Marc Labgold, attaching Zip file containing the natives for emails discussed in 7-15-15 letter from Ryan Owens to March Labgold Re: Enplas's Allegations | | | A, F, H, HH, 401, 403, SW | |
| 1236 | 07-20-2015 Email from Marc Labgold to Ryan Owens | | | A, F, H, HH, 401, 403, SW, UT | |
| 1237 | Plaintiff EDD's Answer to SSC's Counterclaim; Demand for a Jury Trial | | | I, F, 401, 403, H | |
| 1238 | EDD's purported product configurations (with certified translation) | EDD020081-EDD020087 | | TR, I, FRE 1002 | |

26

**KEY TO EDD'S OBJECTION CODES**

| ABBREVIATION | OBJECTION[3] |
|---|---|
| A | Authentication (FED. R. EVID. 901) |
| C | Cumulative and/or duplicative (FED. R. EVID. 403) |
| F | Lacks foundation (FED. R. EVID. 104(a); FED. R. EVID. 602) |
| H | Hearsay (FED. R. EVID. 802) |
| HH | Hearsay within hearsay (FED. R. EVID. 805) |
| I | The proposed exhibit is incomplete (FED. R. EVID. 901) |
| IL | The proposed exhibit is illegible (FED. R. EVID. 901) |
| IO | Inadmissible expert opinion (FED. R. EVID. 702) |
| 401 | The proposed exhibit is irrelevant (FED. R. EVID. 401), and thus inadmissible (FED. R. EVID. 402). |
| ILA | Inadmissible legal argument/opinion/conclusion. |
| 403 | The proposed evidence should be excluded on grounds of prejudice, confusion or waste of time (FED. R. EVID. 403). |
| OS | Outside the Scope of Notice (FED. R. CIV. P. 30(b)(6)) |
| PK | Lack of personal knowledge (FED. R. EVID. 602) |
| PE | Excluded under Parol Evidence Rule |

---

[3] The specific bases identified in the objection field are intended to provide notice of the nature and general basis of the objection and are not intended to be limited to the recited Rule.

| | |
|---|---|
| **SW** | Lack of sponsoring witness, inadequate or improper sponsoring witness |
| **SUM** | Inadmissible Summary evidence (FED. R. EVID. 1006) |
| **TR** | The proposed exhibit is objected to as: (i) a foreign language document without certified translation, (ii) a translation without an original foreign language document, or (iii) the translation is inaccurate. |
| **UT** | Untimely (including, *inter alia*, FED. R. CIV. PROC. 26, 37) |
| **408** | Compromise/Settlement (FED. R. EVID. 408) |
| **CCO** | Contrary to Court's Order |

28