LATHAM & WATKINS LLP
Ryan R. Owens (Bar No. 269370)
*ryan.owens@lw.com*
650 Town Center Drive, 20th Floor
Costa Mesa, California 92626-1925
Telephone: (714) 540-1235
Facsimile: (714) 755-8290

LATHAM & WATKINS LLP
Charles H. Sanders (*pro hac vice)*
*charles.sanders@lw.com*
John Hancock Tower, 27th Floor
200 Clarendon Street
Boston, Massachusetts 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001

LATHAM & WATKINS LLP
Lawrence J. Gotts (*pro hac vice*)
*lawrence.gotts@lw.com*
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

LATHAM & WATKINS LLP
Michelle P. Woodhouse (Bar No. 260669)
*michelle.woodhouse @lw.com*
140 Scott Drive
Menlo Park, California 94025
Costa Mesa, California 92626-1925
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant
SEOUL SEMICONDUCTOR CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.),

Plaintiff and Counterclaim Defendants,

v.

SEOUL SEMICONDUCTOR CO., LTD.,,

Defendant and Counterclaim Plaintiff.

CASE NO. 3:13-CV-05038-NC

**DECLARATION OF RYAN R. OWENS IN SUPPORT OF SSC'S REPLY TO EDD'S MOTIONS IN LIMINE NOS. 1-7**

Assigned to Hon. Nathanael M. Cousins

Date: February 24, 2016
Time: 2:00 p.m.
Judge: Hon. Nathanael Cousins
Location: Courtroom 7, San Jose

I, Ryan R. Owens, state and declare as follows:

1. I am a partner at the law firm of Latham & Watkins LLP, counsel for Defendant Seoul Semiconductor Co., Ltd. ("SSC") in the above-captioned action. I make this declaration in support of SSC's Reply to Enplas Display Device Corporation's ("EDD") Motions In Limine Nos. 1-7.

2. I have personal knowledge of the facts stated herein, and, if called to testify as a witness, I could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of SSC's Infringement Contentions, dated June 4, 2014.

4. Attached as Exhibit 2 is a true and correct copy of excerpts of the Rebuttal Expert Report of Duncan T. Moore, dated October 7, 2015.

5. Attached as Exhibit 3 is a true and correct copy of a September 9, 2015 email from Marc R. Labgold to Ryan Owens.

6. Attached as Exhibit 4 is a true and correct copy of excerpts of the October 23, 2015 deposition transcript of Duncan T. Moore.

7. Attached as Exhibit 5 is a true and correct copy of excerpts of the March 18, 2015 Transcript of Proceedings held before The Hon. Nathanael Cousins.

8. Attached as Exhibit 6 is a true and correct copy of excerpts of the June 9, 2015 deposition transcript of Kayoko Watai.

9. Attached as Exhibit 7 is a true and correct copy of excerpts of the June 16, 2015 deposition transcript of Asami Otake.

10. Attached as Exhibit 8 is a true and correct copy of excerpts of the Supplemental Rebuttal Expert Report of Clifford R. Pollock Regarding Non-Infringement, dated January 19, 2016.

11. Attached as Exhibit 9 is a true and correct copy of the January 13, 2016 Transcript of Proceedings held before The Hon. Nathanael Cousins.

12. Attached as Exhibit 10 is a true and correct copy of a slide deck entitled: *Enplas Corporation's FY2013 First-Quarter Results*, dated July 30, 2012.

13. Attached as Exhibit 11 is a true and correct copy of excerpts of EDD's Objections to SSC's First and Second 30(B)(6) Deposition Notices, dated May 19, 2015.

14. Attached as Exhibit 12 is a true and correct copy of  excerpts of EDD's Responses to SSC's First Set of Requests for Production (Nos. 1-63), dated July 23, 2014.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed at Costa Mesa, California on February 17, 2016.

By _/s Ryan R. Owens_

Ryan R. Owens
Attorney for Defendant