UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>Defendant. | Case No.13-cv-05038-NC<br><br>**ORDER FOR ADDITIONAL BRIEFING** |

The Court has reviewed the parties' pretrial submissions and objections and ORDERS the parties to submit additional briefing to address the following questions:

1. To both parties: do the parties agree that inducement can occur outside the United States? If the parties disagree, please provide supporting authority.
2. To Enplas: what is Enplas' basis for asking for an invalidity finding on claims 38-39, 41-43, 45-48 of the '554 patent, when the Court has already granted summary judgment of non-infringement on those claims?
3. To SSC: what types of damages are being sought in this case and under which legal theories are those damages sought?

The parties must submit no more than 5 pages of briefing by February 23, 2016, at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: February 19, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.13-cv-05038-NC