1
2
3
4
5
6
7        UNITED STATES DISTRICT COURT
8        NORTHERN DISTRICT OF CALIFORNIA
9
10

United States District Court
Northern District of California

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al., | Case No.13-cv-05038 NC |
| Plaintiffs, | **ORDER RE: FURTHER PRETRIAL DEADLINES** |
| v. | |
| SEOUL SEMICONDUCTOR COMPANY, LTD., | |
| Defendant. | |

The Court held a pretrial conference on February 24, 2016.  The Court sets the following additional deadlines:

1.  A hearing on the inequitable conduct defense will take place on April 8, 2016.

2.  By March 2, the parties should submit the following information:

    a.  Whether they wish to use a jury questionnaire, and if so, a proposed questionnaire.

    b.  The logistics of the use of translators at trial.

    c.  How the parties wish to address each other and the court referencing dropped claims and theories.

    d.  Objections or responses to the Court's draft preliminary jury instructions.

3.  As noted in the Court's prior order, docket number 337, the parties must submit all their further stipulations, final witness lists, final exhibit lists and objections, and

Case No.13-cv-05038 NC

1    deposition excerpts by March 7, 2016.

2        Additionally, SSC provided the Court with responses to EDD's answers to the

3    Court's request for additional briefing.  SSC must file these briefs on the docket.  EDD

4    may respond to SSC's answers for additional briefing by February 26.

5        **IT IS SO ORDERED.**

6

7    Dated:  February 24, 2016                    _____

8                                                NATHANAEL M. COUSINS
                                                 United States Magistrate Judge

9

10