UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>Defendant. | Case No.13-cv-05038-NC<br><br>**ORDER RE: JURY QUESTIONNAIRE** |

The Court has considered the parties' stipulated jury questionnaire and will provide a modified questionnaire to the jurors.

The jury will be called on March 14, 2016, at 8:30 a.m. Each party must have at least one attorney or other authorized individual available in the San Francisco courthouse clerks' office at 9:30 a.m. to photocopy and pick up the completed questionnaires. The parties must make at least four copies of the questionnaires, one for each party, and two for the Court. The original completed questionnaires will remain with the San Francisco courthouse. At the completion of the trial, the parties must certify that they have destroyed or returned the questionnaires.

The Court will meet with the parties at 9:30 a.m. on March 14, 2016.

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.13-cv-05038-NC