UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ENPLAS DISPLAY DEVICE CORPORATION, et al.,

    Plaintiffs,

  v.

SEOUL SEMICONDUCTOR COMPANY, LTD.,

    Defendant.

Case No. 13-cv-05038-NC

**ORDER RE: ENTERING THE COURTHOUSE**

The Courthouse at 450 Golden Gate Ave. in San Francisco has been experiencing long lines to enter the building. Attorneys may use the Turk Street entrance for shorter lines, and must provide identification and a bar card. Witnesses, clients, and other trial participants should allow extra time to get to the courtroom.

The Court's webpage has further information at:

    http://www.cand.uscourts.gov/home

Counsel should also ensure that all attorneys who will appear for trial are admitted to the Northern District and have made an appearance in the case.

**IT IS SO ORDERED.**

Dated: March 10, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 13-cv-05038-NC