NAGASHIMA & HASHIMOTO
MARC R. LABGOLD (*pro hac vice*)
mlabgold@labgoldlaw.com
PATRICK J. HOEFFNER (*pro hac vice*)
phoeffner@labgoldlaw.com
12005 Sunrise Valley Drive, Suite 203
Reston, Virginia 20191
Telephone: 877-401-8855
Facsimile: 877-401-8855

NAGASHIMA & HASHIMOTO
TAKAAKI NAGASHIMA (*pro hac vice*)
nagashima@nandhlaw.com
Hirakawa-cho, KS Bldg., 2nd Floor
2-4-14, Hirakawa-cho, Chiyoda-ku
Tokyo 102-0098 Japan
Telephone: +81-3-3239-5750
Facsimile: +81-3-3239-8538

SHAW KELLER LLP
JOHN W. SHAW (*pro hac vice*)
jshaw@shawkeller.com
JEFFREY CASTELLANO (*pro hac vice*)
jcastellano@shawkeller.com
300 Delaware Avenue, Suite 1120
Wilmington, Delaware 19801
Telephone: 302-298-0700

SEILER EPSTEIN ZIEGLER & APPLEGATE LLP
MARK W. EPSTEIN (SBN 143202)
GEORGE M. LEE (SBN 172982)
gml@sezalaw.com
601 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: 415-979-0500
Facsimile: 415-979-0511

*Attorneys for Plaintiff Enplas Display Device Corp.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,

Plaintiffs/Counterclaim Defendants,

v.

SEOUL SEMICONDUCTOR CO., LTD.,

Defendant/Counterclaim Plaintiff.

**CASE NO. 3:13-cv-05038-NC**

**JURY TRIAL DEMANDED**

**DECLARATION OF JEFFREY T. CASTELLANO IN SUPPORT OF EDD'S MOTION TO STRIKE**

I, Jeffrey T. Castellano, declare as follows:

1. I am a partner at the law firm of Shaw Keller LLP, counsel for Plaintiff Enplas Display Device Corporation ("EDD") in the above-captioned matter. I have personal knowledge of the facts set forth herein, and if called upon to testify, I could and would competently testify to the statements made herein.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the demonstrative slide deck for Dr. Duncan Moore produced by counsel for SSC to counsel for EDD at 7 p.m. on March 13, 2016.

3. Attached hereto as Exhibit B is the infringement claim chart for the #9879 lens from the corrected expert report of Duncan T. Moore, dated November 12, 2015.

4. Attached hereto as Exhibit C is the infringement claim chart for the #9854E lens from the corrected expert report of Duncan T. Moore, dated November 12, 2015.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the Rebuttal Expert Report of Clifford R. Pollock, Ph.D. Regarding Non-Infringement.

6. Attached hereto as Exhibit E is a true and correct copy of excepts from the transcript of the October 23, 2015 deposition of Duncan T. Moore, Ph.D..

7. Attached hereto as Exhibit F is a true and correct copy of excerpts from the Supplemental Rebuttal Report of Clifford R. Pollock Regarding Non-Infringement, dated January 19, 2016.

8. Pursuant to Civil L.R. 37-4, I provide the following description of the efforts made by EDD to secure compliance without intervention by the Court: Upon being informed that Seoul Semiconductor Co., Ltd. ("SSC") intended to offer new expert analysis based on new ray traces disclosed on the night before trial, March 13, 2016, EDD inquired the morning of trial, March 14, 2016, whether SSC would agree to withdraw its new ray traces or expert analysis. SSC refused to withdraw the new analysis and ray traces.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of March, 2016.

/s/ *Jeffrey T. Castellano*

Jeffrey T. Castellano