UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ENPLAS DISPLAY DEVICE CORPORATION;
ENPLAS TECH SOLUTIONS, INC.; and
ENPLAS (U.S.A.), INC.,

    Plaintiffs/Counterclaim Defendants,

v.

SEOUL SEMICONDUCTOR CO., LTD.,

    Defendant/Counterclaim Plaintiff.

**CASE NO. 3:13-cv-05038-NC**

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER GRANTING EDD'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

Assigned to Hon. Nathanael M. Cousins

Trial Date: March 14, 2016

 

The above matter having come before the Court on Enplas Display Device Corporation's Motion for Judgment as a Matter of Law of Non-Infringement and Damages, and having considered the motion, supporting evidence and arguments in support thereof and any opposition thereto, the Court GRANTS Enplas Display Device Corporation's Motion for Judgment as a Matter of Law.

**IT IS SO ORDERED**

Dated: _____      _____

                                                        HON. NATHANAEL M. COUSINS

                                         UNITED STATES MAGISTRATE JUDGE