UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>　　　　　Defendant. | Case No. 13-cv-05038 NC<br><br>**VERDICT FORM** |

    When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are explained in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning of any legal term that appears in the questions below.

    We, the jury, unanimously agree to the answers to the following questions:

Case No. 13-cv-05038 NC

## '554 PATENT

1. Has SSC proven that it is more likely than not that any of claims 1, 6, 33, 34, or 35 of the '554 patent was directly infringed by a person or company other than EDD in the United States?

Please answer in each box with a "Yes" (for SSC) or with a "No" (for EDD)

| #9854D | #9854E | #9879 |
|--------|--------|-------|
| Yes    | Yes    | Yes   |

Answer Question 2 if you answered "Yes" for one or more products.
If you answered "No" for all products, proceed to Question 3.

2. Has SSC proven that it is more likely than not that EDD induced the direct infringement of any of the following claims of the '554 Patent?

For each product that you answered "Yes" in response to Question 1, please answer with "Yes" (for SSC) or "No" (for EDD) for each claim.

|          | #9854D | #9854E | #9879 |
|----------|--------|--------|-------|
| Claim 1  | Yes    | Yes    | Yes   |
| Claim 6  | Yes    | Yes    | Yes   |
| Claim 33 | Yes    | Yes    | Yes   |
| Claim 34 | Yes    | Yes    | Yes   |
| Claim 35 | Yes    | Yes    | Yes   |

Proceed to Question 3

3. Has EDD proven that it is highly probable that any claims of the '554 Patent are invalid as "anticipated"?

Please answer in each box with a "Yes" (for EDD) or with a "No" (for SSC)

| | |
|---|---|
| Claim 1 | NO |
| Claim 6 | NO |
| Claim 30 | NO |
| Claim 31 | NO |
| Claim 33 | NO |
| Claim 34 | NO |
| Claim 35 | NO |
| Claim 36 | NO |
| Claim 37 | NO |
| Claim 38 | NO |
| Claim 39 | NO |
| Claim 41 | NO |
| Claim 42 | NO |
| Claim 43 | NO |
| Claim 45 | NO |
| Claim 46 | NO |
| Claim 47 | NO |
| Claim 48 | NO |

Proceed to Question 4

4. Has EDD proven that it is highly probable that any claims of the '554 Patent are invalid as "obvious"?

Please answer in each box with a "Yes" (for EDD) or with a "No" (for SSC)

| | |
|---|---|
| Claim 33 | NO |
| Claim 34 | NO |
| Claim 35 | NO |

Answer Questions 5 and 6 if you have found at least one claim of the '554 Patent infringed in response to Question 2 and that the infringed claim(s) not invalid in Questions 3 and 4. Otherwise, proceed to Question 7.

5. What reasonable royalty, if any, has SSC proved its entitlement to for infringement of the '554 patent (choose ONE of the following):

   a) A one-time freedom to operate payment for all EDD products of

   $ 4,000,000  for the life of the '554 patent.

   - OR -

   b) A one-time freedom to operate payment for just the accused products found to infringe of $_____ for the life of the '554 patent.

6. If SSC has proven infringement of the '554 patent, has SSC proven that it is highly probable that EDD's infringement was willful?

   Yes ✓ (for SSC)    No ____ (for EDD)

Continue on to the next page

Case No. 13-cv-05038 NC                  4

## '209 PATENT

7. Has SSC proven that it is more likely than not that claim 20 of the '209 patent was directly infringed by a person or company other than EDD in the United States?

Please answer in each box with a "Yes" (for SSC) or with a "No" (for EDD)

| #9854D | #9854E | #9879 | #4922 | #9853A |
|--------|--------|-------|-------|--------|
| Yes | Yes | Yes | Yes | Yes |

Answer Question 8 if you answered "Yes" for one or more products. If you answered "No" for all products, proceed to Question 9.

8. Has SSC proven that it is more likely than not that EDD induced the direct infringement of claim 20 of the '209 Patent?

For each product that you answered "Yes" in response to Question 7, please answer "Yes" (for SSC) or "No" (for EDD).

| #9854D | #9854E | #9879 | #4922 | #9853A |
|--------|--------|-------|-------|--------|
| Yes | Yes | Yes | Yes | Yes |

Proceed to Question 9

9. Has EDD proven that it is highly probable that any claims of the '209 Patent are invalid as obvious?

Please answer in each box with a "Yes" (for EDD) or with a "No" (for SSC)

| Claim 20 | NO |
|----------|-----|

Answer Questions 10 and 11 if you have found claim 20 of the '209 Patent infringed in Question 8 and not invalid in Question 9. Otherwise, stop and proceed to last page.

10. What reasonable royalty, if any, has SSC proved its entitlement to for infringement of the '209 patent (choose ONE of the following):

    a) A one-time freedom to operate payment for all EDD's products of

        $ __70,000__ for the life of the '209 patent.

    - OR -

    b) A one-time freedom to operate payment for just the accused products

        found to infringe of $ _____ for the life of the '209 patent.

11. If SSC has proven infringement of the '209 patent, has SSC proven that it is highly probable that EDD's infringement was willful?

    Yes __✓__ (for SSC)    No ____ (for EDD)

---

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Courtroom Deputy that you have reached a verdict.

---

Date: March __24__, 2016    Signature: __/s/ Allan B.__

                                                                 **Presiding Juror**