UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>Defendant. | Case No.13-cv-05038 NC<br><br>**ORDER RE: POST-TRIAL BRIEFING SCHEDULE** |

The Court has considered the parties' stipulated post-trial briefing schedule, and orders that briefing in this case will proceed as follows:

1. The parties' opening Rule 50, 52, and 59 motions will be due within 14 days of this order. Responsive briefs will be due 14 days from the deadline of the opening briefs. Reply briefs will be due 7 days from the deadline of the responsive briefs.

2. Each party's Rule 50, 52, and 59 briefing will be limited to a combined 25 pages for opening, 25 pages for answering, and 15 pages for reply.

3. Willfulness briefing will proceed on the same schedule as the Rule 50, 52, and 59 briefing. As the moving party, SSC will file the opening brief, EDD may respond, with an opportunity for SSC to reply. Willfulness briefs will be limited to 15 pages for opening, 15 pages for answering, and 5 pages for reply.

/

Case No.13-cv-05038 NC

4. A hearing will be held on the motions on June 8, 2016, at 1:00 p.m. in the San Jose Courthouse.

5. Any motion for fees and costs will be due 7 days from the date that the Court rules on the above listed briefing. The Court will specify the dates for the briefing schedule in its Rule 50, 52, 59, and willfulness order.

**IT IS SO ORDERED.**

Dated: April 18, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge