UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>SEOUL SEMICONDUCTOR COMPANY, LTD.,<br><br>Defendant. | Case No.13-cv-05038 NC<br><br>**ORDER RE: FURTHER POST-TRIAL BRIEFING** |

In light of the Supreme Court's decision in *Halo Electronics, Inc. v. Pulse Electronics, Inc., et. al.*, 579 U.S. __ (2016), the Court finds that supplemental briefing on SSC's motion for a willfulness finding is necessary. The Court VACATES the hearing on all other post-trial motions and will take the motions under submission. The Court will hold a telephonic case management conference on June 16, 2016, at 1:00 p.m.

The Court notes that *Halo Electronics* relies on the same case law articulated by the Supreme Court in *Octane Fitness, LLC v. Icon Health & Fitness, Inc.*, 572 U.S. __ (2014), which sets forth the standard for an award of attorneys' fees in a patent case. In light of this overlap, the Court finds it appropriate to accelerate the parties' briefing on attorneys' fees. Thus, the Court tentatively adopts the following briefing schedule:

1. SSC must submit its brief for attorneys' fees and supplemental brief on willfulness on June 22. SSC is limited to 15 pages total and may choose to brief the two issues

together or in separate documents.

2. EDD may respond by June 29 to both the attorneys' fees request and SSC's supplemental brief on willfulness. EDD's response is also limited to 15 pages total.

3. SSC may reply by July 6. The reply must be no more than 5 pages total.

The Court reminds the parties that it has reviewed the parties' initial briefing on willfulness and does not need them repeated.

The parties should be prepared to discuss the above schedule at the case management conference.

**IT IS SO ORDERED.**

Dated: June 13, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge