UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SEOUL SEMICONDUCTOR COMPANY, LTD., <br><br> Defendant. | Case No. 13-cv-05038 NC <br><br> **ORDER SETTING BRIEFING SCHEDULE FOR POST-TRIAL MOTIONS** |

In light of the Supreme Court's decision in *Halo Electronics, Inc. v. Pulse Electronics, Inc., et. al.*, 579 U.S. __ (2016), the Court finds that supplemental briefing on SSC's motion for a willfulness finding is necessary. On June 15, 2016, the Court held a case management conference with the parties and adopts the following briefing schedule:

1. SSC must submit its brief for attorneys' fees and supplemental brief on willfulness on June 24. SSC is limited to 15 pages total and may choose to brief the two issues together or in separate documents.

2. EDD may respond by July 1 to both the attorneys' fees request and SSC's supplemental brief on willfulness. EDD may also include supplemental briefing under Rules 50 and 60. The briefing is limited to 20 pages total.

3. SSC may reply by July 8. SSC may also oppose EDD's supplemental briefing on the same date. The briefing is limited to 15 pages total.

Case No. 13-cv-05038 NC

1    4. EDD may reply to the Rules 50 and 60 opposition by July 13, in no more than 3
2 pages.
3    5. The Court requests that EDD provide a full set of trial transcripts in a timely
4 manner.

**IT IS SO ORDERED.**

Dated:  June 15, 2016   _____
NATHANAEL M. COUSINS
United States Magistrate Judge