| | |
|---|---|
| LATHAM & WATKINS LLP<br>Ryan R. Owens (Bar No. 269370)<br>ryan.owens@lw.com<br>Bradley A. Hyde (Bar No. 301145)<br>bradley.hyde@lw.com<br>650 Town Center Drive, 20th Floor<br>Costa Mesa, California 92626-1925<br>Telephone: (714) 540-1235<br>Facsimile: (714) 755-8290 | LATHAM & WATKINS LLP<br>Charles H. Sanders (*pro hac vice*)<br>charles.sanders@lw.com<br>John Hancock Tower, 27th Floor<br>200 Clarendon Street<br>Boston, Massachusetts 02116<br>Telephone: (617) 948-6000<br>Facsimile: (617) 948-6001 |

LATHAM & WATKINS LLP
  Lawrence J. Gotts (*pro hac vice*)
lawrence.gotts@lw.com
555 Eleventh Street, N.W. Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

LATHAM & WATKINS LLP
  Michelle P. Woodhouse (Bar No. 260669)
michelle.woodhouse@lw.com
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Attorneys for Defendant
SEOUL SEMICONDUCTOR CO., LTD.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION;<br>ENPLAS TECH SOLUTIONS, INC.; and<br>ENPLAS (U.S.A.),<br><br>      Plaintiff and Counterclaim<br>      Defendants,<br><br>v.<br><br>SEOUL SEMICONDUCTOR CO., LTD.,<br><br>      Defendant and Counterclaim<br>      Plaintiff. | CASE NO. 3:13-CV-05038-NC<br><br>**DECLARATION OF Kiho Kim IN SUPPORT OF SEOUL SEMICONDUCTOR CO., LTD.'S OPPOSITION TO EDD'S MOTION FOR ORDER STAYING EXECUTION OF JUDGMENT AND WAIVER OF REQUIREMENT TO POST SUPERSEDEAS BOND**<br><br>Assigned to Hon. Nathanael M. Cousins |

LATHAM&WATKINS<sup>LLP</sup> US-DOCS\71396621.1
ATTORNEYS AT LAW
ORANGE COUNTY

CASE NO.: 3:13-CV-05038-NC
DECL. OF Kiho Kim ISO SSC'S OPP
TO EDD'S MOTION TO STAY JUDGMENT

※ 본 문서는 당사의 정보자산이므로 불법 유출 시 관계법과 회사규정에 의해 처벌됩니다.

I, Kiho Kim, state and declare as follows:

1. I am IP in-house lead counsel for Defendant Seoul Semiconductor Co., Ltd. ("SSC"). I make this declaration in support of SSC's Opposition to EDD's Motion for Order Staying Execution of Judgment and Waiver of Requirement to Post Supersedeas Bond.

2. I have personal knowledge of the facts stated herein, and, if called to testify as a witness, I could and would testify competently thereto.

3. Attached hereto as **Exhibit A** is a true and correct copy of the fiscal year 2017 quarterly finance report for Enplas Corporation (covering April 1, 2016 through June 30, 2016), which is publically available at http://www.enplas.co.jp/jp/wp-content/uploads/2016/08/yuhou_20161Q.pdf. I am fluent in both Japanese and English. The first paragraph of page 4, when translated from Japanese to English, states that for "LED diffusion lenses, due to the strong impact caused by the global reduction in LCD televisions, sales to major customers have been sluggish. As a result, the sales of the plastics optics business segment were 2.514 million Japanese Yen (a year-on-year decrease of 42.4%) and its operating income was 764 million Japanese Yen (a year-on-year decrease of 63.8%)." I understand that "LED diffusion lenses" here refers to the lenses sold by EDD.

4. Attached hereto as **Exhibit B** is a true and correct copy of the English-language presentation materials associated with the same financial quarter discussed in **Exhibit A**. Page 18 of **Exhibit B** provides charts showing the steep decline in sales and operating income over the last two quarters for the plastic optics business of Enplas Corporation, which I understand includes EDD.

5. SSC has filed a civil claim in Korean Seoul Central District Court against Enplas Corporation based on the unlawful trade conduct of Enplas Corporation and its subsidiary EDD. The complaint currently seeks 10 billion Korean Won for damages (which according to current foreign exchange rates, would amount to approximately $9.1 million). The complaint also notes that SSC may increase damages sought based on newly-collected evidence up to 100 billion Korean Won (which would amount to approximately $91 million).

6. The Korean Fair Trade Commission ("FTC") is currently investigating the

LATHAM&WATKINS US-DOCS\71396621.1
ATTORNEYS AT LAW
ORANGE COUNTY

1

CASE NO.: 3:13-CV-05038-NC
DECL. OF Kiho Kim ISO SSC'S OPP
TO EDD'S MOTION TO STAY JUDGMENT

※ 본 문서는 당사의 정보자산이므로 불법 유출 시 관계법과 회사규정에 의해 처벌됩니다.

1  unlawful trade conduct of Enplas Corporation and its subsidiary EDD. If Enplas Corporation's
2  conduct if found unlawful, it will be subject to fines set by the FTC.
3      I declare under penalty of perjury of the laws of the United States that the foregoing is
4  true and correct.
5      Executed at Ansan, South Korea on September 28, 2016.

By _____
**Kiho Kim**
IP in-house lead counsel of
Seoul Semiconductor co. ltd.

※ 본 문서는 당사의 정보자산이므로 불법 유출 시 관계법과 회사규정에 의해 처벌됩니다.