| | |
|---|---|
| NAGASHIMA & HASHIMOTO<br>MARC R. LABGOLD (*pro hac vice*)<br>mlabgold@labgoldlaw.com<br>PATRICK J. HOEFFNER (*pro hac vice*)<br>phoeffner@labgoldlaw.com<br>12007 Sunrise Valley Drive, Suite 110<br>Reston, Virginia 20191<br>Telephone: 877-401-8855<br>Facsimile:   877-401-8855<br><br>NAGASHIMA & HASHIMOTO<br>TAKAAKI NAGASHIMA (*pro hac vice*)<br>nagashima@nandhlaw.com<br>Hirakawa-cho, KS Bldg., 2nd Floor<br>2-4-14, Hirakawa-cho, Chiyoda-ku<br>Tokyo 102-0098 Japan<br>Telephone: +81-3-3239-5750<br>Facsimile:   +81-3-3239-8538<br>*Attorneys for Plaintiffs Enplas Display Device Corporation; Enplas Tech Solutions, Inc.; and Enplas (U.S.A.), Inc.* | SEILER EPSTEIN ZIEGLER &<br>   APPLEGATE LLP<br>Mark W. Epstein (SBN 143202)<br>George M. Lee (SBN 172982)<br>gml@sezalaw.com<br>601 Montgomery Street, Suite 2000<br>San Francisco, California 94111<br>Tel. 415-979-0500<br>Fax 415-979-0511<br><br>STERNE, KESSLER, GOLDSTEIN<br>& FOX P.L.L.C.<br>J.C. ROZENDAAL (*pro hac vice*)<br>jcrozendaal@skgf.com<br>MICHAEL E. JOFFRE (*pro hac vice*)<br>mjoffre@skgf.com<br>1100 New York Ave. NW, Suite 600<br>Washington, DC 20005<br>Telephone (202) 371-2600<br>Facsimile: (202) 371-2540 |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ENPLAS DISPLAY DEVICE CORPORATION; ENPLAS TECH SOLUTIONS, INC.; and ENPLAS (U.S.A.), INC.,<br><br>          Plaintiffs/Counterclaim Defendants,<br><br>v.<br><br>SEOUL SEMICONDUCTOR CO., LTD;<br><br>          Defendant/Counterclaim Plaintiff. | **CASE NO. 3:13-CV-05038-NC**<br><br>**NOTICE OF CHANGE IN COUNSEL** |

1  Pursuant to Civil L.R. 5-1(c)(2)(C), undersigned counsel gives notice that Marc R. Labgold and Patrick J. Hoeffner and Takaaki Nagashima hereby withdraw as counsel of record for Plaintiffs Enplas Display Device Corporation, Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc. (collectively "Enplas").

Enplas continues to be represented by the law firm of Sterne, Kessler, Goldstein & Fox P.L.L.C.  All future communications, correspondence and/or service should continue to be made directly on Enplas' remaining counsel of record.

Dated:  March 29, 2019

NAGASHIMA HASHIMOTO & YASUKUNI

*/s/ Marc R. Labgold*_____
Marc R. Labgold

*Attorney for Plaintiffs-Counterclaim Defendants Enplas Display Device Corporation, Enplas Tech Solutions, Inc. and Enplas (U.S.A.), Inc.*